IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HERITAGE REALTY MANAGEMENT, INC., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) ) CASE NO. CA 04-333 ERIE |
| JOHN ALLIN d/b/a ALLIN COMPANIES, | ) ) JUDGE SEAN MCLAUGHLIN |
| Defendant | |

## **APPEARANCE**

TO:    CLERK OF COURT

    Enter our appearance on behalf of plaintiff, Heritage Realty Management, Inc. in the above-captioned action.

    Respectfully submitted,

    KNOX McLAUGHLIN GORNALL & SENNETT, P.C.

    By:_____
        Richard A. Lanzillo
        120 West Tenth Street
        Erie, PA  16501-1461
        (814) 459-2800

    Attorneys for plaintiff,
    Heritage Realty Management, Inc.

# 622611