IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HERITAGE REALTY MANAGEMENT, INC., | ) ) ) | Docket No. 04-333E (Judge McLaughlin) |
| Plaintiff | ) ) | ELECTRONICALLY FILED PLEADING |
| vs. | ) ) | JURY TRIAL DEMANDED |
| JOHN ALLIN d/b/a ALLIN COMPANIES and SNOW MANAGEMENT GROUP, | ) ) ) | MOTION FOR LEAVE TO AMEND COMPLAINT |
| Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Filed on behalf of: Heritage Realty Management, Inc.<br><br>Counsel of record for this party:<br>Richard A. Lanzillo, Esq.<br>Knox McLaughlin Gornall<br>& Sennett, P.C.<br>120 West 10th Street<br>Erie, PA 16501<br>Telephone (814) 459-2800<br>Facsimile (814) 453-4530<br>Email rlanzillo@kmgslaw.com<br>PA53811 |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HERITAGE REALTY MANAGEMENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOHN ALLIN d/b/a ALLIN COMPANIES, <br><br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. CA 04-333 ERIE <br> ) <br> ) JUDGE SEAN MCLAUGHLIN |

## **MOTION FOR LEAVE TO AMEND COMPLAINT**

AND NOW, comes the plaintiff, Heritage Realty Management, Inc., by and through its counsel, Knox McLaughlin Gornall & Sennett, P.C., and files the following Motion for Leave to Amend Complaint:

1. On November 15, 2004, Heritage Realty Management, Inc. ("Heritage") filed its original complaint against the above captioned defendants.

2. The parties have exchanged initial disclosures and initial discovery requests.

3. Further, defendants have responded to Heritage's first set of Interrogatories and Request for Production of Documents.

4. Heritage now seeks to amend its original Complaint. A copy of its proposed Amended Complaint is attached hereto as Exhibit "A".

5. In substance, Heritage's Amended Complaint is eliminating its original fraud count and the Amended Complaint consists of a single count sounding in breach of contract.

2

      6.      Defendants, through their counsel, have consented to amend Heritage's Complaint.

      WHEREFORE, Heritage Realty Management, Inc., respectfully requests that this Honorable Court enter an order granting it leave to file the attached Amended Complaint.

      Respectfully submitted,

      KNOX McLAUGHLIN GORNALL &
      SENNETT, P.C.


      BY: /s/      Richard A. Lanzillo, Esq.
          Richard A. Lanzillo, Esquire
          Neal R. Devlin, Esquire
          120 West Tenth Street
          Erie, PA  16501
          Telephone (814) 459-2800
          Facsimile (814) 453-4530
          Email rlanzillo@kmgslaw.com
          PA53811

          Attorneys for plaintiff,
          Heritage Realty Management, Inc.

# 62967