IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HERITAGE REALTY MANAGEMENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOHN ALLIN d/b/a ALLIN COMPANIES, <br><br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. CA 04-333 ERIE <br> ) <br> ) JUDGE SEAN MCLAUGHLIN <br> ) |

## **ORDER**

Upon consideration of Heritage Realty Management, Inc.'s Motion for Leave to Amend Complaint, it is hereby **ORDERED** that said Motion is **GRANTED** and Heritage Realty Management, Inc. is permitted to file its Amended Complaint.

BY THE COURT

_____
J.