IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HERITAGE REALTY MANAGEMENT, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | CASE NO. CA 04-333 ERIE |
| JOHN ALLIN d/b/a ALLIN COMPANIES | ) | |
| and SNOW MANAGEMENT GROUP, | ) | JUDGE SEAN MCLAUGHLIN |
| | | |
| Defendant | | |

## MOTION TO EXTEND DISCOVERY PERIOD

The parties to this action, by and through their undersigned counsel, respectfully move the Court for an extension of the deadline for completion of discovery until November 16, 2005, and state in support as follows:

1.    The deadline for completion of discovery in this case is currently set for October 1, 2005.

2.    The parties have engaged in written discovery and anticipate limited oral discovery.

3.    The pleadings in this matter remain open, with Defendant having filed its Answer, New Matter and Counterclaim to Plaintiff's Amended Complaint on September 30, 2005.

4.    In order to complete all necessary discovery, the Parties jointly request a forty-five (45) day extension to the discovery deadline, which would result in discovery being completed by November 16, 2005 and the remaining case management deadlines being similarly modified as specifically identified in the attached proposed order.

5.      This is the second request for a modification of any case management deadline.

WHEREFORE, Heritage Realty Management, Inc. and John Allin, d/b/a Allin Companies, respectfully request that this Court enter an order extending the deadline for completion of discovery until November 16, 2005 and a consistent extension of other pre-trial deadlines as identified in the attached proposed order.

Respectfully submitted,

KNOX McLAUGHLIN GORNALL & SENNETT, P.C.

BY: /s/        Richard A. Lanzillo, Esq.
        Richard A. Lanzillo, Esquire
        Neal R. Devlin, Esquire
        120 West Tenth Street
        Erie, PA  16501
        Telephone (814) 459-2800
        Facsimile (814) 453-4530
        Email rlanzillo@kmgslaw.com
        PA53811

        Attorneys for plaintiff,
        Heritage Realty Management, Inc

2

Respectfully submitted,


/s/        Craig A. Markhan.
Craig A. Markham, Esq. (38531)
Elderkin, Martin, Kelly & Messina
150 E. 8th Street
Erie, Pennsylvania  16501
Telephone (814) 456-4000
Facsimile (814) 454-7411

Frank D. DeSantis, Esq. (0030954)
Amanda A. Kessler, Esq.
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, Ohio  44114
Telephone (216) 566-5500
Facsimile (216) 566-5800

**Co-Counsel for Defendant John Allin d/b/a Allin Companies**

# 635912