IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HERITAGE REALTY MANAGEMENT, INC., | ) ) ) |
| Plaintiff | ) ) |
| vs. | ) ) ) CASE NO. CA 04-333 ERIE |
| JOHN ALLIN d/b/a ALLIN COMPANIES and SNOW MANAGEMENT GROUP, | ) ) JUDGE SEAN MCLAUGHLIN |
| Defendant | |

**PROPOSED ORDER**

AND NOW, this ____ day of _____, 2005, it is hereby ORDERED that the deadline for completion of discovery in this matter is extended until November 16, 2005. Remaining pre-trial deadlines are extended as follows:

(c) Plaintiff's Pre-Trial Narrative Statement shall be filed on or before December 6, 2005;

(d) Defendant's Pre-Trial Narrative Statement shall be filed on or before December 26, 2005

(e) On or before December 6, 2005 any party may file a dispositive motion, which shall be accompanied by a supporting brief and such affidavits and other supporting documentation as may be appropriate. Any responding party may file an opposing brief, together with such affidavits and opposing documents as may be appropriate on or before January 6, 2006.

_____
United States District Judge