IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HERITAGE REALTY MANAGEMENT, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )  Civil Action No. 04-333 Erie |
| JOHN ALLIN, | )<br>) |
| Defendant. | )<br>) |

## ORDER

AND NOW, this 20th day of October, 2005, IT IS HEREBY ORDERED that a settlement conference will be held before the undersigned on **Monday, October 31, 2005 at 10:30 a.m.** in Room 250-A, U.S. Courthouse and Post Office, 17 South Park Row, Erie, PA. All counsel shall be present in person, and all parties shall be available telephonically and have authority to settle the above captioned case.

        s/ Sean J. McLaughlin
        United States District Judge

cc: All counsel of record.