IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HERITAGE REALTY MANAGEMENT, INC., | ) Docket No. 04-333 ERIE |
| | ) (Judge Sean J. McLaughlin) |
| Plaintiff | ) ELECTRONICALLY FILED PLEADING |
| vs. | ) PROPOSED ORDER |
| JOHN ALLIN d/b/a ALLIN COMPANIES and SNOW MANAGEMENT GROUP, | ) Filed on behalf of: Plaintiff, Heritage Realty Management, Inc. |
| Defendant | ) Counsel of record for this party: |
| | ) Richard A. Lanzillo, Esq. |
| | ) Knox McLaughlin Gornall |
| | ) & Sennett, P.C. |
| | ) 120 West 10th Street |
| | ) Erie, PA 16501 |
| | ) Telephone (814) 459-2800 |
| | ) Facsimile (814) 453-4530 |
| | ) Email rlanzillo@kmgslaw.com |
| | ) PA53811 |

## ORDER

AND NOW, this ___ day of November, 2005, upon consideration of Plaintiff's Motion to Compel Discovery, it is hereby ORDERED that the motion is GRANTED. On or before November 25, 2005, Defendant, John Allin d/b/a Allin Companies and Snow Management Group, shall produce to Plaintiff's counsel all documents relating to expenses allegedly incurred by it in connection with the Agreement that is the subject of this action. Such documents shall include, but are not limited to, all documents relating to hours of work and activities allegedly performed by Defendant's employees, agents or contractors concerning the subject Agreement. Should Defendant fail to comply fully with this Order, the Court will entertain the imposition of sanctions upon motion of Plaintiff.

```
                                          _____
                                                  Sean J. McLaughlin,
                                               United States District Judge
```

# 644753