IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HERITAGE REALTY MANAGEMENT, INC., | ) Docket No.  04-333 ERIE |
| | ) (Judge Sean J. McLaughlin) |
| | ) |
| Plaintiff | ) ELECTRONICALLY FILED PLEADING |
| | ) |
| vs. | ) DISCOVERY DISPUTE CERTIFICATE |
| | ) |
| JOHN ALLIN d/b/a ALLIN COMPANIES and SNOW MANAGEMENT GROUP, | ) Filed on behalf of:  Plaintiff, Heritage Realty |
| | ) Management, Inc. |
| | ) |
| | ) Counsel of record for this party: |
| Defendant | ) |
| | ) Richard A. Lanzillo, Esq. |
| | ) Knox McLaughlin Gornall |
| | ) & Sennett, P.C. |
| | ) 120 West 10th Street |
| | ) Erie, PA 16501 |
| | ) Telephone (814) 459-2800 |
| | ) Facsimile (814) 453-4530 |
| | ) Email rlanzillo@kmgslaw.com |
| | ) PA53811 |

## DISCOVERY DISPUTE CERTIFICATE

Counsel for Heritage Realty Management, Inc. does hereby certify that they have made a reasonable effort to reach agreement with opposing counsel on the matters set forth in the accompanying motion to compel.  This effort has consisted of multiple phone calls and conversations with opposing counsel regarding the production of supplemental discovery ordered by the Court.  Despite these efforts, opposing counsel has been unable to produce the discovery at issue.

Respectfully submitted,

KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.


BY: /s/ Richard A. Lanzillo, Esq.
       Richard A. Lanzillo, Esquire
       Neal R. Devlin, Esquire
       120 West Tenth Street
       Erie, PA  16501
       Telephone (814) 459-2800
       Facsimile (814) 453-4530
       Email rlanzillo@kmgslaw.com
       PA53811

       Attorneys for plaintiff,
       Heritage Realty Management, Inc

# 644804