IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HERITAGE REALTY MANAGEMENT, INC., | ) | Docket No. 04-333 ERIE |
| | ) | (Judge Sean J. McLaughlin) |
| Plaintiff | ) | ELECTRONICALLY FILED PLEADING |
| vs. | ) | PROPOSED ORDER |
| JOHN ALLIN d/b/a ALLIN COMPANIES and SNOW MANAGEMENT GROUP, | ) | Filed on behalf of: Plaintiff, Heritage Realty Management, Inc. |
| | ) | Counsel of record for this party: |
| Defendant | ) | Richard A. Lanzillo, Esq. |
| | ) | Knox McLaughlin Gornall & Sennett, P.C. |
| | ) | 120 West 10th Street |
| | ) | Erie, PA 16501 |
| | ) | Telephone (814) 459-2800 |
| | ) | Facsimile (814) 453-4530 |
| | ) | Email rlanzillo@kmgslaw.com |
| | ) | PA53811 |

## **ORDER**

AND NOW, this ___ day of _____, 200__, upon consideration of Plaintiff's Motion to Exclude Evidence of Alleged Time and Expense/Set-offs, it is hereby ORDERED that the motion is GRANTED.  Any and all evidence that defendant, John Allin's d/b/a Allin Companies and Snow Management Group, claim as time, costs and expense set-offs related to the October 12, 2004 contract at issue is hereby excluded.

BY THE COURT

_____
J.

# 649557