Smgsrvr\Users\jkeep\HERITAGE\Expense Log.xls

| Expense | Date Incurred | Date Paid | Entity Paid | Amount of Expense | Affiliation Allin Co/SMG | COMMENTS |
|---|---|---|---|---|---|---|
| **JV Travel expenses** | | | | | | |
| **Brian Marshall Travel expenses** | | | | | | |
| *Peggy Allin - Interviews* | | | | | | |
| Airfare | 10/18/2004 | | United Airlines | $1,037.60 | same | |
| Hotel | 10/20/2004 | 10/20/2004 | Comfort Inn - Denver | $64.99 + tax | same | |
| Hotel | 10/21/2004 | 10/21/2004 | Fairfield Inn & Suites - Minn/St. Paul | $82.01 + tax | same | |
| Taxi | 10/22/2004 | | | $15.00 | same | |
| Hotel | 10/22/2004 | | Radisson Hotel - Des Moines IA | $99.00 + tax | same | |
| Meals 10/18-10/23 | 10/18-10/23 | | various | $25.00 perdiem x 6 | same | |
| Erie to Cleveland | 10/25/2004 | 10/25/2004 | Anderson Airlink | $25.00 | same | * Had a $95.80 ecredit |
| Cleveland to Chicago | 10/25/2004 | | Continental | $64.90 | same | |
| Hotel | 10/25/2004 | 10/25/2004 | Fairfield Inn Chicago | 119.00+tax | same | |
| Ground trans. Cleveland to Erie | 10/26/2004 | | John Allin | unknown | same | personal or company? |
| **Duane Haataja Travel** | | | | | | |
| Ground Transportation | 11/1/2004 | 11/1/2004 | ATA | $181.70 | new hire | |
| Hotel 11/1/04 - 11/6/04 | | | (picked up from Pitts. Airport | | new hire | PJ Short picked up |
| training 11/2 - 11/4/04 | | | El Patio Motel | $44.00 x 5 nights | new hire | training @SMG |
| **Bryan Rohe Travel** | | | | | | |
| Transportation from Cleve - Erie | 10/31/2004 | 10/31/2004 | ATA/Southwest | $221.70 | new hire | trans fr hotel to SMG |
| Hotel 10/31/04 - 11/4/04 | 10/31/2004 | | Anderson Airlink | $25.00 | new hire | roomed w/ D Dziuban |
| training 11/2/04 - 11/4/04 | | | | 0 | new hire | training @ SMG |
| **David Dziuban Travel** | | | | | | |
| Transportation from Cleve - Erie | 10/31/2004 | 10/31/2004 | Southwest | $102.60 | new hire | trans fr hotel to SMG |
| Hotel 10/31/04 - 11/4/04 | | | Anderson Airlink | $20.00 | new hire | |
| training 11/2/04 - 11/4/04 | | | | | new hire | training @SMG |
| **Legal Council** | | | | | | |
| **Supplies** | as of 11/8/04 | | | | | |
| Labels | | | | $ 135.00 | SMG | 1075 PACKETS - RFP TO SVC PROVIDERS |
| Business Envelopes | | | | $ 110.00 | SMG | 1075 PACKETS - RFP TO SVC PROVIDERS |
| Manilla Envelopes | | | | $ 65.00 | SMG | 1075 PACKETS - RFP TO SVC PROVIDERS |
| Paper | | | | $ 78.00 | SMG | 1075 PACKETS - RFP TO SVC PROVIDERS |
| Postage | | | | $ 1,386.75 | SMG | 1075 PACKETS - RFP TO SVC PROVIDERS |
| Copy Count | | | | $ 537.50 | SMG | 1075 PACKETS - RFP TO SVC PROVIDERS |
| Faxing | | | | $ 125.00 | SMG | |
| **Personnel** | | | | | | |
| sites entered in system | | | | $ 180.00 | ops-audit - Beth | 4 hours at $ 45 per |
| sites entered in system | | | | $ 180.00 | ops-admin - Tina | 4 hours at $ 45 per |
| phone calls | | | | $ 1,080.00 | ops-audit - Beth | 24 hours at $45 per |
| phone calls | | | | $ 1,080.00 | ops-admin - Linda | 24 hours at $45 per |
| phone calls | | | | $ 1,080.00 | ops-admin - Stacey | 24 hours at $45 per |
| phone calls | | | | $ 1,080.00 | ops-admin - Tina | 24 hours at $45 per |
| rfp data entry | | | | $ 360.00 | ops-admin - Linda | 8 hours at $ 45 per |

