| Expense | Date Incurred | Date Paid | Entity Paid | Amount of Expense | Affiliation Allin Co/SMG | COMMENTS |
|---|---|---|---|---|---|---|
| **Duane Haataja Travel** | | | | | | |
| Ground Transportation | 11/1/2004 | | ATA | $181.70 | new hire | |
| | 11/1/2004 | | (picked up from Pitts. Airport | | new hire | PJ Short picked up |
| Hotel 11/1/04 - 11/6/04 | | | El Patio Motel | $ 44.00 x 5 nights | new hire | |
| training 11/2 - 11/4/04 | | | | | new hire | training @ SMG |
| **Bryan Rohe Travel** | | | | | | |
| | 10/31/2004 | | ATA/Southwest | $221.70 | new hire | |
| Transportation from Cleve - Erie | 10/31/2004 | | Anderson Airlink | $25.00 | new hire | trans fr hotel to SMG |
| Hotel 10/31/04 - 11/4/04 | | | | 0 | new hire | roomed w/ D Dziuban |
| training 11/2/04 - 11/4/04 | | | | | new hire | training @ SMG |
| **David Dziuban Travel** | | | | | | |
| | 10/31/2004 | | Southwest | $102.60 | new hire | |
| Transportation from Cleve - Erie | 10/31/2004 | | Anderson Airlink | $20.00 | new hire | trans fr hotel to SMG |
| Hotel 10/31/04 - 11/4/04 | | | | $ 44.00 x 5 nights | new hire | |
| training 11/2/04 - 11/4/04 | | | | | new hire | training @ SMG |
| Regional Manager-SPs, Site Reviews, Budgeting | | | | $ 3,800.00 | rm - Smallwood | 40 hours @ $95 per |
| Field manager-SPs, Site Reivews | | | | $ 760.00 | fm - J Casey | 8 hours at $95 per |
| Field manager-SPs, Site Reivews | | | | $ 950.00 | fm - J. terrance | 10 hours at $95 per |
| Regional Manager-SPs, Site Reviews, Budgeting | | | | $ 9,500.00 | rm - R Hrovat | 100 hours at $95 per |
| Regional Manager-SPs, Site Reviews, Budgeting | | | | $ 9,500.00 | fm - R Santoro | 100 hours at $95 per |
| Production-Site Visits, Production Maps | | | | $ 2,375.00 | prod coord- D. Gallagher | 25 hours at $95 per |
| Production-Production Maps & Binders | | | | $ 9,000.00 | prod - T. Pancura | 200 hours at $45 per |
| Production-Number Calculations | | | | $ 5,200.00 | prod - C. Zelgowski | 80 hours at $65 per |
| Production-SPs, Field Mangers, Training, Budgeting | | | | $ 3,800.00 | prod - R. Rieder | 40 hours at $95 per |
| Special Accounts Manager-Estimating, Point of Contact Info., Training | | | | $ 9,500.00 | sac - B. Marshall | 100 hours at $95 per |
| new hire -field manager | | | | $ 9,500.00 | Dave Dziuban - Chicago | 100 hours at $95 per |
| new hire -field manager | | | | $ 9,500.00 | Bryan Rohe -DesMoines | 100 hours at $95 per |
| new hire -field manager | | | | $ 9,500.00 | Duane Haataja-Minneapolis | 100 hours at $95 per |

