# ELDERKIN, MARTIN, KELLY & MESSINA
### ATTORNEYS AT LAW
### JONES SCHOOL SQUARE
### 150 EAST EIGHTH STREET
### ERIE, PENNSYLVANIA 16501-1269

JOSEPH T. MESSINA
KENNETH G. VASIL
JAMES H. RICHARDSON, JR.
RONALD L. SLATER
JOHN B. ENDERS
ROBERT C. LESUER
CRAIG A. MARKHAM
THOMAS J. MINARCIK
GERY T. NIETUPSKI
EVAN C. RUDERT
EDWARD J. BETZA
CRAIG A. ZONNA
CHRISTOPHER J. KOVSKI
KELLY A. MROZ
LORI R. MILLER
MELISSA H. SHIREY
LAURA S. NELSON
ELLIOTT J. EHRENREICH

HARRY D. MARTIN
OF COUNSEL

V. H. ELDERKIN, JR.
RETIRED

WILLIAM J. KELLY, SR.
(1927 - 2004)

VEDDER J. WHITE
(1940 - 1993)

TEL: (814) 456-4000
FAX: (814) 454-7411 (MAIN)
(814) 456-1737 (REAL ESTATE)

WEB: www.ElderkinLaw.com

December 9, 2005

**Via Hand Delivery**

Richard A. Lanzillo, Esquire
120 West Tenth Street
Erie, Pennsylvania 16501

    Re:    Heritage Realty Management, Inc. v. John Allin

Dear Mr. Lanzillo:

    I am enclosing documentation responsive to your most recent request concerning Mr. Allin's accounting of time and expense arising from efforts expended under the subject contract. Other than the volume of documents previously provided to you, we do not have any other source materials. The documents previously produced include those numbered JA7756-7781. The documents previously produced also include communications with prospective plow operators, as well as records reflective of other activities which confirm that time and effort was expended by Mr. Allin under the contract.

    We are still waiting to hear from you regarding the potential dates for the depositions of the representatives from Heritage Realty. I would greatly appreciate it if you could advise me as to the current status.

                Very truly yours,

                ELDERKIN, MARTIN, KELLY & MESSINA

                Craig A. Markham

CAM/kt
Enclosures

**EXHIBIT 1**