# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Heritage Realty Management )
_____ )
　　　　Plaintiff　　　　　 )
　　　　　　　　　　　　　 )
　vs.　　　　　　　　　　　 ) No. 04-333 E
　　　　　　　　　　　　　 )
Allie, et. al.,　　　　　　　　 )
_____ )
　　　　Defendant　　　　　)

HEARING ON Mtn to Exclude testimony

Held on Jan 11, 2006

Before Judge McLaughlin

Neal Devlin　　　　　　　　　　　Craig Markham
_____　　_____
Appear for Plaintiff　　　　　　　　Appear for Defendant

Hearing begun 1:26 pm　　　Hearing adjourned to 1:46 pm

Hearing concluded C.A.V. _____　Stenographer Ron Birch

　　　　　　　　　　　　　　　　Clerk N/A

### WITNESSES:

For Plaintiff　　　　　　　　　　　For Defendant

Mtn to exclude evidence is DENIED
Discovery extended 20 days —
Disc due 1-30-06, π's PTS 2-20-06;
Δ's PTS 3-13-06; Δ's STM 2-20-06
π's Response due 3-13-06