IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HERITAGE REALTY MANAGEMENT, INC., | ) Docket No. 04-333 ERIE |
| | ) (Judge Sean J. McLaughlin) |
| Plaintiff | ) |
| | ) ELECTRONICALLY FILED PLEADING |
| vs. | ) |
| | ) MOTION TO AMEND CASE |
| | ) MANAGEMENT ORDER |
| JOHN ALLIN d/b/a ALLIN COMPANIES and SNOW MANAGEMENT GROUP, | ) |
| | ) Filed on behalf of: Plaintiff, Heritage Realty Management, Inc. |
| Defendant | ) |
| | ) Counsel of record for this party: |
| | ) |
| | ) Richard A. Lanzillo, Esq. |
| | ) Knox McLaughlin Gornall |
| | ) & Sennett, P.C. |
| | ) 120 West 10th Street |
| | ) Erie, PA 16501 |
| | ) Telephone (814) 459-2800 |
| | ) Facsimile (814) 453-4530 |
| | ) Email rlanzillo@kmgslaw.com |
| | PA53811 |

**PROPOSED ORDER**

AND NOW, this ____ day of _____, 2006, it is hereby ORDERED that Plaintiff's motion to amend case management order is GRANTED and the remaining pre-trial deadlines are extended as follows:

Plaintiff's Pre-Trial Narrative Statement shall be filed on or before March 6, 2006;

Defendant's Pre-Trial Narrative Statement shall be filed on or before March 27, 2006

On or before March 6, 2006 any party may file a dispositive motion, which shall be accompanied by

a supporting brief and such affidavits and other supporting documentation as may be appropriate. Any responding party may file an opposing brief, together with such affidavits and opposing documents as may be appropriate on or before March 27, 2006.

_____
United States District Judge

# 658215