IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HERITAGE REALTY MANAGEMENT, INC., | ) Docket No. 04-333 ERIE |
| | ) (Judge Sean J. McLaughlin) |
| Plaintiff | ) ELECTRONICALLY FILED PLEADING |
| vs. | ) PLAINTIFF'S PROPOSED ORDER ON |
| | ) MOTION FOR SUMMARY JUDGMENT |
| JOHN ALLIN d/b/a ALLIN COMPANIES and SNOW MANAGEMENT GROUP, | ) Filed on behalf of: Plaintiff, Heritage Realty Management, Inc. |
| Defendant | ) Counsel of record for this party: |
| | ) Richard A. Lanzillo, Esq. |
| | ) Knox McLaughlin Gornall |
| | ) & Sennett, P.C. |
| | ) 120 West 10th Street |
| | ) Erie, PA 16501 |
| | ) Telephone (814) 459-2800 |
| | ) Facsimile (814) 453-4530 |
| | ) Email rlanzillo@kmgslaw.com |
| | ) PA53811 |

## PLAINTIFF'S PROPOSED ORDER ON MOTION FOR SUMMARY JUDGMENT

AND NOW, this __ day of _____, 2006, upon consideration of plaintiff's Motion for Summary Judgment, it is hereby ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment in favor of plaintiff, Heritage Realty Management, Inc., and against defendant, John Allin, in the amount of $340,482.90, plus interest from October 13, 2004, and costs of suit.

BY THE COURT:.

_____
Sean J. McLaughlin, USDC

# 660706