1       A.    Yes.

2             (J. Allin Deposition Exhibit 4 marked for

3              identification.)

4       Q.    I show you what we've marked as Exhibit 4.  It's a

5   letter dated October 21, 2004 also from Centrus Group.  The

6   addressee is covered up again.  Re:  Allin and Companies and

7   Snow Management Group.  The author of the letter apparently

8   was a Robert L. Cohen again.  Have you seen this letter

9   before?

10      A.    Yes.

11      Q.    This refers to a letter of intent regarding the

12  purchase of assets of Snow Management Group by an

13  unidentified entity.  Do you understand this to be in

14  reference to Symbiot?

15      A.    Yes.

16            (J. Allin Deposition Exhibit 5 marked for

17             identification.)

18      Q.    I show you now a note or a notice that I

19  understand came to Heritage anonymously.  And I've marked

20  this as Deposition Exhibit 5.  Have you ever seen that

21  before today?

22      A.    No.

23      Q.    Recognizing that you're only seeing that for the

24  first time today, do you have any knowledge of who may have

25  sent this notice to Heritage?

1     A.    We suspect we know who sent it.

2     Q.    Who do you suspect?

3     A.    Karioty.

4     Q.    That's the entity that asserted the claim against

5  you and is currently in AAA arbitration?

6     A.    Yes.

7           (J. Allin Deposition Exhibit 6 marked for

8            identification.)

9     Q.    Mr. Allin, I've presented you with what we've now

10  marked as your Deposition Exhibit 6.  This is a compilation

11  of documents that we received from you as part of the

12  discovery in this case.  It appears to be spreadsheets and

13  schedules of expenses.  And I have several questions

14  regarding these documents.  Let me ask you this.  Who was

15  responsible for generating these documents?

16     A.    The initial work was done by an administrative

17  assistant who worked for us for a short period of time, and

18  then passed on to the administrative assistant who was with

19  us until I was separated from Symbiot.

20     Q.    Okay.  Who was the original administrative

21  assistant?

22     A.    Julie somebody.

23     Q.    Can't recall her last name?

24     A.    I don't pay attention to other women in my office.

25     Q.    That's a smart and diplomatic answer.  But in all

1  seriousness, do you have any recollection of her last name?

2      A.   I do not.  That doesn't mean she didn't have a

3  last name, I just don't know what it was.

4      Q.   When did Julie leave the company?

5      A.   Oh, I don't think she was there about a week.

6      Q.   So she was a short-termer?

7      A.   When I said a short period of time, I mean short.

8      Q.   And was her principal responsibility for the week

9  that she was there to work on this?

10     A.   Actually, I do believe that's exactly what it was.

11     Q.   When was she employed?

12     A.   It would have been right about the time Heritage

13 filed the lawsuit.

14     Q.   Was she hired to do this?

15     A.   No.

16     Q.   Heritage employees, are they required to keep any

17 type of time cards or time sheets or other time records?

18     A.   I would have no idea what Heritage's policy is for

19 that.

20     Q.   That's my mistake.  I misspoke.  At Allin and

21 Companies and SMG, are your employees required to maintain

22 or keep any time records?

23     A.   Generally, no.

24     Q.   Are there exceptions?  When you say generally.

25     A.   There might be from time to time, when we want to

1    bill a customer on a per-hour basis.  But it would be few

2    and far between.

3        Q.    How about the office or administrative staff; are

4    they required to maintain any time records?

5        A.    No.  As I've said to others previously, we're not

6    a law firm and we don't keep track to the minute of what

7    everybody is doing.

8        Q.    As a percentage, had the Heritage contract gone

9    forward, how large of a portion of your business would it

10   have been?

11       A.    Probably somewhere between 15 and 20 percent.

12       Q.    When you contracted with Heritage, were you

13   concerned at all, based upon the prior problems you had had

14   with cash flow and service providers who had not been paid

15   at that time -- in other words, did it cause you any concern

16   that you were taking on what sounds, to me, to be a very

17   substantial new customer at a time where you didn't -- you

18   had not had the cash flow to stay current with your service

19   providers to date?

20       A.    Not in the least.

21       Q.    Why not?

22       A.    We had multiple parties who were interested in

23   either becoming equity partners or acquiring SMG.  And we

24   had done some in-depth analysis of certain customers, and

25   had not renewed contracts that we knew were not profitable.

1    Allin Companies and Snow Management Group after you sold the

2    snow removal business to Symbiot.

3        A.    I was contractually obligated not to compete with

4    the acquired company, with Symbiot.

5        Q.    So not only did you not retain the capacity, the

6    equipment or the ability to perform that contract, the

7    arrangement that you entered into with Symbiot expressly

8    precluded you from doing so?

9        A.    On my own, correct.

10        Q.    Going back to Exhibit 6.  Did Mr. Haataja maintain

11    any time records, to your knowledge?

12        A.    I don't know.

13        Q.    How about Mr. Rohe, R-O-H-E?

14        A.    I don't know that either.

15        Q.    How about David Dziuban; did he maintain any time

16    records, to your knowledge?

17        A.    I don't know.

18        Q.    On the right-hand side of the first page of

19    Exhibit 6 you'll see hours at a fixed rate.  For example, it

20    looks like for Mr. Dziuban, it says, "Regional manager,

21    dash" -- well, I take that back, I may be misinterpreting

22    this.

23            Do you see about midway down the page now on the

24    left-hand side it says, "Regional manager, dash, SPs, comma,

25    site reviews, comma, budgeting."  And if you follow that

1    line across, you'll see an amount, $3,800.  It looks like,

2    "RM, dash, Smallwood."  And then 40 hours at $95 per.  Let

3    me ask you first.  Do you know the identity of the person to

4    whom this entry relates?

5         A.    Yes.

6         Q.    And who is that?

7         A.    Mike Smallwood.

8         Q.    And who is Mike Smallwood?

9         A.    He would have been the regional field manager for

10   New England.

11        Q.    Was he required to keep time records?

12        A.    No.

13        Q.    On what terms was he paid?

14        A.    Salary plus commission.

15        Q.    So you weren't paying him $95 an hour, were you?

16        A.    No.

17        Q.    And the 40 hours that's referenced here, do you

18   know where that number came from?

19        A.    It would have been an IM.  I am surmising that he

20   was contacted and asked how much time he had put into the

21   Heritage contract over the course of our dealings with

22   Heritage.

23        Q.    On what basis do you surmise that?  Has anyone

24   told you that?

25        A.    Nobody has told me that specifically.

1        Q.    When you -- let me back up as a foundational

2    matter.    Did you give the assignment to the administrative

3    assistants to prepare these schedules?

4        A.    Yes.

5        Q.    And what were your instructions to the

6    administrative assistants regarding the preparation of these

7    schedules?

8        A.    Contact the various people who had input into the

9    Heritage contract and find out how much time they've got.

10   Ascertain direct costs.    And put it all together so that I

11   can submit it to counsel.

12       Q.    I talked to you a moment ago about Julie -- the

13   first administrative assistant who only worked for you for a

14   short time.    What was the name of the second administrative

15   assistant?

16       A.    Mary Russell.

17       Q.    Where is Mary now; still in Erie?

18       A.    Yes.

19       Q.    Does she still work for Symbiot?

20       A.    No.

21       Q.    Did she cease to work for Symbiot at or about the

22   same time that your employment ended?

23       A.    The same day.

24       Q.    On the right-hand side -- I won't go through each

25   one of these, each one of these entries.    But you'll see

1    that the hours are fairly even:  40, 8, 10, 100, 100, 25,

2    200, 80, 40, 100, 100, 100, 100, on Page 1.  Is it your

3    understanding that those are numbers that were actually

4    supplied by each of the individuals listed on the schedule?

5    For example, there's Mr. Smallwood at 40, Mr. -- it looks

6    like a J. Casey at 8, J. Terrance at 10, Mr. Hrovat at 100

7    hours.  It's your understanding that those are numbers

8    supplied by those individuals?

9        A.    Yes.

10       Q.    To your knowledge -- recognizing you didn't

11   prepare this.  But to your personal knowledge, are there any

12   other time records reflecting the activities of the

13   individuals listed here other than the schedules?

14       A.    No.

15       Q.    And the new hires that you mentioned earlier in

16   your deposition, Dziuban, Rohe and Haataja -- Haataja.

17   Whatever.  Duane.

18       A.    That's what we called him.

19       Q.    I can see why.  Those are listed here as the last

20   three entries on the first page; is that correct?

21       A.    That's the way it reads, yes.

22       Q.    We'll leaf through this exhibit here in a moment.

23   But as to the individuals listed on Page 1, am I correct

24   that there's no detail as far as when they performed the

25   hours listed on the first page of Exhibit 6?

1        A.    Not to my knowledge.

2        Q.    So it's basically a round number at a particular

3   hourly rate for each of the affected individuals?

4        A.    That's the way it reads, yes.

5        Q.    The $95 an hour, how was that determined?

6        A.    My instructions were that we would use rates --

7   no, that's a mistake.  The instructions to me were to

8   utilize rates that we would charge a customer if we were

9   doing the work on an hourly rate basis.

10       Q.    And where did you receive those instructions, from

11  whom?

12       A.    From counsel at the time.

13       Q.    We've talked about -- well, we've talked a little

14  bit about the three new hires.  But if you would be kind

15  enough on Page 1 to just run down the individuals listed in

16  the second column from the right.  And tell me their full

17  names, if you recall them, and what their positions were

18  with Allin and Companies, just so I know who these folks

19  are.

20       A.    Okay.

21       Q.    Smallwood.

22       A.    Michael Smallwood.  He was a regional field

23  manager for the northeast region.  Jessie Casey was a field

24  manager who lived in Connecticut and worked in Connecticut

25  and New York.  Jason Terrance lived in Connecticut and

1 | worked Connecticut; field manager.  Ralph Hrovat was the
2 | regional manager based in New Jersey covering the
3 | midAtlantic from roughly Delaware up to lower New York.
4 |      Ralph Santoro was based in New Jersey and worked
5 | mostly in New Jersey.  However, Ralph was one of those
6 | individuals if we said, drive to Albuquerque and measure a
7 | site, he would do it, and not stop until he got home.
8 |      Dave Gallagher is a production coordinator.  And
9 | Dave Gallagher lives in Allentown, and his job was to visit
10 | sites to interact with service partners or service providers
11 | in order to properly educate them about the methodologies we
12 | wanted to use in clearing of the sites.
13 |      Terry Pancura was -- she worked in Erie for Rudy
14 | Rieder, and handled the producing of the production sheets.
15 | And those sheets would tell service partners where the snow
16 | was to be stacked and the different obstacles that were on
17 | sites.
18 |      Chet Zelgowski also worked for Rudy Rieder.  And
19 | Chet would function as a supervisor to Terry.  And he also
20 | interacted with service providers on a direct basis.
21 |      Rudy Rieder was in charge of production.  So it
22 | was his job to make sure the sites were maintained and
23 | equipment got to different locations.  Chet and Terry worked
24 | for him.
25 |      Brian Marshal, strategic account manager.  He was

1    ultimately going to be responsible for Heritage, and, in

2    fact, did a lot of the leg work putting together --

3    validating the pricing structure that Heritage had provided

4    us with.  And he too had interaction with Bob and other

5    individuals at Heritage.

6           Dave, Bryan and Duane we've had discussion about.

7    Do you want me to say that again?

8           Q.    That's all right, we've already identified them.

9           A.    And for me, that's pretty good, because I'm bad

10   with names.

11          Q.    That's not bad.  All the individuals except for

12   Dave, Bryan and Duane at the bottom here, though, those were

13   existing employees who were already working on a salaried or

14   a salary commission mixed basis as of the time you entered

15   into the contract with Heritage?

16          A.    That's correct.  I do not believe any of these

17   individuals were hired as a result of the Heritage contract,

18   but I can't be absolutely certain about that.

19          Q.    On the third page of Exhibit 6 there's a notation

20   here, "Business development, $22,500.  J. Allin, 100 hours

21   at $225 per."  Do you see that about three-quarters of the

22   way down the page?

23          A.    I do.

24          Q.    What does that represent?

25          A.    Time that I spent interacting with Jeff and

1   advising him; and near the end of the contract, negotiation;

2   and the interaction I had with the insurance company and

3   Heritage.  And it's my time spent.

4       Q.   Now, the contract was signed on -- by you on or

5   about October 4, 2004, and terminated one month later.  Did

6   those hours take place during that one-month time, or does

7   it cover a broader period of time?

8       A.   It covers a broader period of time.

9       Q.   What period of time is covered by that?

10      A.   From the time Heritage was beginning to insist

11  that we hire people and put them in place, regardless of

12  whether we had a written contract in place, up through the

13  decision to terminate the three individuals who had been

14  hired strictly from Heritage.

15      Q.   And when you say at the time Heritage was

16  insisting that you hire people even though you didn't have a

17  written contract, when did that occur?

18      A.   Oh, my goodness, that started back in August.

19  They were just unmerciful about, have you hired anybody yet,

20  and do you have people yet, and have you contacted service

21  providers, and we need to get this going, and you're not

22  going to be able to perform.

