IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HERITAGE REALTY MANAGEMENT, INC., | ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Case No. CA 04-333 ERIE |
| JOHN ALLIN d/b/a ALLIN COMPANIES, | ) ) | Judge Sean McLaughlin |
| Defendant-Third Party Plaintiff | ) ) | |
| v. | ) ) | |
| SYMBIOT BUSINESS GROUP, INC. and SYMBIOT SNOW MANAGEMENT NETWORK, LLC, | ) ) ) | |
| Third Party Defendants | ) | |

## **APPEARANCE**

Please enter our appearance on behalf of Symbiot Business Group, Inc. and Symbiot Snow Management Network, LLC., Third Party Defendants in the above matter.

Respectfully submitted,

THE McDONALD GROUP, L.L.P.

By: /s/ *Daniel J. Pastore*
Daniel J. Pastore
Pa. I.D. No. 44619
456 West Sixth Street
P. O. Box 1757
Erie, PA 16507-0757
Phone: (814) 456-5318

Attorneys for Third Party Defendants

F:\CFD\3100\3119 (Symbiot)\Appearance 1.doc