IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HERITAGE REALTY MANAGEMENT, INC., | ) | CASE NO. CA04-333 ERIE |
| | ) | |
| Plaintiff, | ) | JUDGE SEAN McLAUGHLIN |
| | ) | |
| vs. | ) | |
| JOHN ALLIN d/b/a ALLIN COMPANIES, | ) | **MOTION TO WITHDRAW AS** |
| | ) | **ATTORNEYS OF RECORD** |
| | ) | |
| Defendant. | ) | |

Now comes Frank R. DeSantis and Amanda A. Kessler of Thompson Hine LLP, and moves this Honorable Court to permit them to withdraw as attorney of record for the Defendant John Allin d/b/a Allin Companies. Craig Markham of Elderkin, Martin Kelly & Messina has been serving as co-counsel for Defendant on the case, and he will remain on the case as lead counsel for the Defendant. Defendant has been notified of this motion and has consented to it.

Respectfully submitted,

/s/Amanda A. Kessler
Frank R. DeSantis, Esq. (0030954)
Amanda A. Kessler, Esq.
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, Ohio 44114
Telephone (216) 566-5500
Facsimile (216) 566-5800

Craig Markham, Esq. (38531)
Elderkin, Martin, Kelly & Messina
105 E. 8th Street
Erie, Pennsylvania 16501
Telephone (814) 456-4000
Facsimile (814) 454-7411

## CERTIFICATE OF SERVICE

    A copy of the foregoing *Motion to Withdraw as Attorney of Record* was filed electronically on this 10th day of April, 2006.  Parties will receive notice through the Court's electronic filing system.

                                      /s/Amanda A. Kessler
                                      Amanda A. Kessler, Esq.
                                      ***One of the Attorneys for Defendant***
                                      ***John Allin d/b/a Allin Companies***