IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HERITAGE REALTY MANAGEMENT, INC., | ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Case No. CA 04-333 ERIE |
| JOHN ALLIN d/b/a ALLIN COMPANIES, | ) | Judge Sean McLaughlin |
| Defendant-Third Party Plaintiff | ) ) | |
| v. | ) ) | |
| SYMBIOT BUSINESS GROUP, INC. and SYMBIOT SNOW MANAGEMENT NETWORK, LLC, | ) ) ) | |
| Third Party Defendants | ) | |

## **ORDER**

AND NOW, this ____ day of _____, 2006, upon consideration of the Third Party Defendants' Motion to Strike or, in the Alternative, Motion to Dismiss, it is hereby ORDERED that said motion is GRANTED.  The Defendant and Third-Party Plaintiffs' Third-Party Complaint is hereby STRICKEN, and all claims against the Third-Party Defendants are hereby DISMISSED.

 

                                                                    Sean J. McLaughlin,
                                                                     United States District Judge