# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Heritage Realty Management, Inc.,

            Plaintiff

vs.    No. CA 04-333E & 06-47E

John Allin,

            Defendant

vs.

Symbiot Business Group, Inc., et al., 3Pty Dft.

HEARING ON: Settlement Conf.

Held on: Wed. April 12, 2006

Before Judge: McLaughlin

Richard Lanzillo      Craig Markham
Neal Devlin      Daniel Pastore

Appear for Plaintiff      Appear for Defendant

Hearing begun: 9:39 am      Hearing adjourned to: 10:30 am

Hearing concluded C.A.V.      Stenographer: Ron Bench

Clerk: n/a

### WITNESSES:

For Plaintiff      For Defendant

Case did not settle.
Briefing schedule as follows:
30 days for Δ's to respond to MSJ
20 days for Allen to respond to Mtn to Strike.

Preliminary Scheduling Order on 06-47E to follow.