IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HERITAGE REALTY MANAGEMENT, INC., | ) | Case No. CA 04 - 333 ERIE |
| Plaintiff | ) | Judge Sean McLaughlin |
| v. | ) | |
| JOHN ALLIN d/b/a ALLIN COMPANIES, | ) | |
| Defendant-Third Party Plaintiff | ) | |
| v. | ) | |
| SYMBIOT BUSINESS GROUP, INC. and SYMBIOT SNOW MANAGEMENT NETWORK, LLC, | ) | |
| Third Party Defendants | ) | TRIAL BY JURY OF 12 DEMANDED |

**ORDER**

AND NOW, upon consideration of the Defendant's Motion to Consolidate Actions, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED. The action filed at No. 06-47 is hereby consolidated with this action, filed at 04-333, for all purposes. A case management order will be issued in due course.

BY THE COURT,

_____