IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HERITAGE REALTY MANAGEMENT, INC., <br>     Plaintiff <br><br> v. <br><br> JOHN ALLIN d/b/a ALLIN COMPANIES, <br>     Defendant-Third Party Plaintiff <br><br> v. <br><br> SYMBIOT BUSINESS GROUP, INC. and SYMBIOT SNOW MANAGEMENT NETWORK, LLC, <br>     Third Party Defendants | Case No. CA 04 - 333 ERIE <br><br> Judge Sean McLaughlin <br><br><br><br><br><br><br><br><br><br> TRIAL BY JURY OF 12 DEMANDED |

## **ORDER**

      AND NOW, upon consideration of Defendant's Motion for Leave of Court to File Third Party Complaint Nunc Pro Tunc, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED.

      BY THE COURT

      _____