IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HERITAGE REALTY MANAGEMENT, INC., | ) ) | |
|     Plaintiff | ) ) | |
|     v. | ) ) | Case No. CA 04-333 ERIE |
| JOHN ALLIN d/b/a ALLIN COMPANIES, | ) | Judge Sean McLaughlin |
|     Defendant-Third Party Plaintiff | ) ) | |
|     v. | ) ) | |
| SYMBIOT BUSINESS GROUP, INC. and SYMBIOT SNOW MANAGEMENT NETWORK, LLC, | ) ) ) | |
|     Third Party Defendants | ) | |

**THIRD PARTY DEFENDANTS' MOTION TO EXTEND DATE TO RESPOND TO DEFENDANT'S MOTION TO CONSOLIDATE ACTIONS**

AND NOW comes the Third Party Defendants, Symbiot Business Group, Inc. and Symbiot Snow Management Network, LLC, through their counsel, The McDonald Group, L.L.P., and moves for an order extending the time in which to respond to Defendant's Motion to Consolidate Actions, and respectfully represent the following in support of their Motion:

1. On May 2, 2006, Defendant filed a Motion to Consolidate Actions, requesting consolidation of this action with the *Heritage Realty v. Symbiot* action pending in this court at docket number 06-47.

2. On May 3, 2006, this court entered a text order requiring responses to Defendant's Motion to Consolidate by May 11, 2006.

3. Third Party Defendants need additional time in which to file an appropriate response to Defendant's Motion to Consolidate. Third Party Defendants can file an appropriate response on or before May 23, 2006.

4. None of the parties will be prejudiced if the time to respond to the Motion to Consolidate is extended from May 11, 2006 to May 23, 2006.

WHEREFORE, Third Party Defendants respectfully request that this court enter an order extending the time to respond to Defendant's Motion to Consolidate from May 11, 2006 to May 23, 2006.

    Respectfully submitted,

    THE McDONALD GROUP, L.L.P.

By:   /s/ *Daniel J. Pastore*
    Daniel J. Pastore
    Pa. I.D. No. 44619
    456 West Sixth Street
    P. O. Box 1757
    Erie, PA 16507-0757
    Phone: (814) 456-5318

    Attorneys for Third Party Defendant