IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HERITAGE REALTY MANAGEMENT, INC.,<br>　　　Plaintiff<br><br>　　　v.<br><br>JOHN ALLIN d/b/a ALLIN COMPANIES,<br>　　　Defendant-Third Party Plaintiff<br><br>　　　v.<br><br>SYMBIOT BUSINESS GROUP, INC. and<br>SYMBIOT SNOW MANAGEMENT<br>NETWORK, LLC,<br>　　　Third Party Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CA 04-333 ERIE<br><br>Judge Sean McLaughlin |

### CONSENT

Plaintiff, Heritage Realty Management, Inc., consents to the Third Party Defendants' Motion to Extend Date to Respond to Defendant's Motion to Consolidate Actions.

Respectfully submitted,

KNOX McLAUGHLIN GORNALL & SENNETT, P.C.

By: _/s/ Richard A. Lanzillo_
Richard A. Lanzillo
120 West Tenth Street
Erie, PA 16501-1461
Phone: (814) 459-2800

Attorneys for Plaintiff,
Heritage Realty Management, Inc.