IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HERITAGE REALTY MANAGEMENT, INC., <br>     Plaintiff <br><br> v. <br><br> JOHN ALLIN d/b/a ALLIN COMPANIES, <br>     Defendant-Third Party Plaintiff <br><br> v. <br><br> SYMBIOT BUSINESS GROUP, INC. and SYMBIOT SNOW MANAGEMENT NETWORK, LLC, <br>     Third Party Defendants | Case No. CA 04-333 ERIE <br><br> Judge Sean McLaughlin |

## CONSENT

Defendant and Third Party Plaintiff, John Allin, consents to the Third Party Defendants' Motion to Extend Date to Respond to Defendant's Motion to Consolidate Actions.

Respectfully submitted,

ELDERKIN, MARTIN, KELLY & MESSINA

By: /s/ Craig A. Markham
Craig A. Markham, Esquire
Attorney for Defendant
150 East Eighth Street
Erie, PA 16501
Phone: (814) 456-4000