IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HERITAGE REALTY MANAGEMENT, INC., <br>     Plaintiff <br><br>     v. <br><br> JOHN ALLIN d/b/a ALLIN COMPANIES, <br>     Defendant-Third Party Plaintiff <br><br>     v. <br><br> SYMBIOT BUSINESS GROUP, INC. and <br> SYMBIOT SNOW MANAGEMENT <br> NETWORK, LLC, <br>     Third Party Defendants | ) <br> ) <br> ) <br> ) <br> )    Case No. CA 04-333 ERIE <br> ) <br> )    Judge Sean McLaughlin <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

AND NOW, this ____ day of May, 2006, upon consideration of Third Party Defendant's Motion to Extend Time, it is hereby ORDERED that said motion is GRANTED. The time to respond to Defendant's Motion to Consolidate is hereby extended from May 11, 2006 to May 23, 2006.

 

_____
Sean J. McLaughlin
United States District Judge