IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HERITAGE REALTY MANAGEMENT, INC., | ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Case No. CA 04-333 ERIE |
| JOHN ALLIN d/b/a ALLIN COMPANIES, | ) | Judge Sean McLaughlin |
| Defendant-Third Party Plaintiff | ) ) | |
| v. | ) ) | |
| SYMBIOT BUSINESS GROUP, INC. and SYMBIOT SNOW MANAGEMENT NETWORK, LLC, | ) ) ) | |
| Third Party Defendants | ) | |

## **ORDER**

AND NOW, this ____ day of May, 2006, upon consideration of Third Party Defendant's Motion to Extend Time, it is hereby ORDERED that said motion is GRANTED. The time to respond to Defendant's Motion to Consolidate is hereby extended from May 11, 2006 to May 23, 2006.

_____
Sean J. McLaughlin
United States District Judge

F:\CFD\3100\3119 (Symbiot)\Proposed Order for extension.doc