IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HERITAGE REALTY MANAGEMENT, INC., | ) | Case No. CA 04 - 333 ERIE |
| Plaintiff | ) | Judge Sean McLaughlin |
| v. | ) | |
| JOHN ALLIN d/b/a ALLIN COMPANIES, | ) | |
| Defendant-Third Party Plaintiff | ) | |
| v. | ) | |
| SYMBIOT BUSINESS GROUP, INC. and SYMBIOT SNOW MANAGEMENT NETWORK, LLC, | ) | |
| Third Party Defendants | ) | TRIAL BY JURY OF 12 DEMANDED |

**DEFENDANT'S APPENDIX**

Exhibit A – Margaret (Peggy) Allin deposition transcript

Exhibit B – Affidavit of John Allin

Exhibit C – Excerpts of Asset Purchase Agreement between John Allin and Symbiot dated November 3, 2004

Exhibit D – Affidavit of Christina (Tina) Padilla-Albano

Exhibit E – Affidavit of Margaret (Peggy) Allin

Exhibit F – Affidavit of Lisa Edwards

Exhibit G – Affidavit of Rudolph Rieder

Exhibit H – Affidavit of Linda Spinelli

Exhibit I – Affidavit of F. Michael Suleski

Exhibit J – Affidavit of Chester Zelgowski

Exhibit K – Rudy Rieder e-mail 11/4/04

Exhibit L – Itemization of costs and expenses

Exhibit M – Rudy Rieder e-mail 11/8/04

Exhibit N – Brian Marshall e-mail 4/16/04

Exhibit O – Rudy Rieder e-mail 10/28/04

Exhibit P – Mary Russel e-mail 10/28/04

Exhibit Q – Bob Prendergast e-mail 8/3/04

    Respectfully submitted,

    ELDERKIN, MARTIN, KELLY & MESSINA

    By /s/ Craig A. Markham
        Craig A. Markham, Esquire
        Attorney for Defendant
        150 East Eighth Street
        Erie, Pennsylvania 16501
        (814) 456-4000