# ASSET PURCHASE AGREEMENT

## AMONG

### Symbiot Business Group, Inc.,

### Symbiot Snow Management Network, LLC

## AND

### John Allin

### November 3, 2004

EXHIBIT
C

# TABLE OF CONTENTS

**Page**

1. Definitions. ...........................................................................................1

2. Basic Transaction. ...............................................................................7

    (a) Purchase and Sale of Assets. ...........................................................7

    (b) Assumption/Exclusion of Liabilities. ................................................7

    (c) Purchase Price. ...........................................................................9

    (d) Adjustment For Payables/Receivables. ............................................11

    (e) The Closing. .............................................................................11

    (f) Deliveries at the Closing. .............................................................12

    (g) Allocation. ...............................................................................13

    (h) Legends. .................................................................................13

3. Representations and Warranties of Seller. .................................................13

    (a) Operation of Business. ................................................................14

    (b) Authorization of Transaction. ......................................................14

    (c) Noncontravention. ....................................................................14

    (d) Brokers' Fees. ..........................................................................14

    (e) Title to Assets; Sufficiency of Assets. ............................................14

    (f) Financial Statements. .................................................................15

    (g) Events Subsequent to Most Recent Fiscal Month End. ........................15

    (h) Undisclosed Liabilities; Limited Liabilities. .....................................16

    (i) Legal Compliance. .....................................................................17

    (j) Tax Matters. ............................................................................17

    (k) Real Property. ..........................................................................17

    (l) Intellectual Property. ..................................................................19

    (m) Tangible Assets. .......................................................................21

    (n) Inventory. ...............................................................................21

    (o) Contracts. ...............................................................................21

    (p) Notes and Accounts Receivable/Payable. ........................................23

    (q) Powers of Attorney. ..................................................................23

    (r) Insurance. ...............................................................................23

    (s) Litigation. ...............................................................................24

(t) Service Warranty. ................................................................................ 24

(u) Employees. ........................................................................................ 24

(v) Employee Benefits. ............................................................................ 25

(w) Guaranties. ...................................................................................... 25

(x) Environmental, Health, and Safety Matters. ........................................ 25

(y) Certain Business Relationships With Seller. ........................................ 26

(z) Disclosure. ....................................................................................... 26

(aa) Investment. ...................................................................................... 26

(bb) Customers and Suppliers. ................................................................. 27

(cc) No Other Agreement to Sell Assets. .................................................. 27

4. Representations and Warranties of the Buying Parties. ........................... 27

(a) Organization of Buyer. ..................................................................... 27

(b) Authorization of Transaction. ........................................................... 27

(c) Noncontravention. ............................................................................ 27

(d) Brokers' Fees. ................................................................................... 28

(e) Validly Issued Shares. ....................................................................... 28

5. Pre-Closing Covenants. ........................................................................ 28

(a) General. ............................................................................................ 28

(b) Notices and Consents. ....................................................................... 28

(c) Operation of Business. ...................................................................... 28

(d) Preservation of Business; Termination of Employment Relationships. .............. 29

(e) Full Access. ...................................................................................... 29

(f) Notice of Developments. .................................................................... 29

(g) Exclusivity. ....................................................................................... 29

(h) Supplements to Schedules. ................................................................ 29

(i) Comerica Financing Arrangement. ..................................................... 30

6. Conditions to Obligation to Close. ........................................................ 30

(a) Conditions to Obligation of Buyer. .................................................... 30

(b) Conditions to Obligation of Seller. .................................................... 32

7. Post-Closing Covenants. ....................................................................... 32

(a) General. ............................................................................................ 33

(b) Litigation Support. ............................................................................ 33

(c) Transition. .................................................................................. 33

(d) Confidentiality. ............................................................................. 33

(e) Covenant Not to Compete. ............................................................... 33

(f) Jurisdiction for Noncompetition/Nondisclosure Covenants. .................... 35

(g) Unassigned Assets. ........................................................................ 35

(h) Capitalization of the Business. ......................................................... 35

8. Remedies for Breaches of This Agreement. ............................................ 35

(a) Survival of Representations and Warranties. ....................................... 36

(b) Indemnification Provisions for Benefit of Buyer. .................................. 36

(c) Indemnification Provisions for Benefit of Seller. ................................... 36

(d) Matters Involving Third Parties. ....................................................... 37

(e) Characterization of Payments. ......................................................... 38

(f) Other Indemnification Provisions. ...................................................... 38

9. Termination. ................................................................................... 38

(a) Termination of Agreement. .............................................................. 38

(b) Effect of Termination. ..................................................................... 39

10. Miscellaneous. ............................................................................... 39

(a) Press Releases and Public Announcements. ........................................ 39

(b) No Third-Party Beneficiaries. ........................................................... 39

(c) Entire Agreement. .......................................................................... 39

(d) Succession and Assignment. ............................................................ 39

(e) Counterparts. ................................................................................ 39

(f) Headings. ...................................................................................... 39

(g) Notices. ....................................................................................... 39

(h) Governing Law. ............................................................................. 40

(i) Amendments and Waivers. .............................................................. 41

(j) Severability. .................................................................................. 41

(k) Expenses. ..................................................................................... 41

(l) Construction. ................................................................................. 41

(m) Incorporation of Exhibits and Schedules. .......................................... 41

(n) Specific Performance. ..................................................................... 41

(o) Submission to Jurisdiction. .............................................................. 41

## Exhibits

Exhibit A – Excluded Assets
Exhibit B – [blank]
Exhibit C – Allocation Schedule
Exhibit D – Financial Statements
Exhibit E-1 – Bill of Sale
Exhibit E-2 – Assignment and Assumption Agreement
Exhibit E-3 – Consent, Assignment and Assumption Agreement
Exhibit F-1 – Seller Employment Agreement
Exhibit F-2 – Jeff Vernon Employment Agreement
Exhibit F-3 – Form of Execution Employment Agreement
Exhibit G – Required Service Provider Consents

IN WITNESS WHEREOF, the Parties hereto have executed this Agreement as of the date first above written.

PARENT

SYMBIOT BUSINESS GROUP, INC.

By: _Bruce Klerk_

Title: _CEO_

BUYER

SYMBIOT SNOW MANAGEMENT NETWORK, LLC

By: Symbiot Business Group, Inc., Manager

By: _Bruce Klerk_

Title: _President_

SELLER

John Allin

IN WITNESS WHEREOF, the Parties hereto have executed this Agreement as of the date first above written.

PARENT

SYMBIOT BUSINESS GROUP, INC.

By: _____

Title: _____

BUYER

SYMBIOT SNOW MANAGEMENT
NETWORK, LLC

By: Symbiot Business Group, Inc., Manager

By: _____

Title: _____

SELLER

_____
John Allin