IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HERITAGE REALTY MANAGEMENT, INC., | ) Case No. CA 04 - 333 ERIE |
| Plaintiff | ) |
| | ) Judge Sean McLaughlin |
| v. | ) |
| | ) |
| JOHN ALLIN d/b/a ALLIN COMPANIES, | ) |
| Defendant | ) TRIAL BY JURY OF 12 DEMANDED |

**AFFIDAVIT OF** Lisa Edwards

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | ) |
| | ) ss. |
| COUNTY OF ERIE | ) |

1. In 2004, I was employed by Mr. John Allin, d/b/a Snow Management Group.

2. As part of my job duties with Snow Management Group, I participated and engaged in work which was required of Snow Management Group in order to be ready and able to perform the snow and ice removal work under the contract with Heritage Realty Management, Inc.

3. The work which I performed with regard to the Heritage contract included the following: Data Entry of information for RFP's (Request for Proposal) to be sent to potential service providers. Oversaw the entire RFP process from start to completion.

EXHIBIT F

4. I have carefully reviewed the detailed itemization listing the costs and the time which was expended by Snow Management Group on the Heritage contract. This itemization is attached hereto as Exhibit A. To the best of my knowledge, information and belief, the amount of time and the nature of the work which is identified in this itemization as being work which I performed and time which I spent in connection with the Heritage contract is correct and accurate.

FURTHER THE AFFIANT SAYETH NOT.

*Lisa M Edwards*

COMMONWEALTH OF PENNSYLVANIA    )
                                : SS.
COUNTY OF ERIE                   )

    ON THIS, the __10__ day of __May_____, 2006, before me a Notary Public, the undersigned officer, personally appeared ___Lisa Edwards___, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purposes therein contained.

    IN WITNESS WHEREOF, I hereunto set my hand and official seal.

*Mary-Helen Russell*

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Mary-Helen Russell, Notary Public
City Of Erie, Erie County
My Commission Expires Jan. 30, 2008
Member, Pennsylvania Association Of Notaries

| Expense | Date Incurred | Date Paid | Entity Paid | Amount of Expense | Affiliation Allin Co/SMG | COMMENTS |
|---|---|---|---|---|---|---|
| **JV Travel expenses** | | | | | | |
| **Brian Marshall Travel expenses** | | | | | | |
| **Peggy Allin - Interviews** | | | | | | |
| Airfare | 8/23/2004 | | Sun Country Airlines | $129.10 | same | |
| Hotel | 8/23/2004 | | Courtyard Minneapolis-St. Paul Airp | $149.00+Tax | same | |
| Airfare | 8/25/2004 | | Northwest Airlines | $364.69 | same | |
| Meals 08/23/04-0825/04 | 10/18-10/23 | | various | $25.00 perdiem x 3 | same | |
| Airfare | 10/18/2004 | | United Airlines | $1,037.60 | same | |
| Hotel | 10/20/2004 | | Comfort Inn - Denver | $64.99 + tax | same | |
| Hotel | 10/21/2004 | | Fairfield Inn & Suites - Minn/St. Paul | $82.01 + tax | same | |
| Taxi | 10/22/2004 | | | $15.00 | same | |
| Hotel | 10/22/2004 | | Radisson Hotel - Des Moines IA | $99.00 + tax | same | |
| Meals 10/18-10/23 | 10/18-10/23 | | various | $25.00 perdiem x 6 | same | |
| Erie to Cleveland | 10/25/2004 | | Anderson Airlink | $25.00 | same | |
| Cleveland to Chicago | 10/25/2004 | | Continental | $64.90 | same | * Had a $95.80 ecredit |
| Hotel | 10/25/2004 | | Fairfield Inn Chicago | 119.00+tax | same | |
| Ground trans. Cleveland to Erie | 10/26/2004 | | John Allin | unknown | same | personal or company? |
| **Duane Haataja Travel** | | | | | | |
| Ground Transportation | 11/1/2004 | | ATA | $181.70 | new hire | PJ Short picked up |
| Hotel 11/1/04 - 11/6/04 | 11/1/2004 | | (picked up from Pitts. Airport | | new hire | |
| training 11/2 - 11/4/04 | | | El Patio Motel | $44.00 x 5 nights | new hire | training @SMG |
| **Bryan Rohe Travel** | | | | | | |
| Transportation from Cleve - Erie | 10/31/2004 | | ATA/Southwest | $221.70 | new hire | trans fr hotel to SMG |
| Hotel 10/31/04 - 11/4/04 | 10/31/2004 | | Anderson Airlink | $25.00 | new hire | roomed w/ D Dziuban |
| training 11/2/04 - 11/4/04 | | | | 0 | new hire | training @ SMG |
| **David Dziuban Travel** | | | | | | |
| Transportation from Cleve - Erie | 10/31/2004 | | Southwest | $102.60 | new hire | trans fr hotel to SMG |
| Hotel 10/31/04 - 11/4/04 | 10/31/2004 | | Anderson Airlink | $20.00 | new hire | |
| training 11/2/04 - 11/4/04 | | | | $44.00 x 5 nights | new hire | training @SMG |
| **Legal Council** | | | | | | |
| as of 11/8/04 | | | | | | |
| **Supplies** | | | | | | |
| Labels | | | | $ 135.00 | SMG | 1075 PACKETS - RFP TO SVC PROVIDERS |
| Business Envelopes | | | | $ 110.00 | SMG | 1075 PACKETS - RFP TO SVC PROVIDERS |
| Manilla Envelopes | | | | $ 65.00 | SMG | 1075 PACKETS - RFP TO SVC PROVIDERS |
| Paper | | | | $ 78.00 | SMG | 1075 PACKETS - RFP TO SVC PROVIDERS |
| Postage | | | | $ 1,386.75 | SMG | 1075 PACKETS - RFP TO SVC PROVIDERS |
| Copy Count | | | | $ 537.50 | SMG | 1075 PACKETS - RFP TO SVC PROVIDERS |
| Faxing | | | | $ 125.00 | SMG | |
| **Personnel** | | | | | | |
| sites entered in system | | | | $ 180.00 | ops-audit - Beth | 4 hours at $ 45 per |
| sites entered in system | | | | $ 180.00 | ops-admin - Tina | 4 hours at $ 45 per |
| phone calls | | | | $ 1,080.00 | ops-audit - Beth | 24 hours at $45 per |

