**Julie Keep**

From: Rudy Rieder [rudy@snowmanagementgroup.com]
Sent: Thursday, November 04, 2004 4:45 PM
To: 'wread@heritagerealty.com'
Subject: Snow Information

Bill,

I just wanted to let you know that we have 3 field managers for your Midwest sites. David Dziuban is responsible for the Chicago area and Wisconsin area, Bryan Rohe will be responsible for Iowa and Rapid City, and Duane Haataja will be in Minnesota. Each of these individuals have been trained and briefed on the scope of work for Heritage properties. Service Providers for each site will be assigned soon. SMG has reached out to all of your regional managers to inform them what is going on and who they can contact if they have any questions. However, I seem to keep missing you, hence this e-mail.

If you have any questions or concerns please give me a call.

*Rudy Rieder*
VP - SMG Production
Phone #: 814-452-1221
Fax #: 814-454-7358

1

EXHIBIT
K

JA00368