## Julie Keep

**From:** Rudy Rieder [rudy@snowmanagementgroup.com]
**Sent:** Monday, November 08, 2004 9:14 AM
**To:** 'John Allin'
**Subject:** RE: Heritage Recap

John, Terri is finishing up the production binder for Heritage. Also, here are the expended hours thus far:

| Name | Man-Hours | Task(s) |
|---|---|---|
| Mike Smallwood | 40 | SPs, Site Reviews, Budgeting |
| Jesse Casey | 4 | SPs, Site Reviews |
| Jason Terrance | 4 | SPs, Site Reviews |
| Ralph Hrovat / Ralph Santoro | 100 | SPs, Site Reviews, Budgeting |
| Dave Gallagher | 25 | Site Visits, Production Maps |
| Terri Pancurak | 200 | Production Maps and Binders |
| Chet Zelgowski | 80 | Number Calculations |
| Rudy Rieder | 40 | SPs, Field Managers, Training, Budgeting |
| Brian Marshall | | Estimating, Point of Contact Info, Training |

*Rudy Rieder*
VP - SMG Production
Phone #: 814-452-1221
Fax #: 814-454-7358

-----Original Message-----
**From:** John Allin [mailto:john@allinco.com]
**Sent:** Saturday, November 06, 2004 8:27 AM
**To:** Rudy Rieder (E-mail); Peggy; Lisa (SMG) Edwards
**Cc:** Jeff Vernon; Cathy Horton
**Subject:** Fw: Heritage Recap

Peggy told me this didn't get to her, so I'm resending it out.....

---- Original Message ----

**From:** John Allin
**To:** Rudy Rieder (E-mail) ; Peggy ; Lisa (SMG) Edwards
**Cc:** Jeff Vernon ; Cathy Horton
**Sent:** Friday, November 05, 2004 10:42 PM
**Subject:** Heritage Recap

Jeff spoke with Cathy Horton again this evening, just to recap yesterday's conversation between Cathy and Heritage...... They specifically indicated that "the door is not closed", however it is up to Bob Pendergast to decide what road we will travel on this. We have a meeting scheduled for Thursday, but no specific time as of yet. We are all confident that getting in front of Bob will be a good thing. They still want to deal with "John and Jeff".... so, we'll see just how good we are.

We need to go into that meeting armed to the teeth. Production plans, binders, who we'll use, what we've done thus far, etc. This will need to be a group effort.

3/24/2005

EXHIBIT M

JA00848