JA00001

Smgsrvr\Users\jkeep\HERITAGE\Expense Log.xls

| Task | | Amount | Role - Name | Hours/Rate |
|---|---|---|---|---|
| rfp data entry | | $ 6,175.00 | ops mgr - L. Edwards | 65 hours @ $95 per |
| Regional Manager-SPs, Site Reviews, Budgeting | | $ 3,800.00 | rm - Smallwood | 40 hours @ $95 per |
| Field manager-SPs, Site Reivews | | $ 760.00 | fm - J Casey | 8 hours at $95 per |
| Field manager-SPs, Site Reivews | | $ 950.00 | fm - J. terrance | 10 hours at $95 per |
| Regional Manager-SPs, Site Reviews, Budgeting | | $ 9,500.00 | rm - R Hrovat | 100 hours at $95 per |
| Regional Manager-SPs, Site Reviews, Budgeting | | $ 9,500.00 | fm - R Santoro | 100 hours at $95 per |
| Production-Site Visits, Production Maps | | $ 2,375.00 | prod coord- D. Gallagher | 25 hours at $95 per |
| Production-Production Maps & Binders | | $ 9,000.00 | prod - T. Pancura | 200 hours at $45 per |
| Production-Number Calculations | | $ 5,200.00 | prod - C. Zelgowski | 80 hours at $65 per |
| Production-SPs, Field Mangers, Training, Budgeting | | $ 3,800.00 | prod - R. Rieder | 40 hours at $95 per |
| Special Accounts Manager-Estimating, Point of Contact Info., Training | | $ 9,500.00 | sac - B. Marshall | 100 hours at $95 per |
| Bus. Development | | $ 33,000.00 | bus devel - J Vernon | 200 hours at $165 per |
| Bus. Development | | $ 22,500.00 | bus devel - J Allin | 100 hours at $225 per |
| Human Resources | | $ 45,000.00 | h.r. - P Allin | 200 hours at $225 per |
| Accounting | | $ 1,140.00 | accounting - M Suleski | 12 hours at $95 per |
| new hire -field manager | | $ 9,500.00 | Dave Dziuban - Chicago | 100 hours at $95 per |
| new hire -field manager | | $ 9,500.00 | Bryan Rohe -DesMoines | 100 hours at $95 per |
| new hire -field manager | | $ 9,500.00 | Duane Haataja-Minneapolis | 100 hours at $95 per |

JA00002

| Expense | Date Incurred | Date Paid | Entity Paid | Amount of Expense | Affiliation to Allin Co/SMG | COMMENTS |
|---|---|---|---|---|---|---|
| Flight to Ft. Lauderdale-John Allin | 1/21/2004 | 1/21/2004 | Northwest Airlines | 233.9 | same | |
| Flight to Ft. Lauderdale-Jeff Vernon | 1/21/2004 | 1/21/2004 | Northwest Airlines | 207.9 | same | |
| Ground Transportation | 2/22/2004 | 2/22/2004 | | | same | |
| Hotel -JA & JV | 2/22/2004 | 2/22/2004 | Harbor Beach Resort & Spa Mariott | $0 | same | $319.00 paid by Heritage |

| Expense | AMOUNT | TOTAL |
|---|---|---|
| AIRFARE | $ 1,037.60 | |
| | $ 64.90 | |
| | $ 181.70 | |
| | $ 221.70 | |
| | $ 102.60 | $ 1,608.50 |
| HOTEL | $ 64.99 | |
| | $ 82.01 | |
| | $ 99.00 | |
| | $ 220.00 | |
| | $ 220.00 | $ 686.00 |
| FOOD | $ 150.00 | |
| | $ 125.00 | |
| | $ 125.00 | |
| | $ 125.00 | $ 525.00 |
| GROUND | $ 25.00 | |
| | $ 20.00 | |
| | $ 25.00 | $ 70.00 |
| TRANSP. TOTAL | | $ 2,889.50 |
| | | |
| LABELS | $ 135.00 | $ 135.00 |
| ENV | $ 110.00 | |
| | $ 65.00 | $ 175.00 |
| PAPER | $ 78.00 | $ 78.00 |
| POSTAGE | $ 1,386.75 | $ 1,386.75 |
| COPIES | $ 537.50 | $ 537.50 |
| FAXING | $ 125.00 | $ 125.00 |
| SITE DATA ENTRY | $ 180.00 | |
| | $ 180.00 | $ 360.00 |
| PHONE CALLS | $ 1,080.00 | |
| | $ 1,080.00 | |
| | $ 1,080.00 | |
| | $ 1,080.00 | $ 4,320.00 |
| RFP DATA ENTRY | $ 360.00 | |
| | $ 6,175.00 | $ 6,535.00 |
| MGMT/PRODUCTION | $ 3,800.00 | |
| | $ 760.00 | |
| | $ 950.00 | |
| | $ 9,500.00 | |
| | $ 9,500.00 | |
| | $ 2,375.00 | |
| | $ 9,000.00 | |
| | $ 5,200.00 | |
| | $ 3,800.00 | |
| | $ 9,500.00 | |
| | $ 33,000.00 | |
| | $ 22,500.00 | |
| | $ 45,000.00 | |
| | $ 1,140.00 | |
| | $ 9,500.00 | |
| | $ 9,500.00 | |
| | $ 9,500.00 | $ 184,525.00 |
| SUPPLIES/PERSONNEL TOTAL | | $ 198,177.25 |
| **GRAND TOTAL** | | **$ 201,066.75** |

JA00004