| Expense | Date Incurred | Date Paid | Entity Paid | Amount of Expense | | Affiliation Allin Co/SMG | COMMENTS |
|---|---|---|---|---|---|---|---|
| **JV Travel expenses** | | | | | | | |
| **Brian Marshall Travel expenses** | | | | | | | |
| Peggy Allin - Interviews | | | | | | | |
| Airfare | 8/23/2004 | | Sun Country Airlines | $ | 129.10 | same | |
| Hotel | 8/23/2004 | 8/25/2004 | Courtyard Minneapolis-St. Paul Airp | $149.00+Tax | | same | |
| Airfare | 8/25/2004 | | Northwest Airlines | $ | 364.69 | same | |
| Meals 08/23/04-0825/04 | 10/18-10/23 | | various | $ 25.00 perdiem x 3 | | same | |
| Airfare | 10/18/2004 | | United Airlines | $ | 1,037.60 | same | |
| Hotel | 10/20/2004 | 10/20/2004 | Comfort Inn - Denver | $ 64.99 + tax | | same | |
| Hotel | 10/21/2004 | 10/21/2004 | Fairfield Inn & Suites - Minn/St. Paul | $ 82.01 + tax | | same | |
| Taxi | 10/22/2004 | | | $ | 15.00 | same | |
| Hotel | 10/22/2004 | 10/22/2004 | Radisson Hotel - Des Moines IA | $ 99.00 + tax | | same | |
| Meals 10/18-10/23 | 10/18-10/23 | | various | $ 25.00 perdiem x 6 | | same | |
| Erie to Cleveland | 10/25/2004 | 10/25/2004 | Anderson Airlink | $ | 25.00 | same | |
| Cleveland to Chicago | 10/25/2004 | 10/25/2004 | Continental | $ | 64.90 | same | * Had a $95.80 ecredit |
| Hotel | 10/25/2004 | 10/25/2004 | Fairfield Inn Chicago | 119.00+tax | | same | |
| Ground trans. Cleveland to Erie | 10/26/2004 | | John Allin | unknown | | same | personal or company? |
| **Duane Haataja Travel** | | | | | | | |
| Ground Transportation | 11/1/2004 | | ATA | $ | 181.70 | new hire | PJ Short picked up |
| | 11/1/2004 | | (picked up from Pitts. Airport | | | new hire | |
| Hotel 11/1/04 - 11/6/04 | | | El Patio Motel | $ 44.00 x 5 nights | | new hire | |
| training 11/2 - 11/4/04 | | | | | | new hire | training @SMG |
| **Bryan Rohe Travel** | | | | | | | |
| Transportation from Cleve - Erie | 10/31/2004 | | ATA/Southwest | $ | 221.70 | new hire | trans fr hotel to SMG |
| Hotel 10/31/04 - 11/4/04 | 10/31/2004 | | Anderson Airlink | $ | 25.00 | new hire | roomed w/ D Dziuban |
| training 11/2/04 - 11/4/04 | | | | | 0 | new hire | training @ SMG |
| **David Dziuban Travel** | | | | | | | |
| Transportation from Cleve - Erie | 10/31/2004 | | Southwest | $ | 102.60 | new hire | trans fr hotel to SMG |
| Hotel 10/31/04 - 11/4/04 | 10/31/2004 | | Anderson Airlink | $ | 20.00 | new hire | |
| training 11/2/04 - 11/4/04 | | | | $ 44.00 x 5 nights | | new hire | training @SMG |
| **Legal Council** | | | | | | | |
| | as of 11/8/04 | | | | | | |
| **Supplies** | | | | | | | |
| Labels | | | | $ | 135.00 | SMG | 1075 PACKETS - RFP TO SVC PROVIDERS |
| Business Envelopes | | | | $ | 110.00 | SMG | 1075 PACKETS - RFP TO SVC PROVIDERS |
| Manilla Envelopes | | | | $ | 65.00 | SMG | 1075 PACKETS - RFP TO SVC PROVIDERS |
| Paper | | | | $ | 78.00 | SMG | 1075 PACKETS - RFP TO SVC PROVIDERS |
| Postage | | | | $ | 1,386.75 | SMG | 1075 PACKETS - RFP TO SVC PROVIDERS |
| Copy Count | | | | $ | 537.50 | SMG | 1075 PACKETS - RFP TO SVC PROVIDERS |
| Faxing | | | | $ | 125.00 | SMG | |
| **Personnel** | | | | | | | |
| sites entered in system | | | | $ | 180.00 | ops-audit - Beth | 4 hours at $ 45 per |
| sites entered in system | | | | $ | 180.00 | ops-admin - Tina | 4 hours at $ 45 per |
| phone calls | | | | $ | 1,080.00 | ops-audit - Beth | 24 hours at $45 per |