23      Q.   And who said that?

24      A.   That was -- most of that contact came from Bob,

25  although we were getting inquiries from all over the country

1    from site people who were in charge of Heritage sites

2    saying, you know, you've got to get going here, it's going

3    to snow.  And service providers for Heritage who were

4    calling and saying, we've been doing this work for years,

5    and we've been notified by Heritage that you have the

6    contract; well, that's not entirely true, we don't actually

7    have a signed contract; yeah, but we've got to get going.

8    That kind of thing.

9         Q.    The statements that you attributed to Bob

10   Prendergast, were those made to you or Mr. Vernon?

11        A.    To Mr. Vernon.

12        Q.    So you don't have personal knowledge of those

13   aside from what Mr. Vernon has told you?

14        A.    That's accurate.

15        Q.    There was a provision in the contract, Exhibit

16   A -- and I know I'm whipsawing you back and forth between

17   documents.  Keep that schedule out, though, because I'm

18   going to come right back to it.

19        A.    That particular page?

20        Q.    Yeah, I'll be coming back to that.  If you take a

21   look in the contract, there's a provision in here talking

22   about providing signed subcontractor agreements to Heritage

23   on or before October 31, 2004.  I believe it's Paragraph 4.

24   It would be the second sentence.  "Contractor shall deliver

25   copies of the signed subcontracts for each property to owner

1   prior to October 31, 2004."  Do you know whether that was

2   done?

3        A.   We were making a concerted effort to -- my

4   understanding was we were making a concerted effort to

5   comply with that time frame.  However, it was my

6   understanding that it was also understood between Jeff and

7   Bob Prendergast that that was an unrealistic expectation,

8   given the fact that the contract was signed on October 3rd.

9   And while we were making progress towards that prior to the

10  actual contract signing, we were going to have to work

11  towards filling higher percentage snow markets first.

12       Q.   To your knowledge, prior to October 31, 2004, or

13  at any time prior to the termination of the Heritage

14  contract by Heritage, had any subcontracts been provided to

15  Heritage?

16       A.   I don't know.

17       Q.   If that happened, you have no knowledge of it.

18       A.   That's correct.

19       Q.   And any discussions regarding flexibility on that

20  date, you weren't privy to any discussions with the Heritage

21  individuals?

22       A.   Not firsthand experience, that's correct.

23       Q.   Going back to Exhibit 6.  It's fair to say, is it

24  not, that for each of the entries here that specify hours by

25  an individual at a specific rate and then a corresponding

1  amount, none of those amounts were actually spent by SMG,

2  were they?

3         In other words, you guys didn't write a check in

4  these amounts to anyone or pay anyone.  You weren't paid an

5  additional $22,500, Mr. Vernon wasn't paid $33,000, Linda,

6  whoever that is, where it lists phone calls, office

7  administration, $1,080 at the top of Page 3, she wasn't paid

8  $1,080, was she?

9     A.   I had stated previously that the amounts there are

10  amounts that we would have charged a customer if we were

11  doing it by the hour.

12     Q.   I just want to make sure I'm clear and the record

13  is clear, that none of these amounts here were actually

14  expended by Allin.

15         MR. MARKHAM:  You mean -- let me make sure I

16         understand it.  Obviously, all these people were

17         paid something.

18         MR. LANZILLO:  Right.

19         MR. MARKHAM:  When you say they weren't paid

20         $1,000; they were paid $1,000 because they get a

21         salary and they get paid every week.  So I'm

22         just -- I'm having a hard time understanding

23         exactly what it is you're asking.

24     Q.   Other than what these people otherwise would have

25  been paid as part of their normal employment

1   responsibilities, they weren't paid anything on top of that

2   which corresponds to this schedule, were they?

3       A.   No.

4       Q.   And to the best of your knowledge, none of the

5   hours listed here were determined based upon an

6   administrative assistant consulting any business records.

7   This was -- it came from some other source; is that correct?

8       A.   As I previously stated, it would have come from

9   the individual or their supervisor who asked the individual

10  how much time they spent.

11      Q.   That was basically your instructions to the

12  administrative assistant?

13      A.   Yes.  Because I know we don't keep time locks

14  locks for different projects in a fashion which you have

15  asked me.

16      Q.   On the fourth page of Exhibit 6 there's a list of

17  expenses.  Flight to Fort Lauderdale, John Allin; flight to

18  Fort Lauderdale, Jeff Vernon; ground transportation; hotel.

19  Would that have been in connection with the presentation

20  that you made, or at least some of these in connection with

21  the presentation that you made to Heritage at their property

22  managers' meeting?

23      A.   Yes.

24      Q.   These dates are separated by approximately one

25  month.  Which of the four entries here relates to that

1  particular meeting?

2      A.   It would have been the February 22nd date.  1/21

3  would have been the date we paid for the expense.

4      Q.   I see.  Didn't you regard these expenses as

5  marketing expenses at the time?

6      A.   I don't know the answer to that.

7      Q.   In other words, if two months down the road

8  Heritage said, you know, we've found what we think is a

9  better deal or we've decided to keep this in-house, these

10 are amounts for which you would not have expected to receive

11 compensation.

12     A.   That's correct.

13     Q.   The next page, I assume, is a summary that would

14 match up with other schedules.  I don't know why it's in

15 this particular order.  This is the way it was produced to

16 me.  Do you have any knowledge of the content of this page

17 of Exhibit 6?

18     A.   No.

19     Q.   On Page 6 of Exhibit 6 --

20     A.   Show me the page.

21     Q.   At the top of the page it's -- upper left-hand

22 corner it says, "Expense, JV travel expense."

23     A.   I'm on that page.

24     Q.   All right.  And then it has -- it says, "Brian

25 Marshal, travel expenses."  Are there any expenses for

1    Mr. Marshal?

2        A.    I don't know.

3        Q.    "Peggy Allin, dash, interviews."  Did Mrs. Allin

4    travel to these locations?  Is that the point of this

5    schedule?

6        A.    That's correct.

7        Q.    Legal counsel at the bottom of the page is empty.

8    There's nothing there for legal counsel.  Then supplies,

9    labels, envelopes and the like.  Do you know how those

10   were -- how those amounts were determined?

11       A.    Those would have been direct expenses that we

12   incurred in sending out of the RFP to the service providers.

13   That's noted on the right-hand side.

14       Q.    Were those tracked or are those estimates?

15       A.    Those would have been tracked.

16       Q.    On the next page, appears to be an accounting of

17   time for you and for Mr. Vernon.  For yourself individually

18   on 2/18/2004, which, again, is several months before the

19   contract.  It says, "Preparation of presentation in

20   Florida."  I assume that's the same presentation we

21   discussed earlier at the property managers meeting?

22       A.    That's correct.

23       Q.    And you put down ten hours?

24       A.    Correct.

25       Q.    Was that an estimate?

1     A.    Yes.

2     Q.    And then the next entry, it shows 2/22 through

3  2/24/04, "Trip to present SMG to Heritage."  Is that a fair

4  characterization of the purpose of the trip?

5     A.    No.  And I did not review this before you got it.

6  And, quite frankly, that kind of charges you for our sleep

7  time, which is not kosher.

8     Q.    I mean, that does include every hour you were on

9  the trip.

10    A.    Yeah.  And my instructions to my administrative

11  assistant was to put together the hours that had been

12  expended.  Those hours should have been, to be fair, not

13  included.

14    Q.    The same thing for Mr. Vernon.  20 hours for prep,

15  48 hours for the trip itself?

16    A.    To be fair, yes.

17          (Discussion held off the record.)

18    Q.    Where did your administrative assistant get these

19  numbers, though?

20    A.    She would have gotten them from me and from Jeff.

21    Q.    Your numbers, are these estimates?

22    A.    Yes.

23    Q.    And the next page, the seventh page of the

24  exhibit, there's several entries for -- and it's just

25  generically phone calls.  It says, ops audit, 24 hours at

1    $45 an hour.  To your knowledge, there's no further detail

2    as to who was called, when they were called, the amount of

3    each call, anything like that, is there?

4         A.    That's correct.

5               MR. MARKHAM:  So it's clear, Rich, I think this

6               may be the eighth page of this exhibit.

7               MR. LANZILLO:  Thank you.

8         A.    The one that says sites entered in the upper

9    left-hand corner?

10        Q.    That's it.

11        A.    Make sure we're all talking about the same one.

12        Q.    And I think we discussed this earlier.  To your

13   knowledge, in terms of the time reflected here that --

14   corresponding to specific individuals, to your knowledge,

15   there's no other records that would more specifically

16   document what was done, when it was done, and the amount of

17   time devoted; is that fair?

18        A.    Yes, sir.

19        Q.    That will save us some time.  And you personally

20   did not discuss the activities or the times referenced here

21   with any of the individuals listed, did you?

22        A.    That's correct.

23        Q.    Did Mrs. Allin participate in the compilation of

24   this document, to your knowledge?

25        A.    I don't know.

1      Q.   On the next page -- strike that.  Actually, let's

2  skip a couple of pages until you get to the page of

3  Exhibit 6 that has printing only on the left third of the

4  page.  And the words at the top of the page begin, "Data

5  enter some of the 110 sites into," and then below that

6  there's a date, 10/20/2004.  PAMS, appears to be four hours.

7  And below that, "Calls to prospective bidders."  Do you see

8  that?

9      A.   I have that page.

10     Q.   Do you have any knowledge concerning the

11  activities described here, who performed them, how this

12  information was compiled, other than by your administrative

13  assistant?

14     A.   I do not.

15     Q.   In the narrative here where it says 10/19/04

16  through 11/11/04, it says 24 -- apparently 24 hours on the

17  RPF package.  And below that there's an entry.  Let me just

18  read it.  "Calls to and from prospective bidders re:

19  confirmation of SPs to receive RFP packets, calls to SP to

20  confirm receipt of RFP package, site specific questions re:

21  scope of work, follow-up calls, regarding Symbiot not

22  responsible for contract."  Do you see that?

23     A.   I do.

24     Q.   First of all, what's the reference to SP, if you

25  know?

1    A.    Service provider.

2    Q.    And then follow-up calls regarding Symbiot not

3  responsible for contract.  Do you know what that's --

4    A.    I do not.

5    Q.    -- referring to?

6    A.    Yes, I do.  Once the contract was cancelled, we

7  continued to receive calls from service providers who were

8  still under the impression that we had the contract by that

9  point in time, we were part of Symbiot, or that we were

10  going to be part of Symbiot.  And we had to answer those

11  calls.

12    Q.    PAMS, do you know what that -- it's all caps.  Is

13  that an acronym, someone's name?

14    A.    It is.

15    Q.    What is it?

16    A.    It is the name of the provider account manager

17  system.  It is a computer software program.

18    Q.    The provider account management software, what

19  does that document?  What does that record?

20    A.    We had a software program where each site would be

21  entered into the account management software.  So if a

22  service provider or a site manager were to call about that

23  particular site, we would log in the time of the call and

24  the nature of the call and the action that was required, if

25  any.  And then what action was performed.  It's so we can

1    keep an accurate accounting of what takes place on the site.

2          That all has to be entered into the system and get

3    it set up so that we can track what is going on at each

4    particular site as it pertains to inquiries or calls that we

5    get from or to a provider or the site manager or customer.

6          Q.    Does the PAMS system include any entries relative

7    to Heritage?  In other words, was there any input, to your

8    knowledge, regarding the Heritage sites?

9          A.    I don't know specifically.  But it generally would

10   not have been activated until it snowed.

11         Q.    Okay.  And there had been no snow removal services

12   provided at any of those sites as of November 4, to your

13   knowledge; is that correct?

14         A.    Correct.

15         Q.    On the last page of Exhibit 6, I did want to ask

16   you a quick question.  Again, this appears to be a type of

17   summary?

18         A.    Which page are we on?

19         Q.    The very last page.

20         A.    The one that says dates, hours, reason at the top.

21         Q.    Yeah.

22         A.    Okay.

23         Q.    Do you know to whom these entries relate?  I mean,

24   we've got dates, hours, reason, June 17, '04.  4.0.

25   Presumably, that's a reference to hours.  "Search Internet

1    for local newspapers in various cities needed, contacting

2    newspapers to gather info placing ads.  Presenting pricing

3    to JA for approval to place ads."

4        A.   Based on the content?

5        Q.   Um-hum.

6        A.   I believe this would be Peggy Allin's log.

7        Q.   As far as who is doing the service here -- or

8    strike that -- who is engaging in the activity described

9    here, do you know who -- is it all Peggy Allin, to your

10   knowledge, or can you tell?

11       A.   That's a question that you'll probably have to ask

12   her, because I can't definitively say one way or the other.

13       Q.   You have no personal knowledge of the information

14   reflected on this schedule; is that fair?

15       A.   It says here I had dinner with the new employees

16   at the Colony Restaurant, third from the bottom.  And I do

17   remember that.  I don't know what the $3 refers to.