H:\mrussell\Heritage Expense Log\12/8/2005 2:42 PM

| Task | Amount | Role/Person | Hours/Rate |
|---|---|---|---|
| phone calls | $ 1,080.00 | ops-admin - Linda | 24 hours at $45 per |
| phone calls | $ 1,080.00 | ops-admin - Stacey | 24 hours at $45 per |
| phone calls | $ 1,080.00 | ops-admin - Tina | 24 hours at $45 per |
| rfp data entry | $ 360.00 | ops-admin - Linda | 8 hours at $45 per |
| rfp data entry | $ 6,175.00 | ops mgr - L. Edwards | 65 hours @ $95 per |
| Regional Manager-SPs, Site Reviews, Budgeting | $ 3,800.00 | rm - Smallwood | 40 hours @ $95 per |
| Field manager-SPs, Site Reivews | $ 760.00 | fm - J Casey | 8 hours at $95 per |
| Field manager-SPs, Site Reivews | $ 950.00 | fm - J. terrance | 10 hours at $95 per |
| Regional Manager-SPs, Site Reviews, Budgeting | $ 9,500.00 | rm - R Hrovat | 100 hours at $95 per |
| Regional Manager-SPs, Site Reviews, Budgeting | $ 9,500.00 | fm - R Santoro | 100 hours at $95 per |
| Production-Site Visits, Production Maps | $ 2,375.00 | prod coord- D. Gallagher | 25 hours at $95 per |
| Production-Production Maps & Binders | $ 9,000.00 | prod - T. Pancura | 200 hours at $45 per |
| Production-Number Calculations | $ 5,200.00 | prod - C. Zelgowski | 80 hours at $65 per |
| Production-SPs, Field Mangers, Training, Budgeting | $ 3,800.00 | prod - R. Rieder | 40 hours at $95 per |
| Special Accounts Manager-Estimating, Point of Contact Info., Training | $ 9,500.00 | sac - B. Marshall | 100 hours at $95 per |
| Bus. Development | $ 33,000.00 | bus devel - J Vernon | 200 hours at $165 per |
| Bus. Development | $ 22,500.00 | bus devel - J Allin | 100 hours at $225 per |
| Human Resources | $ 45,000.00 | h.r. - P Allin | 200 hours at $225 per |
| Accounting | $ 1,140.00 | accounting - M Suleski | 12 hours at $95 per |
| new hire -field manager | $ 9,500.00 | Dave Dziuban-Chicago | 100 hours at $95 per |
| new hire -field manager | $ 9,500.00 | Bryan Rohe-DesMoines | 100 hours at $95 per |
| new hire -field manager | $ 9,500.00 | Duane Haataja-Minneapolis | 100 hours at $95 per |

| Expense | Date Incurred | Date Paid | Entity Paid | Amount of Expense | Affiliation to Allin Co/SMG | COMMENTS |
|---|---|---|---|---|---|---|
| Flight to Ft. Lauderdale-John Allin | 1/21/2004 | 1/21/2004 | Northwest Airlines | 233.9 | same | |
| Flight to Ft. Lauderdale-Jeff Vernon | 1/21/2004 | 1/21/2004 | Northwest Airlines | 207.9 | same | |
| Ground Transportation | 2/22/2004 | 2/22/2004 | | | same | |
| Hotel -JA & JV | 2/22/2004 | 2/22/2004 | Harbor Beach Resort & Spa Mariott | $0 | same | $319.00 paid by Heritage |