H:\mrussell\Heritage Expense Log\12/8/2005 2:42 PM

| Task | Amount | Role - Name | Hours/Rate |
|---|---|---|---|
| phone calls | $ 1,080.00 | ops-admin - Linda | 24 hours at $45 per |
| phone calls | $ 1,080.00 | ops-admin - Stacey | 24 hours at $45 per |
| phone calls | $ 1,080.00 | ops-admin - Tina | 24 hours at $45 per |
| rfp data entry | $ 360.00 | ops-admin - Linda | 8 hours at $ 45 per |
| rfp data entry | $ 6,175.00 | ops mgr - L. Edwards | 65 hours @ $ 95 per |
| Regional Manager-SPs, Site Reviews, Budgeting | $ 3,800.00 | rm - Smallwood | 40 hours @ $95 per |
| Field manager-SPs, Site Reievws | $ 760.00 | fm - J Casey | 8 hours at $95 per |
| Field manager-SPs, Site Reievws | $ 950.00 | fm - J. terrance | 10 hours at $95 per |
| Regional Manager-SPs, Site Reviews, Budgeting | $ 9,500.00 | rm - R Hrovat | 100 hours at $95 per |
| Regional Manager-SPs, Site Reviews, Budgeting | $ 9,500.00 | fm - R Santoro | 100 hours at $95 per |
| Production-Site Visits, Production Maps | $ 2,375.00 | prod coord- D. Gallagher | 25 hours at $95 per |
| Production-Production Maps & Binders | $ 9,000.00 | prod - T. Pancura | 200 hours at $45 per |
| Production-Number Calculations | $ 5,200.00 | prod - C. Zelgowski | 80 hours at $65 per |
| Production-SPs, Field Mangers, Training, Budgeting | $ 3,800.00 | prod - R. Rieder | 40 hours at $95 per |
| Special Accounts Manager-Estimating, Point of Contact Info., Training | $ 9,500.00 | sac - B. Marshall | 100 hours at $95 per |
| Bus. Development | $ 33,000.00 | bus devel - J Vernon | 200 hours at $165 per |
| Bus. Development | $ 22,500.00 | bus devel - J Allin | 100 hours at $225 per |
| Human Resources | $ 45,000.00 | h.r. - P Allin | 200 hours at $225 per |
| Accounting | $ 1,140.00 | accounting - M Suleski | 12 hours at $95 per |
| new hire -field manager | $ 9,500.00 | Dave Dziuban - Chicago | 100 hours at $95 per |
| new hire -field manager | $ 9,500.00 | Bryan Rohe -DesMoines | 100 hours at $95 per |
| new hire -field manager | $ 9,500.00 | Duane Haataja-Minneapolis | 100 hours at $95 per |

| Expense | Date Incurred | Date Paid | Entity Paid | Amount of Expense | Affiliation to Allin Co/SMG | COMMENTS |
|---|---|---|---|---|---|---|
| Flight to Ft. Lauderdale-John Allin | 1/21/2004 | 1/21/2004 | Northwest Airlines | 233.9 | same | |
| Flight to Ft. Lauderdale-Jeff Vernon | 1/21/2004 | 1/21/2004 | Northwest Airlines | 207.9 | same | |
| Ground Transportation | 2/22/2004 | 2/22/2004 | | | same | |
| Hotel -JA & JV | 2/22/2004 | 2/22/2004 | Harbor Beach Resort & Spa Mariott | $0 | same | $319.00 paid by Heritage |