18       Q.   Actually, I would guess that's three hours.

19       A.   Three hours, right.

20       Q.   Other than that, is there anything else on here

21   concerning what you have personal knowledge?

22       A.   I can't say that there is.  Other than those items

23   that she says were reviewed with me.  I can't specifically

24   state that I remember that date and what that was.

25       Q.   Other than the detail such that it is that is

1    provided in Exhibit 6, are you aware of any other

2    documentation or means whereby I can determine whether the

3    hours listed here for these various employees in schedule

4    six, whether those hours were performed before or after the

5    contract date with Heritage in October of 2004?

6        A.    I do not.

7        Q.    And I take it from your earlier testimony, and

8    correct me if I'm wrong, that you did not participate in any

9    face-to-face or conversational negotiations concerning the

10    content of the contract that we've marked as Exhibit A, your

11    contract with Heritage.

12        A.    Face to face with whom?

13        Q.    Anyone from Heritage.

14        A.    That's correct.

15        Q.    You did make some changes, I understand, which are

16    noted in the agreement itself.  If you have a copy there,

17    maybe we can go through them quickly.  There's handwriting

18    on Page 3, the lower right-hand corner.  Is that your

19    handwriting?

20        A.    It is.

21        Q.    The first set of changes, the first changes appear

22    to be on Page 5.  A line is crossed out, and there's

23    initials.  Is that your modification?

24        A.    It is.

25        Q.    Page 7 appears to be dated with your initials as

1    well.  And then there's a change on Page 8.  Is that your

2    handwriting for that change as well?

3        A.    It is.

4            (J. Allin Deposition Exhibit 7 marked for

5                identification.)

6        Q.    Mr. Allin, I'm showing you now what I've marked as

7    your Deposition Exhibit 7.  This is entitled Snow Removal

8    and Ice Management Services Master Agreement.  Do you

9    recognize this document?

10       A.    I do.

11       Q.    Is this a document prepared by or on behalf of

12   SMG?

13       A.    Yes.

14       Q.    Would this be the form of the agreement that's

15   referenced in -- I believe it's Paragraph 4 of the agreement

16   between Heritage and you.  That's the part of the agreement,

17   the Heritage agreement, that discusses the providing of

18   executed subcontracts to Heritage by SMG on or before

19   October 31, 2004.  Is this the form of the document that

20   would have been or should have been provided under the

21   agreement?

22       A.    I can't specifically recall what that refers to.

23       Q.    Is this the standard form of subcontract that SMG

24   utilized for snow removal services with its service

25   providers?

1     A.   Yes.

2     Q.   Prior to its execution, did you read the Heritage

3  agreement in its entirety?

4     A.   Yes.

5     Q.   And as of the execution of that agreement, you had

6  a letter of intent with Symbiot for the sale of the snow

7  removal part of your business, correct?

8     A.   Yes.

9     Q.   Did you understand, pursuant to Paragraph 13 of

10  the Heritage agreement, that the agreement was not

11  assignable without Heritage's express consent in its sole

12  discretion?

13     A.   Yes.

14     Q.   When you proceeded with the final agreement with

15  Symbiot to sell the snow removal part of your business to

16  Symbiot, did you understand that you were executing a

17  restrictive covenant which would preclude you from servicing

18  the Heritage agreement after you sold that part of the snow

19  removal business to Symbiot?

20     A.   I don't understand the question.

21     Q.   You knew, didn't you, that once you signed that

22  agreement with Symbiot, that John Allin, doing business as

23  Allin and Companies and Snow Management Group, would no

24  longer have the right or the ability to provide the services

25  you had contracted to provide to Heritage.

```
 1      A.    Correct.

 2            MR. MARKHAM:   To make it clear too.  I mean, his

 3            testimony has been that the closing of the Symbiot

 4            deal came well after this contract and after the

 5            termination of this contract.

 6      Q.    The closing occurred on November 15, right?

 7      A.    November 22nd.

 8      Q.    When was the agreement with Symbiot signed?

 9      A.    It was in October.  I don't recall exact dates.

10      Q.    So when you signed the agreement with Symbiot, you

11   understood you were signing an agreement that would render

12   it impossible for you to perform under your contract with

13   Heritage.

14      A.    I would take some issue with that.  But for me

15   personally, to do it on my own?

16      Q.    Yes.

17      A.    Yes.

18      Q.    Let me show you what will be the final exhibit

19   we'll mark.

20            (J. Allin Deposition Exhibit 8 marked for

21             identification.)

22      Q.    Mr. Allin, let me show what you we've marked as

23   your Deposition Exhibit 8.  And correct me if I'm wrong.

24   This is a letter dated November 3, 2004, which I believe was

25   faxed to you on November 4, 2004 from Heritage.  And this
```

1    was the notice terminating the contract?

2        A.    If I might make a slight correction.  This was not

3    faxed to us.

4        Q.    Okay.  How did you receive this?  Via overnight

5    mail, I see.

6        A.    That's correct.

7        Q.    It's dated November 3.  Was it received by you on

8    November 4?

9        A.    4 or 5, I don't recall the exact date.

10       Q.    You do recall receiving this notice?

11       A.    I do.

12             MR. LANZILLO:  Give me one minute.  I would just

13             like to talk to Kristina real quick.

14             (Recess held from 11:20 a.m. to 11:25 a.m.)

15             MR. LANZILLO:  I am happy to say that I was able

16             to oblige your schedule, including the 15-minute

17             buffer.  So those are all the questions I have.

18             MR. MARKHAM:  I don't have any questions, and

19             we'll have him read it.

20

21             (Deposition concluded at 11:26 p.m.)

22

23

24

25

1
2
3               C E R T I F I C A T I O N
4
5        I, Carol A. Holdnack, a Court Reporter and
6   Notary Public in and for the Commonwealth of
7   Pennsylvania, do hereby certify that the foregoing
8   is a true and accurate transcript of my
9   stenographic notes in the above-captioned matter.
10
11
12
13        _____
14              Registered Professional Reporter
15
16
17        Dated:_____1-25-06_____
18
19
20
21
22
23
24
25

**A**

AAA 49:6 52:5
ability 56:6
 78:24
able 12:16 13:12
 17:1 33:25
 55:25 63:22
 80:15
abreast 34:15
absolutely 62:18
accept 35:1,2,5,7
 35:11 50:22
accepted 35:9
accommodation
 34:10
accompanied
 44:9
account 37:6,11
 37:21,24 61:25
 73:16,18,21
accountant 22:3
 22:19
accounting 22:3
 22:6,8 23:4,5
 69:16 74:1
accounts 41:17
 41:21
accurate 13:25
 14:3 23:6
 33:16,19 34:6
 34:7 39:25
 41:22 45:15
 55:19,23 64:14
 74:1
achieve 36:22
acquire 24:15,20
 31:3
acquired 6:18
 31:21 50:20
 56:4
acquiring 32:10
 54:23
acquisition 6:18
 13:18 29:21
acronym 73:13
action 49:3
 73:24,25

activated 74:10
activities 13:2
 59:12 71:20
 72:11
activity 75:8
actual 23:8,12
 24:8 32:14
 47:7,17 65:10
add 17:4 21:22
addition 25:18
 42:8
additional 15:2
 15:25 18:23
 25:18 50:21
 66:5
address 4:1,2
 8:7,10 15:6
 40:4 48:25
addressee 50:7
 51:6
addressing
 50:18 55:9
administration
 66:7
administrative
 52:16,18,20
 54:3 58:2,6,13
 58:14 67:6,12
 70:10,18 72:12
ads 75:2,3
advice 46:20
advise 40:13
advising 50:16
 63:1
ago 32:17 58:12
agreed 29:19
 39:10
agreement 11:3
 11:4 17:3
 21:10,16 29:20
 30:5 31:24
 35:25 40:4
 41:8 46:25
 47:8 55:12
 76:16 77:8,14
 77:15,16,17,21
 78:3,5,10,10

78:14,18,22
 79:8,10,11
agreements
 42:17 64:22
Albuquerque
 61:6
Allentown 61:9
Allin 1:6,6,9 2:3
 2:7,8,9,10,11
 2:12,13,14 3:7
 4:2,4,6,9,15,16
 6:12,13,15,17
 6:24 7:7,14 8:1
 8:4,5 10:11
 12:18 13:17
 18:9 20:17
 21:4,24 22:2
 26:19,25 30:3
 32:17 38:8
 39:6 47:18,20
 48:14 49:16,22
 50:13,18,20
 51:2,6,16 52:7
 52:9 53:20
 55:17,25 56:1
 60:18 62:20
 66:14 67:17
 69:3,3 71:23
 75:9 77:4,6
 78:22,23 79:20
 79:22
Allin's 75:6
allow 24:14 31:3
all-inclusive
 16:20,25
amount 10:24
 29:25 36:7
 57:1 66:1 71:2
 71:16
amounts 66:1,4
 66:9,10,13
 68:10 69:10
analysis 54:24
Angus 1:17
annual 38:17
anonymously
 51:19

answer 14:5
 15:10 52:25
 68:6 73:10
anticipated
 18:15 30:25
 32:2
anticipating
 18:11
anybody 34:16
 63:19
apart 33:21
apologize 41:3
apparent 30:23
apparently
 16:12 48:1
 51:7 72:16
appear 76:21
appears 20:20
 20:21 49:19
 50:4 52:12
 69:16 72:6
 74:16 76:25
Appreciate
 49:10
approached
 43:24
approval 75:3
approximately
 15:8 19:25
 21:9 27:24
 31:25 67:24
April 6:23 49:12
arbitration 49:7
 52:5
area 4:16 9:17
 9:24 12:24
 19:4 27:5
areas 19:6 24:7
 25:23 55:7
arisen 15:7
arrangement
 31:21 34:21
 36:16 45:25
 56:7
arrangements
 34:24
arrearage 34:23

arrearages
 48:24
arrears 31:18,19
arrived 48:11
articles 29:2
ascertain 21:19
 58:10
aside 64:13
asked 33:2 35:5
 41:3 57:20
 67:9,15
asking 3:8 4:14
 12:9 22:5
 66:23
aspect 7:10 16:1
 16:8
aspects 7:13
 15:21
aspirational
 37:2
asserted 52:4
assessment
 32:19
asset 30:4,9 41:8
assets 6:4 16:15
 30:6 38:4,10
 38:13 41:18
 51:12 55:16,16
assignable 78:11
assigned 39:8,10
 39:16
assignment 39:9
 39:10,11 58:2
assist 10:4 33:23
 34:9,11
assistance 55:1
assistant 52:17
 52:18,21 58:13
 58:15 67:6,12
 70:11,18 72:13
assistants 58:3,6
associated 42:1
assume 3:23
 16:14 27:1,17
 34:24 35:25
 36:6 39:1
 40:25 41:17

43:3,12 68:13 69:20
assumed 39:8
assumption 27:20
attempting 3:16
attend 44:4
attention 52:24
Attorney 12:19 12:21
attorneys 12:10
attributed 64:9
ATVs 23:23
audit 70:25
auditor 22:3
August 63:18
author 51:7
authored 48:1 48:21
avenues 50:17
aware 13:4 38:3 47:5 50:10 76:1
A-L-L-I-N 4:2
a.m 1:10 80:14 80:14

**B**
back 21:6 24:5 24:20 34:3 47:22 56:10,21 58:1 63:18 64:16,18,20 65:23
bad 62:9,11
balance 7:20 17:9
bank 36:4 37:18 41:21
banking 37:23 38:1
based 16:12,13 16:18 19:2 24:15,24 26:21 33:15 35:20 50:22 54:13 61:2,4 67:5

75:4
basic 3:12 14:13
basically 60:2 67:11
basis 3:9 47:16 54:1 57:23 60:9 61:20 62:14
becoming 54:23
began 33:1 47:10
beginning 63:10
behalf 27:22 43:16 44:2 50:13 77:11
believe 18:20 19:2 20:9,12 20:14 21:21 25:14 26:17 35:4 53:10 62:16 64:23 75:6 77:15 79:24
best 16:21 17:10 27:24 29:18 67:4
better 8:5 68:9
beyond 36:12
bidders 72:7,18
bill 54:1
Bish 22:10,14
bit 3:18 60:14
blades 25:6
blocked 50:8
board 25:22 45:6
Bob 33:23 34:4 34:11 44:22 45:18 46:22 47:17 55:1 62:4 63:24 64:9 65:7
Boston 1:18
bottom 62:12 69:7 75:16
box 23:22
brand 19:7,8

break 3:19
breakdown 7:13
Brian 61:25 68:24
bring 45:5
broader 63:7,8
brooms 23:25
brought 24:5
Bruce 39:22
Bryan 18:5 19:2 19:5 62:6,12
budgeting 56:25
buffer 80:17
building 14:5 29:6
built 7:11
bulk 24:1
business 4:23 5:20 6:3,12,13 6:15,25 7:7,10 7:14,22 8:1,6,9 8:25 9:11,15 11:25 15:22 16:1,8 19:7,13 19:15 21:20 22:6 23:4,5 24:10 26:14 27:14 28:5 30:7,15,20 31:4 32:3,12 32:13 33:24 34:20 37:9 38:5,11 39:21 41:18 42:2 44:25 45:2,5 45:20 49:21 54:9 55:6,6,22 55:25,25 56:2 62:20 67:6 78:7,15,19,22
buy 26:7 45:6
buyer 30:14 31:9,16 34:14
buyers 32:19
buyout 40:23