| John Allin | | |
|---|---|---|
| Date | Tasks | Hours |
| 2/18/2004 | Preparation of presentation in FL | 10 |
| 02/22-02/24/04 | Trip to present SMG to Heritage | 48 |
| 04/15-04/27/04 | gather update info from Jeff, Brian, Rudy & Chet | 4 |
| 06/07-06/09/04 | Work with Brian & Jeff to align pricing | 8 |
| 08/19-08/26/04 | Correspondence with SP's in MN to do sites | 2 |
| 09/30-10/04/04 | Review & amend contract & SP Agreement | 8 |
| 10/8-10/09/04 | Review & initial revised contract | 2 |
| 10/26-10/28/04 | Several meetings on training of new FM's & contacting all Property Mgr's | 8 |
| 10/29-11/04/04 | Finalize & approve all FM's responsibilities for all sites & corresponding Property Mgr's | 10 |
| | | 100 |

| Jeff Vernon | | |
|---|---|---|
| Date | Tasks | Hours |
| 02/16-02/19/04 | Preparation of presentation in FL | 20 |
| 02/22-02/24/04 | Trip to present SMG to Heritage | 48 |
| 5/23/2004 | Meeting w/Bob P in Las Vegas - negotations | 2 |
| 06/07-06/09/04 | Work with John & Brian to align pricing | 10 |
| 6/16/2004 | Trip to Boston w/Mike Smallwood to meet with Bob P | 8 |
| 9/20/2004 | Trip to Rutland, VT to measure site and get SP | 16 |
| 8/2/2004 | Conference Call Heritage/SMG - moving forward | 2 |
| 08/03-08/05/04 | Follow up work from conference call - due diligence | 10 |
| 10/4-10/09/04 | Travel to Erie to work with Production Crew to complete sites, equipment, SP's, maps, etc. | 60 |
| 10/11-10/15/04 | Working on bid sheets, sites, SP's, production, equipment | 10 |
| 10/21-10/22/04 | Meetings in Erie - finalize info for RFPS to go out | 4 |
| 10/29-11/04/04 | Finalize & approve all FM's responsibilities for all sites & corresponding Property Mgr's | 10 |
| | | 200 |

| Expense | AMOUNT | TOTAL |
|---|---|---|
| AIRFARE | $ 129.10 | |
| | $ 364.69 | |
| | $ 1,037.60 | |
| | $ 64.90 | |
| | $ 181.70 | |
| | $ 221.70 | |
| | $ 102.60 | $ 2,102.29 |
| HOTEL | $ 149.00 | |
| | $ 64.99 | |
| | $ 82.01 | |
| | $ 99.00 | |
| | $ 220.00 | |
| | $ 220.00 | $ 835.00 |
| FOOD | $ 75.00 | |
| | $ 150.00 | |
| | $ 125.00 | |
| | $ 125.00 | |
| | $ 125.00 | $ 600.00 |
| GROUND | $ 25.00 | |
| | $ 20.00 | |
| | $ 25.00 | $ 70.00 |
| TRANSP. TOTAL | $ 2,102.29 | $ 3,478.19 |
| LABELS | $ 135.00 | $ 135.00 |
| ENV | $ 110.00 | |
| | $ 65.00 | $ 175.00 |
| PAPER | $ 78.00 | $ 78.00 |
| POSTAGE | $ 1,386.75 | $ 1,386.75 |
| COPIES | $ 537.50 | $ 537.50 |
| FAXING | $ 125.00 | $ 125.00 |
| SITE DATA ENTRY | $ 180.00 | |
| | $ 180.00 | $ 360.00 |
| PHONE CALLS | $ 1,080.00 | |
| | $ 1,080.00 | |
| | $ 1,080.00 | |
| | $ 1,080.00 | $ 4,320.00 |
| RFP DATA ENTRY | $ 360.00 | |
| | $ 6,175.00 | $ 6,535.00 |
| MGMT/PRODUCTION | $ 3,800.00 | |
| | $ 760.00 | |
| | $ 950.00 | |
| | $ 9,500.00 | |
| | $ 9,500.00 | |
| | $ 2,375.00 | |
| | $ 9,000.00 | |
| | $ 5,200.00 | |
| | $ 3,800.00 | |
| | $ 9,500.00 | |
| | $ 33,000.00 | |
| | $ 22,500.00 | |
| | $ 45,000.00 | |
| | $ 1,140.00 | |
| | $ 9,500.00 | |
| | $ 9,500.00 | |
| | $ 9,500.00 | $ 184,525.00 |
| SUPPLIES/PERSONNEL TOTAL | | $ 198,177.25 |
| GRAND TOTAL | | $ 201,655.44 |