| Expense | AMOUNT | TOTAL |
|---|---:|---:|
| AIRFARE | $ 129.10 | |
| | $ 364.69 | |
| | $ 1,037.60 | |
| | $ 64.90 | |
| | $ 181.70 | |
| | $ 221.70 | |
| | $ 102.60 | $ 2,102.29 |
| HOTEL | $ 149.00 | |
| | $ 64.99 | |
| | $ 82.01 | |
| | $ 99.00 | |
| | $ 220.00 | |
| | $ 220.00 | $ 835.00 |
| FOOD | $ 75.00 | |
| | $ 150.00 | |
| | $ 125.00 | |
| | $ 125.00 | |
| | $ 125.00 | $ 600.00 |
| GROUND | $ 25.00 | |
| | $ 20.00 | |
| | $ 25.00 | $ 70.00 |
| TRANSP. TOTAL | $ 2,102.29 | $ 3,478.19 |
| | | |
| LABELS | $ 135.00 | $ 135.00 |
| ENV | $ 110.00 | |
| | $ 65.00 | $ 175.00 |
| PAPER | $ 78.00 | $ 78.00 |
| POSTAGE | $ 1,386.75 | $ 1,386.75 |
| COPIES | $ 537.50 | $ 537.50 |
| FAXING | $ 125.00 | $ 125.00 |
| SITE DATA ENTRY | $ 180.00 | |
| | $ 180.00 | $ 360.00 |
| PHONE CALLS | $ 1,080.00 | |
| | $ 1,080.00 | |
| | $ 1,080.00 | |
| | $ 1,080.00 | $ 4,320.00 |
| RFP DATA ENTRY | $ 360.00 | |
| | $ 6,175.00 | $ 6,535.00 |
| MGMT/PRODUCTION | $ 3,800.00 | |
| | $ 760.00 | |
| | $ 950.00 | |
| | $ 9,500.00 | |
| | $ 9,500.00 | |
| | $ 2,375.00 | |
| | $ 9,000.00 | |
| | $ 5,200.00 | |
| | $ 3,800.00 | |
| | $ 9,500.00 | |
| | $ 33,000.00 | |
| | $ 22,500.00 | |
| | $ 45,000.00 | |
| | $ 1,140.00 | |
| | $ 9,500.00 | |
| | $ 9,500.00 | |
| | $ 9,500.00 | $ 184,525.00 |
| SUPPLIES/PERSONNEL TOTAL | | $ 198,177.25 |
| GRAND TOTAL | | $ 201,655.44 |