**C**

CA 1:5
call 13:23 14:4 14:10,11,11,16 14:19,22 15:5 15:9,11,14,15 23:9 48:4 71:3 73:22,23,24
callback 15:3
called 59:18 71:2,2
calling 55:5 64:4
calls 14:17 15:2 66:6 70:25 72:7,18,19,21 73:2,7,11 74:4
cancellation 40:13
cancelled 73:6
capacity 55:18 56:5
capital 30:25 31:4,8 33:15 34:1,14
capitalized 31:1
caps 73:12
cards 53:17
Carol 1:9,25 3:11
Carol's 3:18
carrier 42:21,23
case 1:5 12:3 20:16 43:9 52:12
cases 10:5
Casey 59:6 60:23
cash 30:22 33:16 36:9 50:21 54:14,18
cause 33:10 54:15
cease 6:15 11:12 11:13 28:23 58:21
center 13:23 14:4,11,12,16 14:18 15:9,11

15:15,15
center's 14:22
Centrus 33:23 34:4,8,9,11 49:21 50:11,16 51:5
cents 35:5,7,11
CEO 33:22
certain 9:16,18 15:12 29:23 30:6 36:7 46:12 54:24 55:9,10 62:18
certainly 37:18
certificate 42:13
CFO 39:25 40:1
change 22:9 36:21 77:1,2
changed 15:19 22:8
changes 21:4 76:15,21,21
characterizati... 70:4
charge 8:16 34:11 60:8 61:21 64:1
charged 66:10
charges 70:6
check 66:3
checking 37:6 37:11,21,24
Chet 61:18,19 61:23
Chicago 16:24
Chicago-land 19:4
circumstance 11:15
circumstances 29:15
cities 19:3 75:1
City 29:5 37:25 38:2
claim 52:4
clarification 49:10

clauses 39:9
clear 3:12 21:21
  49:6 66:12,13
  71:5 79:2
clearing 23:24
  61:12
Cleveland 12:24
  32:24
client 14:10
clients 27:4
close 10:4 28:4
closed 41:8
closing 6:9 30:10
  36:11 37:10
  40:1,3 79:3,6
Cohen 33:23
  34:5 49:23
  51:8
Cohen's 34:11
  55:1
Colony 75:16
column 60:16
come 12:21
  14:11,17 31:21
  47:22 64:18
  67:8
comes 20:14
coming 64:20
comma 56:24,25
commence 47:8
  49:3
commencing
  1:10
comment 37:1
  45:16
comments 46:13
commission
  10:18,19,21
  11:1 18:19
  57:14 62:14
commissions
  10:23
commitment
  45:10,12,17
common 24:7
Commonwealth
  1:10

Companies 1:6
  6:13,16,17,24
  7:7,14 8:2,4,5
  10:12 13:18
  18:9 30:4 39:6
  50:13,18,20
  51:6 53:21
  55:17 56:1
  60:18 78:23
Companies/Sn...
  22:2 49:22
company 5:5
  8:21 11:7
  19:11,12,12
  23:1 32:9,24
  34:1 42:21
  50:23 53:4
  56:4 63:2
company's 38:8
  50:22
compensated
  18:18,19
compensation
  10:15 68:11
compete 56:3
compilation
  48:17 52:17
  71:23
compiled 72:12
Complaint
  20:12
completion
  40:14
comply 65:5
computer 13:11
  73:17
concentrate
  33:24
concern 54:15
concerned 54:13
concerning
  26:14 72:10
  75:21 76:9
concerted 65:3,4
conclude 13:25
  33:16
concluded 80:21

conditions 29:24
conduct 6:12
  11:25
confirm 72:20
confirmation
  72:19
Connecticut
  8:10,11 11:20
  11:21 16:13,23
  35:21 60:24,24
  60:25 61:1
connection 31:7
  67:19,20
consent 39:18
  78:11
consented 39:17
consider 49:8
considerable
  55:2
considerably
  29:8
consolidating
  45:6
consulting 67:6
contact 11:22
  14:12 28:8
  43:15,17,20,22
  44:1 45:11
  46:21 47:15
  58:8 63:24
contacted 57:20
  63:20
contacting 75:1
contacts 39:20
  47:15
contemplated
  40:25
contemplating
  40:2
content 68:16
  75:4 76:10
continue 19:23
  30:24 31:2
  33:24
continued 25:25
  73:7
contract 17:5,12

  18:8,14,18
  19:24 20:9,9
  20:18,21 21:7
  24:16,21,25
  25:9,20,24
  26:22 31:17
  40:5,17,18,19
  40:22 41:1,15
  45:1,7,8,22
  46:10 47:17,21
  48:9 54:8
  55:20 56:6
  57:21 58:9
  62:15,17 63:1
  63:4,12,17
  64:6,7,15,21
  65:8,10,14
  69:19 72:22
  73:3,6,8 76:5
  76:10,11 79:4
  79:5,12 80:1
contracted
  54:12 78:25
contracting 6:18
  7:9,16 9:1
  15:22
contraction 29:3
Contractor
  64:24
contractors 27:1
  34:6
contracts 24:22
  39:5 40:20
  54:25
contractually
  56:3
conversational
  76:9
conversations
  32:4 33:2
coordinator
  61:8
copies 64:25
copy 20:17
  76:16
corner 68:22
  71:9 76:18

corporate 4:11
  5:21 6:2,25
correct 4:7 5:23
  6:5,6,11 7:3,9
  7:11,25 8:23
  9:12 10:12,14
  11:8,11 13:14
  15:23 18:1,6
  18:10 19:13,14
  20:4,7,17
  21:11 24:20
  26:10,13 27:2
  27:3,23 30:1
  33:6 34:4
  36:13 43:6
  45:22,23 46:1
  47:2 48:23
  49:15,23 50:10
  56:9 59:20,23
  62:16 65:18,22
  67:7 68:12
  69:6,22,24
  71:4,22 74:13
  74:14 76:8,14
  78:7 79:1,23
  80:6
correction 80:2
correctly 14:23
  21:3
corresponding
  65:25 71:14
corresponds
  67:2
corrupted 12:13
  13:10
costs 58:10
counsel 58:11
  60:12 69:7,8
country 27:13
  63:25
couple 3:12 35:9
  35:24 50:17
  72:2
course 11:12
  15:20 33:8
  57:21
court 1:1 3:11

covenant 78:17
cover 63:7
coverage 42:21
    42:24 43:7,8
covered 9:25
    51:6 63:9
covering 61:2
covers 63:8
Craig 1:20 4:12
create 50:20
created 55:2
creditors 34:10
    50:13,16,22,25
crossed 76:22
culture 29:18
current 32:1
    54:18
currently 4:19
    52:5
custodian 26:18
customer 14:8
    14:10 24:6
    54:1,17 60:8
    66:10 74:5
customers 14:7
    15:2 18:12
    27:4,10,16
    39:10 54:24
    55:14

**D**

D 2:1 25:6
Dartmouth 1:18
dash 56:21,24
    57:2 69:3
Data 72:4
date 20:10 31:16
    41:12 54:19
    65:20 68:2,3
    72:6 75:24
    76:5 80:9
dated 20:10,18
    20:21,22 49:11
    49:20 51:5
    76:25 79:24
    80:7
dates 21:14

67:24 74:20,24
    79:9
Dave 17:15,25
    19:1,4 21:22
    61:8,9 62:6,12
David 56:15
day 58:23
deal 33:21 36:10
    44:24 68:9
    79:4
dealings 46:11
    57:21
dealt 39:22
debt 33:18 36:1
    36:1,4,4,6
    50:18,22,24
debts 31:11,13
    32:1
decade 27:20
December 29:7
    29:16
decide 30:19
decided 31:23
    68:9
decision 63:13
deck 30:8
decks 7:11,17,22
declined 35:11
decrease 14:2
Defendant 1:7
    1:19
defended 42:20
definitive 28:15
definitively
    75:12
Delaware 61:3
deliver 64:24
denial 43:7
denied 42:24
Dennis 22:23
deny 42:21
department
    28:16
departure 11:16
depending 10:6
    13:19,22 15:16
depends 4:16

depleted 37:15
deposition 1:9
    2:7,8,9,10,11
    2:12,13,14
    3:19 4:7,18
    12:3,6 47:18
    47:23 48:14,16
    49:16 51:2,16
    51:20 52:7,10
    59:16 77:4,7
    79:20,23 80:21
Des 19:5
described 72:11
    75:8
design 32:8
designee 4:12
detail 59:24 71:1
    75:25
determine 9:21
    76:2
determined
    10:16 60:5
    67:5 69:10
determining
    55:2
develop 46:18
development
    62:20
devoted 7:15,22
    15:9 71:17
different 7:13
    20:11 28:7
    32:5,6 61:16
    61:23 67:14
dime 43:9
dinner 44:14
    75:15
diplomatic
    52:25
direct 2:4 3:4
    10:8 11:9 28:8
    46:10 58:10
    61:20 69:11
directed 48:2
direction 36:21
directly 4:11,13
    12:19,20 33:13

46:22 47:1
disclosed 40:21
    40:22
discovery 52:12
discretion 78:12
discuss 55:11,13
    71:20
discussed 12:3
    69:21 71:12
discusses 77:17
discussing 20:3
discussion 6:1
    12:5,6,7 36:25
    40:16 62:6
    70:17
discussions
    32:18 40:9
    41:4 65:19,20
dispatch 15:6
dispatching 14:7
dispute 43:8
DISTRICT 1:1
    1:1
divisions 8:5
document 20:13
    46:20 47:22,24
    48:19,23 49:11
    71:16,24 73:19
    77:9,11,19
documentation
    12:9,16 76:2
documents
    17:16,19 46:12
    46:19 48:17
    52:11,14,15
    64:17
Dodges 25:6
doing 6:12 22:23
    25:10,25 34:18
    45:20 54:7
    55:25 56:8
    60:9 64:4
    66:11 75:7
    78:22
dollar 35:6
door 37:16
downsized 29:8

Dragon 4:22,24
    5:2,13,16,19
draw 10:19,20
    10:22,24
drive 4:3 12:13
    13:11 61:6
Duane 17:13,16
    19:1,4 59:17
    62:6,12
due 31:11
duly 3:2
Dziuban 19:4
    21:22,24 56:15
    56:20 59:16
D-Z-I-U-B-A-N
    17:25
d/b/a 1:6

**E**

E 2:1
earlier 20:15
    33:14 59:15
    69:21 71:12
    76:7
earn-out 36:16
    36:22
earn-outs 37:1
ease 23:9
easier 3:18
east 1:21 27:14
educate 32:6
    44:21 61:11
educated 44:24
Edwards 28:17
    49:14
effect 33:10
effort 27:22 31:2
    65:3,4
efforts 30:17
eighth 1:21 71:6
either 3:22 6:3
    19:15 20:14
    29:24 31:3
    40:9 47:10
    54:23 56:14
Elderkin 1:21
employed 4:19

4:21,22 5:12
5:18,20 8:19
13:17 53:11
**employee** 11:9
11:14 14:1
**employees** 8:12
10:11,13 15:9
15:19,25 16:4
16:13,18 17:2
17:4,11 18:17
19:23 20:2,5
21:6 25:15,17
27:1 53:16,21
62:13 75:15
76:3
**employment**
11:3,4 19:9
21:14,20 29:7
29:16,20 46:6
58:22 66:25
**empty** 69:7
**encompass**
14:18
**endeavors** 29:19
**ended** 58:22
**engage** 31:2
33:23
**engaged** 32:7
**engaging** 75:8
**engineering** 32:7
**England** 19:5
**ensure** 3:11
55:10
**enter** 48:9 72:5
**entered** 31:17
56:7 62:14
71:8 73:21
74:2
**entirely** 64:6
**entirety** 78:3
**entities** 32:5
33:2
**entitled** 77:7
**entity** 5:8 6:19
6:20,25 7:5
32:9 51:13
52:4

**entries** 58:25
59:20 65:24
67:25 70:24
74:6,23
**entry** 57:4 70:2
72:17
**envelopes** 69:9
**equipment** 5:1
23:17,20,23
24:1,2,12,15
24:23,24 25:5
26:21 56:6
61:23
**equity** 5:5,8
50:25 54:23
**Erie** 1:5,11,16
1:22 4:3 8:3
22:17 24:2,5
25:10 28:9,12
28:18 29:2,11
58:17 61:13
**Esq** 1:14,17,20
**essentially** 23:21
30:1 46:17
**Essex** 8:10,11
**estate** 38:14,14
38:16
**estimate** 7:14
69:25
**estimates** 69:14
70:21
**Euclid** 4:22
**everybody** 44:23
54:7
**exact** 19:3 21:14
79:9 80:9
**exactly** 53:10
66:23
**Examination** 2:4
3:4
**example** 18:13
56:19 59:5
**exceed** 38:23
**exceptions** 53:24
**excuse** 16:10
40:21
**executed** 17:2