| Expense | Date Incurred | Date Paid | Entity Paid | Amount of Expense | Affiliation Allin Co/SMG | COMMENTS |
|---|---|---|---|---|---|---|
| JV Travel expenses | | | | | | |
| **Brian Marshall Travel expenses** | | | | | | |
| Peggy Allin - Interviews | | | | | | |
| Airfare | 8/23/2004 | | Sun Country Airlines | $129.10 | same | |
| Hotel | 8/23/2004 | 8/25/2004 | Courtyard Minneapolis-St. Paul Airp | $149.00+Tax | same | |
| Airfare | 8/25/2004 | | Northwest Airlines | $364.69 | same | |
| Meals 08/23/04-0825/04 | 10/18-10/23 | | various | $ 25.00 perdiem x 3 | same | |
| Airfare | 10/18/2004 | | United Airlines | $1,037.60 | same | |
| Hotel | 10/20/2004 | 10/20/2004 | Comfort Inn - Denver | $ 64.99 + tax | same | |
| Hotel | 10/21/2004 | 10/21/2004 | Fairfield Inn & Suites - Minn/St. Paul | $ 82.01 + tax | same | |
| Taxi | 10/22/2004 | | | $15.00 | same | |
| Hotel | 10/22/2004 | 10/22/2004 | Radisson Hotel - Des Moines IA | $ 99.00 + tax | same | |
| Meals 10/18-10/23 | 10/18-10/23 | | various | $ 25.00 perdiem x 6 | same | |
| Erie to Cleveland | 10/25/2004 | 10/25/2004 | Anderson Airlink | $25.00 | same | * Had a $95.80 ecredit |
| Cleveland to Chicago | 10/25/2004 | 10/25/2004 | Continental | $64.90 | same | |
| Hotel | 10/25/2004 | 10/25/2004 | Fairfield Inn Chicago | 119.00+tax | same | |
| Ground trans. Cleveland to Erie | 10/26/2004 | | John Allin | unknown | same | personal or company? |
| **Duane Haataja Travel** | | | | | | |
| Ground Transportation | 11/1/2004 | 11/1/2004 | ATA | $181.70 | new hire | |
| | 11/1/2004 | | (picked up from Pitts. Airport | | new hire | PJ Short picked up |
| Hotel 11/1/04 - 11/6/04 | | | El Patio Motel | $ 44.00 x 5 nights | new hire | |
| training 11/2 - 11/4/04 | | | | | new hire | training @ SMG |
| **Bryan Rohe Travel** | | | | | | |
| Transportation from Cleve - Erie | 10/31/2004 | 10/31/2004 | ATA/Southwest | $221.70 | new hire | trans fr hotel to SMG |
| | 10/31/2004 | 10/31/2004 | Anderson Airlink | $25.00 | new hire | roomed w/ D Dziuban |
| Hotel 10/31/04 - 11/4/04 | | | | 0 | new hire | |
| training 11/2/04 - 11/4/04 | | | | | new hire | training @ SMG |
| **David Dziuban Travel** | | | | | | |
| Transportation from Cleve - Erie | 10/31/2004 | 10/31/2004 | Southwest | $102.60 | new hire | |
| | 10/31/2004 | 10/31/2004 | Anderson Airlink | $20.00 | new hire | trans fr hotel to SMG |
| Hotel 10/31/04 - 11/4/04 | | | | $ 44.00 x 5 nights | new hire | |
| training 11/2/04 - 11/4/04 | | | | | new hire | training @ SMG |
| Legal Council | | | | | | |
| Supplies | | | | | | |
| Labels | | | | $ 135.00 | SMG | 1075 PACKETS - RFP TO SVC PROVIDERS |
| Business Envelopes | | | | 110.00 | SMG | 1075 PACKETS - RFP TO SVC PROVIDERS |
| Manilla Envelopes | | | | 65.00 | SMG | 1075 PACKETS - RFP TO SVC PROVIDERS |
| Paper | | | | 78.00 | SMG | 1075 PACKETS - RFP TO SVC PROVIDERS |
| Postage | | | | 1,386.75 | SMG | 1075 PACKETS - RFP TO SVC PROVIDERS |
| Copy Count | | | | 537.50 | SMG | 1075 PACKETS - RFP TO SVC PROVIDERS |
| Faxing | | | | 125.00 | SMG | |
| Personnel | as of 11/8/04 | | | | | |
| sites entered in system | | | | $ 180.00 | ops-audit - Beth | 4 hours at $ 45 per |

| John Allin | | |
|---|---|---|
| Date | Tasks | Hours |
| 2/18/2004 | Preparation of presentation in FL | 10 |
| 02/22-02/24/04 | Trip to present SMG to Heritage | 48 |
| 04/15-04/27/04 | gather update info from Jeff, Brian, Rudy & Chet | 4 |
| 06/07-06/09/04 | Work with Brian & Jeff to align pricing | 8 |
| 08/19-08/26/04 | Correspondence with SP's in MN to do sites | 2 |
| 09/30-10/04/04 | Review & amend contract & SP Agreement | 8 |
| 10/8-10/09/04 | Review & initial revised contract | 2 |
| 10/26-10/28/04 | Several meetings on training of new FM's & contacting all Property Mgr's | 8 |
| 10/29-11/04/04 | Finalize & approve all FM's responsibilities for all sites & corresponding Property Mgr's | 10 |
| | | 100 |