41:7 49:13
77:18
**executing** 78:16
**execution** 17:12
20:8 21:7,16
46:10,25 47:17
55:12 78:2,5
**exhibit** 2:7,8,9
2:10,11,12,13
2:14 20:12,14
47:18,21,23
48:14,17,21
49:11,16,18,19
51:2,4,16,20
52:7,10 56:10
56:19 59:22,25
62:19 64:15
65:23 67:16
68:17,19 70:24
71:6 72:3
74:15 76:1,10
77:4,7 79:18
79:20,23
**exhibits** 2:6
20:19
**exist** 19:20,22
45:13
**existing** 17:4
34:2 39:5
62:13
**expectation** 65:7
**expected** 68:10
**expedientially**
30:21
**expended** 66:14
70:12
**expense** 68:3,22
68:22
**expenses** 38:23
52:13 67:17
68:4,5,25,25
69:11
**experience**
65:22
**experiencing**
30:25 31:6
**exposure** 43:12

**express** 78:11
**expression** 48:8
**expressly** 56:7
**extent** 9:16
**e-mails** 46:22

───────────
**F**
───────────
**face** 76:12,12
**face-to-face** 76:9
**fact** 21:18 62:2
65:8
**fair** 3:24 12:25
23:10 27:8
32:19 33:15
55:16 65:23
70:3,12,16
71:17 75:14
**fairly** 10:4 16:4
32:18 59:1
**fall** 31:17,19
33:4
**fallen** 31:24 46:7
**falling** 14:9
33:12
**falsifying** 42:12
**familiar** 22:11
**far** 7:13 9:25
10:6 12:15
13:1 54:2
59:24 75:7
**fashion** 18:21
67:14
**faxed** 79:25 80:3
**February** 30:18
30:18 31:15
44:8 68:2
**fellow** 18:13
**felt** 29:17
**Ferguson** 1:25
**field** 9:5,6,7,13
10:3 25:1
28:10 57:9
60:22,23 61:1
**figured** 37:3
**filed** 20:15 35:15
49:4 53:13
**filling** 65:11

**final** 78:14 79:18
**financial** 31:6
38:1
**find** 58:9
**fine** 49:10
**finish** 3:15,17
5:7
**firm** 12:22 22:6
22:9,15,17,19
22:24 32:8
33:20 54:6
**firms** 22:8,22
23:3
**first** 3:1,14
43:15,16,20
44:1 45:11,17
51:24 56:18
57:3 58:13
59:20,25 65:11
72:24 76:21,21
**firsthand** 65:22
**five** 15:15
**fixed** 56:19
**flexibility** 65:19
**flight** 67:17,17
**Florida** 27:17
44:3 69:20
**flow** 30:22 33:17
54:14,18
**fluctuate** 13:19
**focused** 27:14
**folks** 15:20 17:5
60:18
**follow** 56:25
**followed** 19:17
**following** 14:23
21:9 29:20
**follows** 3:2
**follow-up** 72:21
73:2
**form** 50:12
77:14,19,23
**formality** 45:5
**formally** 29:1
36:19 38:10
**Fort** 44:3 46:9
46:24 47:4

67:17,18
**forth** 36:23
64:16
**forward** 33:23
36:14 54:9
**forwarded**
46:13
**found** 68:8
**foundational**
58:1
**four** 67:25 72:6
**fourth** 67:16
**frame** 22:7 65:5
**frankly** 70:6
**front** 45:18
**fronts** 34:12,13
**fruition** 31:22
**full** 4:1 17:17
35:2 60:16
**function** 9:6
14:22 61:19
**funds** 34:5 37:10
**further** 71:1

**G**

**Gallagher** 61:8
61:9
**game** 46:23
**gather** 75:2
**generally** 11:20
14:14,16 53:23
53:24 74:9
**generating**
13:11 52:15
**generically**
70:25
**geographic** 9:23
27:12
**getting** 34:14
63:25
**give** 7:14 12:16
16:21 17:14,17
17:23 28:15
58:2 80:12
**given** 12:20 28:1
65:8
**gladly** 35:9

**Glover** 39:22,23
**Glovers** 40:10
**go** 10:6 28:20
37:5,15 58:24
76:17
**goals** 36:22
**going** 3:8 21:6
23:9 24:22
31:23 33:23
36:14 40:18
44:24 48:18
55:24 56:10
62:1 63:21,22
64:2,2,7,18
65:10,23 73:10
74:3
**good** 24:4 62:9
**goodness** 63:18
**Gornall** 1:11,15
**gotten** 70:20
**grew** 16:7
**gross** 38:19
**ground** 3:12
67:18
**Group** 5:20 6:4
6:4 7:19 23:9
29:1 30:3 31:7
38:11,18 39:7
43:15 44:16,21
49:21,23 50:11
50:19 51:5,7
51:12 56:1
78:23
**Group's** 22:2
38:9
**grow** 16:6 22:23
55:7
**growing** 30:21
30:22
**grown** 16:9
**growth** 30:24
31:2 33:15
**guess** 17:22
19:12 43:9
75:18
**guessing** 27:6
**guys** 38:18 66:3

**H**

**H** 3:1
**Haataja** 17:22
56:10 59:16,16
**hand** 33:11
**handed** 49:19
**handled** 39:7
61:14
**hands** 35:12
**handwriting**
20:25 76:17,19
77:2
**happen** 14:15,16
42:14 46:15
55:4
**happened** 14:14
25:8 35:10
44:11 65:17
**happy** 80:15
**hard** 12:13
13:10 66:22
**hear** 3:21
**heard** 3:24
22:16 45:17,17
47:16
**held** 6:1 36:25
70:17 80:14
**Heritage** 1:3,17
3:8 12:5,8 13:2
17:3,12 18:8
18:13,14,15,18
18:25 19:8,24
20:1,18 24:16
24:21,23,25
25:9,18,19,24
26:22 27:4
31:17 37:4
40:5,7,10,16
40:22 41:15
43:16 44:2,13
44:14,17 45:6
45:8,12,14,22
46:2,11,16
47:1,3,8,15
48:2,3 51:19
51:25 53:12,16
54:8,12 55:11

55:20 57:21,22
58:9 62:1,3,5
62:15,17 63:3
63:10,14,15
64:1,3,5,22
65:13,14,15,20
67:21 68:8
70:3 74:7,8
76:5,11,13
77:16,17,18
78:2,10,18,25
79:13,25
**Heritage's** 21:10
37:12,14 45:2
48:8 53:18
78:11
**higher** 65:11
**hire** 9:18 63:11
63:16
**hired** 17:9 18:11
18:14,17 20:8
21:7,8,15
25:15,17 53:14
62:17 63:14,19
**hires** 25:23
59:15 60:14
**hiring** 9:20,22
10:1 40:2
**hold** 5:24
**holder** 5:8
**Holdings** 32:24
**Holdnack** 1:9,25
1:25
**home** 4:2 61:7
**hope** 36:15
37:20,22
**hotel** 67:18
**hour** 57:15 60:5
66:11 70:8
71:1
**hourly** 10:16
18:19 60:3,9
**hours** 15:11
56:19 57:2,17
59:1,7,25
62:20 63:6
65:24 67:5

69:23 70:11,12
70:14,15,25
72:6,16 74:20
74:24,25 75:18
75:19 76:3,4
**housed** 28:9
**Hrovat** 59:6
61:1
**Humes** 26:8,9
**hundreds** 27:8,9
27:10
**H-A-A-T-A-J-A**
17:24

**I**

**Ice** 77:8
**idea** 45:6 53:18
**identification**
47:19 48:15
49:17 51:3,17
52:8 77:5
79:21
**identified** 47:23
62:8
**identities** 15:19
**identity** 57:3
**IM** 57:19
**immediate** 18:24
**immediately**
9:24
**implying** 33:10
**important** 3:14
**importantly**
3:20
**impossible** 36:22
79:12
**impression**
32:17 73:8
**incentives** 18:22
**incentivized**
18:21
**incidents** 42:25
**include** 28:10
31:13 70:8
74:6
**included** 7:8
70:13

including 7:18
    8:4 80:16
Incorporated
    49:21
incorrect 21:13
increase 14:1
incurred 69:12
independent
    27:1
individual 4:17
    10:4 18:3
    65:25 67:9,9
individually
    38:6 69:17
individuals
    13:17 18:7,10
    19:1,10,23
    32:5 44:12,15
    46:11 59:4,8
    59:13,23 60:3
    60:15 61:6
    62:5,11,17
    63:13 65:21
    71:14,21
industry 32:7
info 75:2
information
    4:14 13:12
    46:19 72:12
    75:13
infusion 34:1,14
initial 45:16
    52:16
initially 12:22
    42:24
initials 76:23,25
initiated 42:25
input 58:8 74:7
inquiries 63:25
    74:4
inquiry 4:17
insist 63:10
insisting 63:16
installation 7:12
instances 9:18
institutions 38:2
instructions

58:5 60:6,7,10
    67:11 70:10
insurance 42:13
    42:18,20 63:2
insurance-rela...
    42:9,19
intent 32:11,15
    41:7,11 48:4,9
    51:11 78:6
interact 47:1
    61:10
interacted 61:20
interacting 28:6
    62:25
interaction
    44:12 62:4
    63:2
interest 7:4
interested 32:9
    33:3 54:22
interface 46:16
Internet 75:25
interview 9:18
interviewing
    9:22 10:1
interviews 69:3
intricacy 10:7
Investment 1:17
investor 34:15
invited 44:4,15
    44:20
involved 9:4,14
    9:22 28:8 47:7
in-depth 54:24
in-house 68:9
Iowa 16:24
irrigation 7:12
    7:16,22 30:8
issue 15:7 42:23
    79:14
issued 19:18
issues 39:12 55:3
    55:9
items 75:22

**J**

J 2:7,8,9,10,11

2:12,13,14 3:1
    47:18 48:14
    49:16 51:2,16
    52:7 59:6,6
    62:20 77:4
    79:20
JA 75:3
January 1:10
Jason 60:25
Jeff 44:10 46:13
    49:14 62:25
    65:6 67:18
    70:20
Jeffrey 8:14
    48:1
Jersey 10:6
    16:22 26:2
    61:2,4,5
Jessie 60:23
job 3:18 9:3,17
    61:9,22
John 1:6,9 2:3
    4:2 6:12 21:3
    55:25 67:17
    78:22
joined 6:2
joining 5:18
JUDGE 1:6
Julie 52:22 53:4
    58:12
June 47:11
    74:24
justify 27:21
JV 68:22

**K**

Kahkwa 22:12
Karioty 35:17
    35:18 52:3
keep 3:13 14:20
    34:15 53:16,22
    54:6 57:11
    64:17 67:13
    68:9 74:1
keeping 25:21
Kelly 1:21
kept 21:22 26:2

kind 37:3 60:14
    64:8 70:6
knew 45:21
    54:25 78:21
Knight 22:25
    23:4
know 3:20 11:15
    12:17,20 13:3
    13:5 15:19
    17:16 19:3,19
    20:10 21:14,18
    22:15,16 27:10
    32:14 35:12,23
    37:13,17 41:3
    41:12,23 43:20
    43:23,24,25
    46:4 48:6 50:5
    50:6 52:1 53:3
    56:12,14,17
    57:3,18 60:18
    64:2,16 65:1
    65:16 67:13
    68:6,8,14 69:2
    69:9 71:25
    72:25 73:3,12
    74:9,23 75:9
    75:17
knowledge
    12:25 13:7
    51:24 56:11,16
    59:10,11 60:1
    64:12 65:12,17
    67:4 68:16
    71:1,13,14,24
    72:10 74:8,13
    75:10,13,21
known 7:19
Knox 1:11,15
kosher 70:7
Kramer 22:10
    22:13 23:3
Kristina 1:17
    80:13