| Jeff Vernon | | |
|---|---|---|
| Date | Tasks | Hours |
| 02/16-02/19/04 | Preparation of presentation in FL | 20 |
| 02/22-02/24/04 | Trip to present SMG to Heritage | 48 |
| 5/23/2004 | Meeting w/Bob P in Las Vegas - negotiations | 2 |
| 06/07-06/09/04 | Work with John & Brian to align pricing | 10 |
| 6/16/2004 | Trip to Boston w/Mike Smallwood to meet with Bob P | 8 |
| 9/20/2004 | Trip to Rutland, VT to measure site and get SP | 16 |
| 8/2/2004 | Conference Call Heritage/SMG - moving forward | 2 |
| 08/03-08/05/04 | Follow up work from conference call - due diligence | 10 |
| 10/4-10/09/04 | Travel to Erie to work with Production Crew to complete sites, equipment, SP's, maps, etc. | 60 |
| 10/11-10/15/04 | Working on bid sheets, sites, SP's, production, equipment | 10 |
| 10/21-10/22/04 | Meetings in Erie - finalize info for RFPS to go out | 4 |
| 10/29-11/04/04 | Finalize & approve all FM's responsibilities for all sites & corresponding Property Mgr's | 10 |
| | | 200 |

| Description | Amount | Category | Detail |
|---|---|---|---|
| sites entered in system | $ 180.00 | ops-admin - Tina | 4 hours at $ 45 per |
| phone calls | $ 1,080.00 | ops-audit - Beth | 24 hours at $45 per |
| phone calls | $ 1,080.00 | ops-admin - Linda | 24 hours at $45 per |
| phone calls | $ 1,080.00 | ops-admin - Stacey | 24 hours at $45 per |

| Description | Amount | Role | Hours/Rate |
|---|---|---|---|
| phone calls | $ 1,080.00 | ops-admin - Tina | 24 hours at $45 per |
| rfp data entry | $ 360.00 | ops-admin - Linda | 8 hours at $ 45 per |
| rfp data entry | $ 6,175.00 | ops mgr - L. Edwards | 65 hours @ $ 95 per |
| Regional Manager-SPs, Site Reviews, Budgeting | $ 3,800.00 | rm - Smallwood | 40 hours @ $95 per |
| Field manager-SPs, Site Reivews | $ 760.00 | fm - J Casey | 8 hours at $95 per |
| Field manager-SPs, Site Reivews | $ 950.00 | fm - J. terrance | 10 hours at $95 per |
| Regional Manager-SPs, Site Reviews, Budgeting | $ 9,500.00 | rm - R Hrovat | 100 hours at $95 per |
| Regional Manager-SPs, Site Reviews, Budgeting | $ 9,500.00 | fm - R Santoro | 100 hours at $95 per |
| Production-Site Visits, Production Maps | $ 2,375.00 | prod coord- D. Gallagher | 25 hours at $95 per |
| Production-Production Maps & Binders | $ 9,000.00 | prod - T. Pancura | 200 hours at $45 per |
| Production-Number Calculations | $ 5,200.00 | prod - C. Zelgowski | 80 hours at $65 per |
| Production-SPs, Field Mangers, Training, Budgeting | $ 3,800.00 | prod - R. Rieder | 40 hours at $95 per |
| Special Accounts Manager-Estimating, Point of Contact Info., Training | $ 9,500.00 | sac - B. Marshall | 100 hours at $95 per |
| Bus. Development | $ 33,000.00 | bus devel - J Vernon | 200 hours at $165 per |
| Bus. Development | $ 22,500.00 | bus devel - J Allin | 100 hours at $225 per |
| Human Resources | $ 45,000.00 | h.r. - P Allin | 200 hours at $225 per |