**L**

L 1:17 3:1,1
    49:23 51:8

labels 69:9
lack 8:5
Lake 29:5,12,18
land 19:17
landscape 6:18
    7:8,15,20 8:25
    15:22 30:8
    42:1
landscaping
    38:13
language 39:11
Lanzillo 1:14
    2:4 3:5,7 4:9
    17:7,23 66:18
    71:7 80:12,15
large 23:22 54:9
larger 22:22
late 8:20 46:22
Lauderdale 44:3
    46:9,25 47:4
    67:17,18
law 12:22 54:6
lawns 7:12
laws 19:17
lawsuit 3:8,10
    42:25 49:8
    53:13
lawsuits 42:3,20
lawyer 36:11
    49:9
leaf 59:22
leased 38:16
leave 53:4
left 6:17 12:4
    24:21 28:25
    41:21 42:16
    43:7 72:3
left-hand 56:24
    68:21 71:9
leg 62:2
legal 69:7,8
letter 32:11,14
    41:7,11 48:1,3
    48:4 49:11,20
    50:11,15 51:5
    51:7,8,11 78:6
    79:24

letterhead 49:20
let's 72:1
liabilities 30:6
    41:24
liability 34:25
Linda 66:5
line 57:1 76:22
Lisa 28:17 49:14
list 16:19 67:16
listed 59:4,13,19
    59:23,25 60:15
    67:5 71:21
    76:3
listing 40:20
lists 66:6
little 20:11 60:13
lived 10:3 19:3
    60:24,25
lives 61:9
living 11:20,21
LLC 4:22,24
    6:25
local 75:1
locale 14:10
located 8:10
    24:5
location 8:11
locations 14:8
    16:14,19 24:3
    24:4 61:23
    69:4
locks 67:13,14
log 73:23 75:6
long 5:12,15,24
    8:19 21:24
    49:5
longer 78:24
look 30:19 49:18
    64:21
looked 38:20
looking 30:14
    31:8,16 45:2
looks 56:20 57:1
    59:5
lose 43:8
loss 38:25 42:17
lost 25:19

lot 35:13 62:2
lower 61:3 76:18
lucrative 27:17

_____
M
MA 1:18
mail 80:5
maintain 8:5
    18:23 21:20
    53:21 54:4
    56:10,15
maintained
    61:22
maintaining
    28:13
maintenance
    7:12
majority 5:6,8
making 55:1
    65:3,4,9
management 1:3
    6:4,4 7:19 8:9
    17:3 20:19
    22:2 23:9 29:1
    30:3 31:7 38:8
    38:11,18 39:6
    43:15 44:16,21
    49:22,22 50:19
    51:7,12 56:1
    73:18,21 77:8
    78:23
manager 10:3
    56:20,24 57:9
    60:23,24 61:1
    61:2,25 73:16
    73:22 74:5
managerial
    25:19
managers 9:5,6
    9:7 25:1 28:10
    44:5,21 67:22
    69:21
manufactures
    4:25
mark 39:23
    48:16 79:19
marked 20:14

47:18,20,21
48:14 49:11,16
51:2,4,16,19
52:7,10 76:10
77:4,6 79:20
79:22
market 27:18
marketing 9:4
    27:22 68:5
markets 4:25
    15:17 25:17
    65:11
Markham 1:20
    4:13 12:19,21
    17:6 43:5 49:6
    66:15,19 71:5
    79:2 80:18
married 4:4
Marshal 61:25
    68:25 69:1
Martin 1:21
Mary 58:16,17
Massachusetts
    16:22 18:13
    26:2
Master 77:8
match 68:14
material 36:20
materially 40:14
materials 46:2
Matt 39:22
matter 58:2
matters 23:6
McLaughlin 1:6
    1:11,15
mean 4:13 17:6
    27:15 34:2,2
    39:1 53:2,7
    66:15 70:8
    74:23 79:2
meaning 23:23
means 50:7 76:2
measure 61:6
mechanized
    23:25 24:12
meeting 44:3,5,7
    44:22 46:3,9

67:22 68:1
69:21
melter 32:8
melting 4:25
member 5:4
mentioned 9:4
    14:4 49:2
    59:15
merger 16:9
meshing 29:17
Messina 1:21
methodologies
    61:11
Michael 60:22
midAtlantic
    61:3
middle 29:13
midway 56:23
Mike 49:14 57:7
    57:8
million 31:25
    33:5 36:8
    38:22 39:2
mind 3:13
Minnaugh 22:25
Minneapolis
    16:24 19:5
minor 24:1
minute 16:15
    54:6 80:12
misinterpreted
    32:16
misinterpreting
    56:21
Mississippi
    27:15,16
misspoke 53:20
mistake 53:20
    60:7
mixed 62:14
model 23:16
    24:10
modification
    76:23
Moines 19:5
moment 58:12
    59:22

moments 32:17
Monday 1:10
money 37:5
monitor 14:23
month 13:16
    63:5 67:25
months 5:25
    14:1 15:14
    45:1 68:7
    69:18
motion 20:15
moving 23:17
muddle 25:21
multiple 54:22

_____
N
N 2:1 3:1,1
name 3:7 4:1
    6:20 17:17,17
    17:25 18:4
    22:15 32:22
    38:6,7,8,9,9
    39:6 47:16
    52:23 53:1,3
    58:14 73:13,16
names 49:6
    60:17 62:10
narrative 72:15
narrow 28:4
National 37:25
    38:2
nature 4:23 7:7
    12:7 13:24
    14:17 30:2
    36:4 73:24
near 63:1
need 3:13,19,21
    21:21 30:25
    31:1,5 33:14
    63:21
needed 14:8
    39:18 46:20
    75:1
negotiated 45:24
negotiating
    30:11 33:1
    34:9 36:24

negotiation 63:1
negotiations
    32:23 33:8,11
    40:23 46:11
    47:7 76:9
new 10:6 16:22
    16:23 19:7,8
    24:15,24 25:15
    25:23 26:2,3,4
    54:17 57:10
    59:15 60:14,25
    61:2,3,4,5
    75:15
newspapers
    75:1,2
nonbinding 48:4
    48:8
normal 66:25
northeast 60:23
Notary 1:9
notation 62:19
note 51:18
noted 69:13
    76:16
notice 4:11,12
    4:18 29:25
    51:18,25 80:1
    80:10
notices 4:10
notified 39:11
    64:5
November 6:9
    8:22 21:10
    30:10 41:9
    74:12 79:6,7
    79:24,25 80:7
    80:8
number 13:19
    16:9 27:7,25
    28:7 32:4,6
    34:12 42:14
    44:14 57:18
    60:2
numbers 15:23
    15:24 59:3,7
    70:19,21

**O**

O 3:1
obligated 56:3
oblige 80:16
obliterated 50:7
obstacles 61:16
obtain 45:2
obviously 36:18
    66:16
occasions 42:15
occur 6:22 30:9
    33:7 44:7
    63:17
occurred 43:22
    43:23 79:6
October 20:9,10
    20:18,22,23
    21:8 49:20
    50:11 51:5
    63:5 64:23
    65:1,8,12 76:5
    77:19 79:9
offer 44:16
office 9:13 12:22
    52:24 54:3
    66:6
offices 1:11
Oh 40:11 42:14
    53:5 63:18
Ohio 4:22 6:19
    32:24 33:1,9
    33:21,22
Okay 4:19 9:25
    11:9 19:1
    27:12 28:3
    45:21 46:24
    50:9 52:20
    55:15 60:20
    74:11,22 80:4
older 26:5
Olympic 30:22
once 10:22 25:19
    73:6 78:21
ones 17:1
one-month 63:6
operate 37:9
operating 36:21

operation 8:2
    31:7 38:23
operational 9:10
    9:12 55:9
operations 5:22
    6:3 29:11
ops 70:25
options 50:17
order 30:23 31:1
    55:10 61:11
    68:15
organization
    29:2
original 31:23
    32:2 52:20
outbound 15:5
outcome 43:8
outside 21:17
overlapped 4:15
overnight 80:4
oversaw 9:5
overseeing 9:8
Overwhelmin...
    35:8
owed 10:23
    35:22 39:2
    48:24 50:18
owned 23:18,18
    38:4
owner 5:4,15
    64:25
ownership 7:4
O2 42:23

**P**

PA 1:11,16,22
package 72:17
    72:20
packets 72:19
page 20:23,23
    21:1 56:18,23
    59:2,20,23,25
    60:15 62:19,22
    64:19 66:7
    67:16 68:13,16
    68:19,20,21,23
    69:7,16 70:23

70:23 71:6
    72:1,2,4,4,9
    74:15,18,19
    76:18,22,25
    77:1
pages 48:18 72:2
paid 10:17,22
    18:20 19:10
    32:1 37:4
    54:14 57:13
    66:4,5,7,17,19
    66:20,21,25
    67:1 68:3
PAMS 72:6
    73:12 74:6
Pancura 61:13
paperwork
    26:15
Paragraph
    64:23 77:15
    78:9
parent 32:9
Park 32:24 33:1
    33:8,21,22
part 5:15 8:24
    18:15 29:1
    36:9,19 37:7
    38:4,11 39:7
    39:21 40:19,22
    41:18,24 52:11
    55:22 66:25
    73:9,10 77:16
    78:7,15,18
partially 43:7
participate
    71:23 76:8
particular 14:9
    15:6 27:12
    42:17 60:2
    64:19 68:1,15
    73:23 74:4
parties 20:11
    33:3 54:22
partner 31:3,8
partners 54:23
    61:10,15
partnership

6:25
party 29:24
passed 52:18
pay 34:5 52:24
    66:4
paying 25:21
    31:11 57:15
payment 29:25
    34:21 35:3
    37:12,15
payout 36:14
    50:22
Peggy 4:4 26:19
    69:3 75:6,9
Peggy's 38:9
pending 42:3
    43:5,6,8
Pennsylvania
    1:1,10
people 14:5
    15:15 26:2
    28:7 32:6
    44:23 45:5,19
    45:19 58:8
    63:11,16,20
    64:1 66:16,24
percent 5:11
    7:19,24 23:15
    24:8 26:24
    54:11
percentage 5:10
    11:1 54:8
    65:11
perform 56:6
    63:22 79:12
performance
    14:24 36:18
    50:23
performed
    14:20 23:13
    24:9 59:24
    72:11 73:25
    76:4
period 20:6 22:1
    50:23 52:17
    53:7 63:7,8,9
person 15:14

18:2 28:16 29:9 57:3
**personal** 13:6 22:19 23:5 59:11 64:12 75:13,21
**personally** 23:18 44:1 71:19 79:15
**pertains** 74:4
**per-hour** 54:1
**phone** 66:6 70:25
**phones** 14:6
**phonetic** 35:17
**pickup-type** 25:4
**pitch** 44:19,20
**place** 6:7 8:1,9 31:22 34:16 37:10 63:6,11 63:12 74:1 75:3
**places** 8:6
**placing** 75:2
**Plaintiff** 1:4,13
**planning** 49:21
**played** 19:21
**pleadings** 20:15
**please** 16:21 17:18
**plowed** 14:19
**plows** 23:22,22 23:22,24 25:2
**plus** 10:19 57:14
**point** 11:10 27:19 31:24 33:5,17,20 34:17 39:1,15 41:8 45:21 50:1 69:4 73:9
**policy** 53:18
**portfolio** 18:16 18:25
**portion** 7:21 9:14 24:4 31:4 31:18,20 32:12

42:1 54:9
**portions** 30:15
**position** 5:2,5,24 8:15
**positions** 60:17
**positive** 35:8
**possibility** 50:19
**possible** 21:15 21:17 50:17
**potential** 32:19 32:22 34:14
**Power** 23:25
**precisely** 19:10
**preclude** 78:17
**precluded** 56:8
**precursor** 34:18
**prediction** 15:17
**predominantly** 27:14
**Prendergast** 44:22 45:18 46:22 47:17 64:10 65:7
**prep** 70:14
**preparation** 58:6 69:19
**prepare** 58:3 59:11
**prepared** 77:11
**present** 70:3
**presentation** 44:15,18 45:3 67:19,21 69:19 69:20
**presented** 52:9
**Presenting** 75:2
**president** 5:3,12 5:21 6:2 8:17
**Presumably** 74:25
**pretty** 37:16 62:9
**prevented** 13:11
**previously** 19:6 20:13 25:16 26:1 47:20,21 54:5 66:9 67:8

**pricing** 62:3 75:2
**primarily** 16:1
**principal** 8:1 14:22 29:11 39:20 47:15 53:8
**principally** 4:15 4:17 8:24
**printing** 72:3
**prior** 5:18 13:18 16:5,9,14,15 18:7 21:15 22:9,9 27:4 30:15 32:11 40:3,17 41:8 47:4 54:13 55:12 65:1,9 65:12,13 78:2
**privy** 65:20
**probably** 27:17 27:21 29:8 41:16 54:11 75:11
**problem** 42:11
**problems** 31:6 33:25 34:2,18 39:12,19 54:13
**procedural** 55:9
**proceeded** 78:14
**proceeds** 37:7 37:14
**process** 9:22 36:23
**produced** 68:15
**producing** 61:14
**production** 8:16 61:8,14,21
**profit** 50:23
**profitability** 55:10
**profitable** 39:4 54:25
**program** 73:17 73:20
**progress** 55:2 65:9

**project** 30:22
**projects** 67:14
**promotional** 46:2
**prompted** 30:19
**properly** 31:1 61:11
**property** 1:17 44:5,21 64:25 67:21 69:21
**proposing** 50:16
**proprietor** 7:19 30:3
**proprietorship** 6:24 7:1,2 10:13
**prospective** 72:7 72:18
**provide** 12:15 13:13 31:4 78:24,25
**provided** 13:6 18:8 62:3 65:14 74:12 76:1 77:20
**provider** 14:12 15:6 34:10 35:14 73:1,16 73:18,22 74:5
**providers** 14:6,7 31:25 33:5,12 33:18 34:15,25 35:2,4,7,10 36:2,7 49:12 50:2,12 54:14 54:19 61:10,20 63:21 64:3 69:12 73:7 77:25
**providers/sub...** 39:2
**providing** 64:22 77:17
**provision** 64:15 64:21
**Public** 1:9
**purchase** 24:18