H:\m\russell\Heritage Expense Log\12/8/20052:42 PM

| | | | |
|---|---|---|---|
| Accounting | $ | 1,140.00 | accounting - M Suleski | 12 hours at $95 per |
| new hire -field manager | $ | 9,500.00 | Dave Dziuban - Chicago | 100 hours at $95 per |
| new hire -field manager | $ | 9,500.00 | Bryan Rohe -DesMoines | 100 hours at $95 per |
| new hire -field manager | $ | 9,500.00 | Duane Haataja-Minneapolis | 100 hours at $95 per |

| Date | Description | Hours |
|---|---|---|
| 10/20/2004 | data enter some of the 110 sites into PAMS | 4 |
| 10/19/04 - 11/11/04 | Calls to prospective bidders and/or calls to confirm receipt of RFP package | 24 |
| 9/14/04 - 11/17/04 | Calls to and from prospective bidders re: confirmation of SPs to receive RFP packets, calls to SP to confirm receipt of RFP package, site specific questions re: scope of work, follow up calls regarding Symbiot not responsible for contract | 24 |
| 9/14/04 - 11/17/04 | Calls to and from prospective bidders re: confirmation of SPs to receive RFP packets, calls to SP to confirm receipt of RFP package, site specific questions re: scope of work, follow up calls regarding Symbiot not responsible for contract | 24 |

| Date | Description | Hours |
|---|---|---|
| 9/14/04 - 11/17/04 | Calls to and from prospective bidders re: confirmation of SPs to receive RFP packets, calls to SP to confirm receipt of RFP package, site specific questions re: scope of work, follow up calls regarding Symbiot not responsible for contract | 24 |
| 10/20/2004 | develop process re: software functionality to data enter Heritage account information and locations into PAMS | 8 |
| 10/20/2004 - 11/11/04 | develop process re: data entry of Heritage sites, SP proposals numbers, valid services, snowfall inches relative to scope for all Heritage account information and locations into PAMS | 65 |

| Dates | Hours | Reason |
|---|---|---|
| June 17, 2004 | 4.00 | Search internet for local newspapers in various cities needed; contacting newspapers to gather info placing ads; present pricing to JA for approval to place ads |
| June 17 or 18th | 3.00 | Fax ads to various newspapers, confirmation and requesting/receiving tear sheets |
| Ist of July | 4.00 | Separate resumes by state, put in excel documents for review, review resumes w/JA to start interview process |
| July/August | 4.00 | Sending e-mails for initial introduction to determine if good candidate to interview |
| 8/23/2004 thru 08/25/04 | 48.00 | Travel to MN for interviewing/interviewing time<br>8 hrs   Interviews on 24th |
| 09/30/2004 thru 10/01/04 | 3.00 | Fax ads to various newspapers, confirmation and requesting/receiving tear sheets |
| 10/07/04 thru 10/08/04 | 4.00 | Separate resumes by state, put in excel documents for review, review resumes w/JA & JV to start interview process |
| 10/11/04 thru 10/15/04 | 25.00 | Call Center personnel training |
| 10/21/04-10/23/04 | 48.00 | Travel to MN to IA for interviewing (Interviews in IA were from 12 noon until 8 PM), 12 hrs on 22; 8 hr ea for 20/21 Interviews on 23rd were 7 AM until 11 AM then travel home |
| 10/25/04-10/26/04 | 27.00 | Traveled to Chicago for interviews - went out of Cleveland, took Airlink at 4:30 AM (Est 15 hours on the 25th; est another 12 hours on 26th, interviews started at 7 am |
| 10/27/04-10/29/04 | 10.00 | Job offers made, confirmation of travel arrangements, preparation of binders; |
| 10/29/2004 | 1.00 | Order trucks for new hires and coordinate with Rudy |
| 10/29/2004 -10/31/04 | 3.00 | notifying staff of agendas; first day binders, policies, insurance info |
| 10/31/2004 | 3.00 | Dinner w/David Dziuban, Bryan Rohe, JA @ Colony Restaurant |
| 11/01/04-11/03/04 | 10.00 | Training w/new hires |
| 11/8/2004 | 3.00 | Setup employee folders |

200.00