25:13 26:15 30:5,7,9 32:12 41:8 51:12
**purchased** 11:6 24:19,24 25:2 25:14 26:21 30:6
**purchaser** 30:20 31:23 32:2
**purchasers** 32:22
**purportedly** 13:8
**purpose** 70:4
**pursuant** 4:10 42:16 78:9
**pursued** 29:18
**pushers** 23:21 24:11,13,19,20
**put** 57:20 58:10 63:11 69:23 70:11
**putting** 62:2
**P.C** 1:11,15
**p.m** 80:21

---

**Q**
**question** 3:15,17 3:21,23,23 29:9 43:10 74:16 75:11 78:20
**questions** 3:9,10 35:24 52:13 72:20 80:17,18
**quick** 74:16 80:13
**quickly** 37:16 76:17
**quite** 70:6

---

**R**
**raise** 33:14
**Ralph** 61:1,4,5
**range** 9:25 13:21 16:4,6
**ranks** 14:1

**rapidly** 37:14
**rate** 56:19 60:3,9
   65:25
**rates** 60:6,8
**read** 17:19 29:2
   72:18 78:2
   80:19
**reading** 17:16
   21:3
**reads** 59:21 60:4
**real** 38:14,14,16
   80:13
**really** 10:12
**Realty** 1:3 3:8
   17:3 20:18
**reason** 74:20,24
**reasonable** 16:2
   27:20
**reasons** 34:8
**recall** 11:2 17:1
   18:4 26:23
   28:12 46:21
   47:5 52:23
   60:17 77:22
   79:9 80:9,10
**receipt** 37:12
   72:20
**receivable** 41:18
**receive** 41:17
   60:10 68:10
   72:19 73:7
   80:4
**received** 11:1
   37:15 48:5
   52:11 80:7
**receiving** 80:10
**Recess** 80:14
**recognize** 47:24
   77:9
**recognizing** 47:6
   51:23 59:10
**recollection**
   16:21 17:10
   27:24 47:10
   53:1
**recommended**
   33:22,22

**reconcile** 10:23
**record** 6:1 14:20
   17:17 20:13
   36:25 66:12
   70:17 73:19
**records** 13:1,4,7
   19:9,13,15,20
   21:20 26:14,18
   37:18,21 38:21
   53:17,22 54:4
   56:11,16 57:11
   59:12 67:6
   71:15
**recruiting** 28:6
   28:13
**red** 21:4
**redacted** 50:4,6
**reducing** 55:5
**refer** 10:11
**reference** 51:14
   72:24 74:25
**referenced**
   57:17 71:20
   77:15
**referring** 20:2
   73:5
**refers** 51:11
   75:17 77:22
**reflected** 71:13
   75:14
**reflecting** 59:12
**regard** 12:1 68:4
**regarding** 3:9
   12:7 30:12
   40:10 51:11
   52:14 58:6
   65:19 72:21
   73:2 74:8
**regardless** 63:11
**region** 9:9,23
   27:12 60:23
**regional** 10:3
   56:20,24 57:9
   60:22 61:2
**regions** 9:7
   28:11
**regular** 47:16

**relate** 74:23
**related** 30:7
   33:13
**relates** 48:23
   57:4 67:25
**relationships**
   28:13
**relative** 13:2
   74:6
**relocate** 24:23
**remain** 21:24
   22:19
**remained** 41:24
**remember** 22:16
   75:17,24
**removal** 7:8,16
   7:24 8:24 9:8
   15:21 16:1,8
   23:8,12,17
   24:9 26:25
   27:5 34:20
   38:18 55:16,18
   56:2 74:11
   77:7,24 78:7
   78:15,19
**render** 79:11
**renew** 24:22
**renewed** 54:25
**renewing** 55:6
**rent/keep** 24:7
**repeat** 3:22
**rephrase** 3:22
**replacement**
   25:16
**report** 14:19
**Reported** 1:25
**reporter** 3:11
**Reporting** 1:25
**reports** 14:6
**represent** 3:7
   62:24
**representative**
   45:14
**requests** 14:6
**required** 15:2
   25:18 35:2,5
   53:16,21 54:4

   57:11 73:24
**reshuffling** 29:3
**residence** 9:24
**resign** 11:15,17
**resolve** 43:2
**respond** 3:16,23
**response** 3:17
   35:8
**responses** 3:10
**responsibilities**
   9:3,13,17 10:2
   14:25 15:1
   18:12 29:4
   67:1
**responsibility**
   9:23 10:5 41:1
   46:6,7 53:8
**responsible** 9:2
   9:8 15:21 28:5
   28:13,16 52:15
   62:1 72:22
   73:3
**Restaurant**
   75:16
**restrictive** 78:17
**result** 62:17
**retain** 33:20
   55:17 56:5
**retained** 12:22
   34:4,8
**revenues** 38:17
   38:24
**review** 11:2 48:7
   70:5
**reviewed** 40:2
   46:12 75:23
**reviews** 56:25
**RFP** 69:12 72:19
   72:20
**Rich** 3:7 71:5
**Richard** 1:14
**Rieder** 61:14,18
   61:21
**right** 4:9 21:6
   22:7 23:8 29:9
   29:24 46:18
   53:12 60:16

   62:8 64:18
   66:18 68:24
   75:19 78:24
   79:6
**right-hand**
   56:18 58:24
   69:13 76:18
**RM** 57:2
**road** 68:7
**Robert** 49:23
   51:8
**Rohe** 18:5 56:13
   59:16
**room** 4:7 14:5
**roughly** 7:24
   37:4 61:3
**round** 60:2
**routine** 14:13
**RPF** 72:17
**RPR** 1:9,25
**Rudy** 61:13,18
   61:21
**rules** 3:13 19:21
**run** 60:15
**Russell** 58:16
**R-O-H-E** 18:5
   56:13

             S
**salaried** 62:13
**salaries** 25:21
**salary** 10:16,19
   18:19,20 57:14
   62:14 66:21
**sale** 6:7 16:5,10
   16:14,14 39:21
   55:15 78:6
**sales** 8:16 9:4,5
   9:11 44:18,20
**salt** 23:22,24
   25:2,6 29:4,12
   29:18
**Santoro** 61:4
**sat** 25:10
**save** 71:19
**saw** 48:6
**saying** 64:2,4

| | | | | |
|---|---|---|---|---|
| says 21:3,5 | separated 52:19 | showing 19:10 | 60:21,22 | 78:11 |
| 48:10 56:20,24 | 67:24 | 47:22 77:6 | smart 52:25 | solely 18:14 |
| 68:22,24 69:19 | September | shown 48:4 | SMG 23:9,12,17 | 23:13 |
| 70:25 71:8 | 30:13,15 41:5 | shows 70:2 | 32:10 36:19 | solicit 50:21 |
| 72:15,16 74:20 | 41:13 | sic 15:10 | 39:21 45:14 | somebody 52:22 |
| 75:15,23 | series 3:9 | side 9:10,11 | 46:2 47:3,8 | someone's 73:13 |
| Schaffner 22:25 | serious 32:18,23 | 15:21 56:18,24 | 49:12 53:21 | Soon 43:4 |
| 23:3 | seriousness 53:1 | 58:24 69:13 | 54:23 55:21 | sorry 5:7 48:2 |
| schedule 59:4 | service 14:6,7,12 | sidewalks 23:24 | 66:1 70:3 | sort 42:11 |
| 64:17 67:2 | 14:20 15:3,3,5 | signature 20:10 | 77:12,18,23 | sounds 18:6 39:3 |
| 69:5 75:14 | 31:25 33:5,12 | 20:22,25 | SMG's 38:5 | 54:16 |
| 76:3 80:16 | 33:17,18 34:5 | signed 17:6,8,11 | 55:15 | source 67:7 |
| schedules 52:13 | 34:10,15,25 | 41:11 49:14,23 | Smith 22:10,13 | South 4:3 |
| 58:3,7 59:13 | 35:2,4,7,10,14 | 63:4 64:7,22 | 23:3 | SP 72:19,24 |
| 68:14 | 36:2,7 39:2 | 64:25 65:8 | snow 4:22,23,25 | special 25:5 |
| scope 10:6 46:5 | 49:12 50:2,12 | 78:21 79:8,10 | 5:2,13,15,18 | specialized |
| 72:21 | 54:14,18 61:10 | significant 31:18 | 6:3,4 7:8,16,19 | 23:23 |
| SEAN 1:6 | 61:10,15,20 | 31:20 55:18 | 7:20,24 8:9,24 | specific 9:8 |
| Search 74:25 | 63:20 64:3 | signing 17:9 | 9:2,8 14:9 | 65:25 71:14 |
| season 42:24 | 69:12 73:1,7 | 65:10 79:11 | 15:17,21 16:1 | 72:20 |
| 49:13 | 73:22 75:7 | silent 40:7 | 16:8 23:8,9,12 | specifically |
| seasons 24:6 | 77:24 | sir 32:21 71:18 | 23:17,21 24:8 | 43:23 48:6 |
| second 50:21 | serviced 55:21 | site 10:7 14:19 | 24:11,13 26:24 | 57:25 71:15 |
| 58:14 60:16 | services 7:8 | 15:6 56:25 | 27:5,19 29:1 | 74:9 75:23 |
| 64:24 | 14:24 18:8 | 61:7 64:1 | 30:3,7 31:7 | 77:22 |
| secure 18:23 | 74:11 77:8,24 | 72:20 73:20,22 | 32:6,8 34:20 | specified 9:7 |
| secured 36:4 | 78:24 | 73:23 74:1,4,5 | 38:8,11,18,18 | specify 65:24 |
| see 11:9 14:22 | servicing 78:17 | sites 9:9,19,20 | 39:6 43:15 | spelling 17:22 |
| 24:15 43:6 | set 36:23 74:3 | 18:23 19:7,8,8 | 44:16,21 50:18 | spent 62:25 63:3 |
| 48:10 56:19,23 | 76:21 | 24:6,23 25:18 | 51:7,12 55:16 | 66:1 67:10 |
| 57:1 58:25 | seventh 70:23 | 27:9,11 55:10 | 55:18 56:1,2 | spread 24:3,4 |
| 59:19 62:21 | severely 29:8 | 61:10,12,17,22 | 61:15 64:3 | spreaders 23:23 |
| 68:4 72:7,22 | severity 15:16 | 64:1 71:8 72:5 | 65:11 74:11 | 23:24 25:2,7 |
| 80:5 | share 46:19 | 74:8,12 | 77:7,24 78:6 | spreadsheets |
| seeing 51:23 | sheets 53:17 | situated 24:2 | 78:15,18,23 | 52:12 |
| seen 13:7 47:25 | 61:14,15 | situation 34:16 | snowed 74:10 | spring 8:20 |
| 48:19 49:18,25 | Shore 4:3 | six 13:16 25:14 | snowing 21:17 | SPs 56:24 72:19 |
| 50:1 51:8,20 | short 20:5 52:17 | 26:3,4 76:4 | snow-related | stacked 61:16 |
| sell 78:15 | 53:7,7 58:14 | skid 23:21 24:11 | 42:25 | staff 17:10 54:3 |
| sells 4:25 | short-termer | skip 72:2 | software 73:17 | staffing 15:13 |
| send 46:2 | 53:6 | sleep 70:6 | 73:18,20,21 | 25:19 |
| sending 50:11 | show 19:15 | slight 80:2 | sold 6:5 8:20 | standard 25:4 |
| 69:12 | 37:18 48:16,18 | slip-and-fall | 21:25 25:11 | 77:23 |
| Sennett 1:11,15 | 51:4,18 68:20 | 42:9 | 26:20 34:20 | start 30:11,17 |
| sent 50:2,3,16 | 79:18,22 | small 7:21 | 38:5 55:22 | started 31:8,16 |
| 51:25 52:1 | showed 20:13 | Smallwood 57:2 | 56:1 78:18 | 63:18 |
| sentence 64:24 | 38:25 | 57:7,8 59:5 | sole 7:1,2,18 | state 4:1 22:24 |

75:24
stated 25:17
  26:1 66:9 67:8
statement 34:4
statements 64:9
states 1:1 27:19
  49:13
stationed 28:10
stay 11:6 38:14
  43:13 54:18
stayed 43:14
steers 23:21
  24:12
Steve 39:22
stood 44:23
  45:18
stop 61:7
stored 24:6
strategic 30:14
  31:9,16 61:25
Street 1:11,15
  1:18,21 8:3,6
strictly 63:14
strike 48:2 72:1
  75:8
strikes 38:21
structure 35:25
  62:3
stuff 29:4
subcontract
  77:23
subcontracting
  9:14
subcontractor
  10:1 24:14
  42:16 64:22
subcontractors
  9:19,20 14:24
  23:13,16 24:9
  24:13 26:24
  27:25 28:6,8
  28:14 31:13,18
  31:20 34:22,22
  42:12,12 48:24
  49:2
subcontracts
  64:25 65:14

77:18
submit 58:11
substantial
  27:21 54:17
substantially
  55:15
successor 22:13
sue 35:14
sufficient 33:17
  34:5
suggestions
  46:14
suit 35:15
suits 42:10,22
Suleski 49:14
summary 21:13
  68:13 74:17
summer 11:14
  14:2
supervisor 10:9
  61:19 67:9
supplied 12:12
  13:8 59:4,8
supplies 69:8
supply 12:10
  24:11
support 50:21
sure 22:5 55:3
  61:22 66:12,15
  71:11
surmise 57:23
surmising 57:19
surrounding
  9:24 11:16
  29:15
suspect 52:1,2
sustain 30:24
swap 50:24
sweat 50:24
swell 15:24
sworn 3:2
Symbiot 5:20
  6:2,5,17 11:6
  11:10,14,16
  12:4 13:18
  16:6,16 21:25
  25:11 26:12,21

28:20,23 29:16
  29:17,21,24
  30:4,11 32:11
  34:21,24 35:25
  36:6,19,20
  37:7 38:5,12
  39:7,20 40:4
  40:21,22,25
  41:4,17,19,22
  41:25 42:4
  43:12 49:4
  51:14 52:19
  55:11,13,16,21
  55:22 56:2,4,7
  58:19,21 72:21
  73:2,9,10 78:6
  78:15,16,19,22
  79:3,8,10
Symbiot's 29:2
system 73:17
  74:2,6

─────── T ───────
table 4:6
take 6:7 7:21
  15:2 16:8
  24:19 29:23
  44:18 45:11
  49:18 56:21
  63:6 64:20
  76:7 79:14
taken 1:9 3:10
  31:22 35:12
takes 74:1
talk 3:14 80:13
talked 58:12
  60:13,13
talking 10:12
  11:12 64:21
  71:11
tangible 38:10
taxes 22:23
tell 3:21 12:11
  13:15 34:3
  40:12 44:11
  49:18 50:3
  60:16 61:15

75:10
temps 13:23
ten 69:23
Tenth 1:11,15
term 8:5
terminable
  29:23
terminate 29:25
  63:13
terminated
  11:15 19:24,25
  21:9,22 25:24
  25:24 39:14
  63:5
terminating
  80:1
termination
  20:1 21:10
  25:9 40:17
  65:13 79:5
terms 10:20
  45:24 47:7
  57:13 71:13
Terrance 59:6
  60:25
Terry 61:13,19
  61:23
testified 3:2
testifying 4:10
testimony 21:8
  32:16,20 76:7
  79:3
Thank 71:7
thing 21:22
  28:15 64:8
  70:14
things 13:23
  36:4 46:18
  48:25
think 4:13 9:3
  19:5 22:24
  33:13 44:8
  53:5 68:8 71:5
  71:12
third 18:2,3
  50:24 62:19
  72:3 75:16

thought 13:12
  25:20 31:20
thousands 27:11
threatening
  34:17
three 16:22,23
  16:23 17:9,11
  18:17 19:1
  20:2 21:6
  59:20 60:14
  63:13 75:18,19
Three-quarter
  25:6
three-quarters
  62:21
tied 36:18
Till 8:22
time 3:15,20 6:3
  11:22 13:1,4,7
  13:19 14:15,15
  16:6,7 17:2,5,6
  17:8 20:6 22:1
  22:7 26:23
  31:15,22 32:1
  32:7 34:3,17
  37:12 40:1
  42:4 45:9,17
  48:5,8 50:15
  50:24 51:24
  52:17 53:7,12
  53:17,17,17,22
  53:25,25 54:4
  54:15,17 55:7
  56:11,15 57:11
  57:20 58:9,14
  58:22 59:12
  60:12 62:14,25
  63:3,6,7,8,9,10
  63:15 65:5,13
  66:22 67:10,13
  68:5 69:17
  70:7 71:13,17
  71:19 73:9,23
times 15:12
  71:20
title 8:18 39:24
titled 38:6,7,7,8

38:9
**today** 3:9 4:7,10
  11:19 12:6
  22:20 51:21,24
**told** 13:10 44:23
  57:24,25 64:13
**ton** 25:6
**top** 66:7 67:1
  68:21 72:4
  74:20
**total** 10:5
**town** 22:11
**track** 54:6 74:3
**tracked** 69:14
  69:15
**traded** 26:3
**trading** 26:5
**traditionally**
  24:14
**transaction** 6:7
  16:16 28:21
  30:2,12 37:8
  39:8,12,21
  40:3,15 41:25
  42:4 49:4
  55:18
**transcript** 3:12
**transferred** 29:4
  29:12 37:7
  38:12
**transitioning**
  29:14
**transmitted**
  12:18
**transportation**
  67:18
**travel** 68:22,25
  69:4
**trick** 19:19
**trip** 44:9,11 70:3
  70:4,9,15
**trucks** 23:22
  25:1,2,4,8,13
  25:16 26:3,3,4
  26:5,11,15,20
**true** 64:6
**Trust** 1:17

**trying** 19:19
  32:5 55:7
**tune** 33:4
**turn** 40:19
**turnaround**
  49:22
**two** 16:22,23,23
  35:13 46:21
  48:18 68:7
**type** 30:24 36:16
  42:9,19 53:17
  74:16
**types** 23:20
**typical** 16:5
**typically** 15:13
  37:1

___ **U** ___

**ultimately** 38:5
  40:15 49:3
  62:1
**Um-hum** 17:7
  75:5
**understand** 3:21
  7:8 13:5 17:19
  22:5 48:7
  51:13,19 66:16
  76:15 78:9,16
  78:20
**understanding**
  11:17 12:13
  28:24 29:10
  43:21 44:6
  45:4 47:9,14
  59:3,7 65:4,6
  66:22
**understood** 3:24
  45:13 48:11,12
  50:15 65:6
  79:11
**unidentified**
  51:13
**uninsured** 42:17
  43:7
**United** 1:1 49:12
**unmerciful**
  63:19

**unprofitable**
  55:5,6
**unrealistic** 65:7
**upper** 68:21
  71:8
**use** 24:13 32:8
  60:6 61:12
**utilize** 60:8
**utilized** 77:24

___ **V** ___

**validating** 62:3
**various** 9:19
  14:6 15:17
  16:19 28:11
  42:24 58:8
  75:1 76:3
**vary** 15:16
**venture** 31:3,8
**verbal** 45:10,12
**Vernon** 8:14,19
  9:21 11:13,13
  11:23 12:4
  13:1,8,10
  16:12 43:19,19
  44:10 46:13,15
  46:15 47:6
  48:2,3 49:14
  64:10,11,13
  66:5 67:18
  69:17 70:14
**Vernon's** 8:15
  10:8,15 46:5
  47:15
**versus** 7:16,16
  7:16
**vice** 5:21 6:2
  8:17
**vicinity** 18:24
  19:5 38:21
**visit** 61:9
**voice** 46:12
**vs** 1:5

___ **W** ___

**wages** 19:16,16
**wait** 3:15,16 5:7

**walk-behind**
  23:25
**want** 44:24
  53:25 62:7
  66:12 74:15
**wanted** 32:8
  61:12
**wasn't** 44:20
  55:8 66:5,7
**Waterford** 26:9
**way** 48:11,12
  55:20,24 59:21
  60:4 62:22
  68:15 75:12
**Webb** 39:23
  40:10
**Webb's** 39:24
**week** 5:14,17
  11:24 19:25
  21:9 53:5,8
  66:21
**weeks** 13:16
**went** 36:11
  41:19,21
**weren't** 57:15
  65:20 66:4,19
  67:1
**west** 1:11,15 8:3
  27:16
**WESTERN** 1:1
**we'll** 47:22
  48:16 59:22
  79:19 80:19
**we're** 21:21
  36:23 44:23
  45:19 54:5
  71:11
**we've** 37:3 42:14
  47:23 49:11
  51:4 52:9
  60:13,13 62:6
  62:8 64:4,5,7
  68:8,9 74:24
  76:10 79:22
**whipsawing**
  64:16
**wife** 7:4

**Wilson** 39:22
  40:9
**winter** 14:1
  15:14,17,25
  24:6 30:23
  49:13
**witness** 48:18
**women** 52:24
**words** 17:3 26:4
  30:4 54:15
  55:24 66:3
  68:7 72:4 74:7
**work** 7:15,18,20
  8:24 9:19 10:7
  22:3 23:5 24:9
  25:20,25 26:25
  28:20 30:8
  47:3 52:16
  53:9 58:19,21
  60:9 62:2 64:4
  65:10 72:21
**worked** 23:4
  52:17 58:13
  60:24 61:1,4
  61:13,18,23
**working** 13:23
  15:25 28:23,24
  28:25 62:13
**workout** 33:20
**wouldn't** 10:5
  27:6
**write** 66:3
**written** 11:4
  12:15 36:8
  45:23 63:12,17
**wrong** 76:8
  79:23
**W-2** 19:16,17

___ **X** ___

**X** 2:1

___ **Y** ___

**Yardmaster**
  6:21
**yeah** 17:21 18:3
  22:23 35:19

40:18 42:5
48:20 64:7,20
70:10 74:21
**year** 10:22,25
13:20 15:12,20
25:14 28:1
38:23 39:3
44:24
**years** 16:5,9
38:17 64:4
**York** 16:23
60:25 61:3

---

**Z**

**Zelgowski** 61:18

---

**$**

**$1,000** 66:20,20
**$1,080** 66:7,8
**$15** 38:22
**$22,500** 62:20
66:5
**$225** 62:21
**$3** 75:17
**$3,800** 57:1
**$3.6** 33:5,17
**$33,000** 66:5
**$340,000** 37:4
**$340,482** 37:4
**$4** 36:8
**$45** 71:1
**$50,000** 36:11
**$95** 57:2,15 60:5

---

**0**

**02116** 1:18
**03** 30:23 39:4
42:23
**04** 6:10 8:22
21:8 30:10,13
30:15,18,23
38:25 39:4
44:8 47:12
74:24
**04-333** 1:5
**05** 6:23

---

**1**

**1** 2:7 47:18,23
59:2,23 60:15
**1,000** 28:2
**1/21** 68:2
**10** 7:19 59:1,6
**10th** 22:24
**10/19/04** 72:15
**10/20/2004** 72:6
**10/4/04** 21:4
**100** 59:1,1,2,2,2
59:2,6 62:20
**1099** 19:16
**11/11/04** 72:16
**11:20** 80:14
**11:25** 80:14
**11:26** 80:21
**110** 72:5
**12** 20:18,22
**12th** 20:10
**120** 1:11,15
**13** 5:25 78:9
**131** 1:18
**1406** 8:3
**15** 41:9 49:12
54:11 79:6
**15th** 6:23 29:7
29:16
**15-minute** 80:16
**150** 1:21
**16501** 1:11,16,22
**16502** 8:3
**16505** 4:3
**17** 74:24

---

**2**

**2** 2:8 48:14,17
48:21 49:11,20
50:11
**2/18/2004** 69:18
**2/22** 70:2
**2/24/04** 70:3
**20** 5:11 54:11
70:14
**200** 28:2 59:2
**2002** 8:20
**2004** 20:18,22,23
21:10 31:15

---

41:9 49:12,20
50:11 51:5
63:5 64:23
65:1,12 76:5
77:19 79:24,25
**2005** 11:14
**2006** 1:10
**21** 51:5
**21st** 8:3,6
**22nd** 6:9 30:10
68:2 79:7
**23** 1:10
**2319** 4:2
**24** 15:11 70:25
72:16,16
**25** 59:1

---

**3**

**3** 2:4,9 49:16,18
49:19 66:7
76:18 79:24
80:7
**3rd** 65:8
**3.6** 31:25 39:2
**30** 13:22 15:8,18
16:4 45:18
**31** 64:23 65:1,12
77:19
**35** 45:18

---

**4**

**4** 2:10 20:23
21:8,10 51:2,4
63:5 64:23
74:12 77:15
79:25 80:8,9
**4.0** 74:24
**40** 57:2,17 59:1
59:2,5
**47** 2:7
**48** 2:8 70:15
**49** 2:9

---

**5**

**5** 2:11 51:16,20
76:22 80:9
**50** 27:19
**51** 2:10,11

---

**52** 2:12
**52,000** 10:25

---

**6**

**6** 2:12 52:7,10
56:10,19 59:25
62:19 65:23
67:16 68:17,19
68:19 72:3
74:15 76:1

---

**7**

**7** 2:13 76:25
77:4,7
**712** 22:12
**75** 13:22 15:8,18
15:24 16:4
35:5,7,11
**77** 2:13
**79** 2:14

---

**8**

**8** 2:14 20:23
59:1,6 77:1
79:20,23
**80** 59:2

---

**9**

**9:02** 1:10
**90** 7:24
**99** 23:15 24:8
26:24

---