| | |
|---|---|
| From: | "John Allin" <john@allinco.com> |
| To: | "Brian Marshall" <brian@snowmanagementgroup.com> |
| Cc: | "Jeff Vernon" <jeff@snowmanagementgroup.com> |
| Sent: | Friday, April 16, 2004 2:04 PM |
| Subject: | Re: Heritage Update |

Please keep me in the loop, even if you bcc me....
Thanks for the update.
JAA

----- Original Message -----
From: "Brian Marshall" <brian@snowmanagementgroup.com>
To: "John Allin" <john@allinco.com>
Cc: "Jeff Vernon" <jeff@snowmanagementgroup.com>
Sent: Friday, April 16, 2004 1:45 PM
Subject: Heritage Update


> John,
>
> Jeff has asked me to update you on the Heritage project. This is where we
> stand to date.
>
> 1) I have done the take-off of the 147 sites and have entered them
> individually into the estimating program.
> 2) I have researched aprox 1/2 of them thus far for snowfall totals. The
> list we have covers aprox 2% of the ones within the portfolio, so it has
> been necessary for me to expand the search so as to get appropriate snowfall
> totals for each area. This also involved plotting them out into Microsoft
> Street and Trips, so as to be able to group sites into certain areas for
> average snowfalls.
> 3) I have been attempting to research equipment rates for all the areas. I
> have spoke to Jeff, he suggested I ask Chet to help me out and maybe Chet
> will be able to have one or two of the SMG office staff also give some help.
> I was trying to get this information by looking up companies in the area on
> the Internet and calling them trying to get rates, this was not that
> successful. So I am hoping Chet and the office may be able to help me out.
> 4) I will be continuing to try to ascertain equipment rates for areas in an
> order to provide the proper quote. I am not in favor of guessing since any
> commission I may get is based on profit. I want to be as accurate as
> possible.
> 5) I will have this completed before Jeff returns at which point we will be
> meeting to review the numbers site work ups etc.
> 6) Jeff has asked me to also send a e-mail out to Bob Prendergast to

JA00058

EXHIBIT
N

5/16/2005

. update
> him on our progress as well, this will be done right after I finish typing
> this. We will then be looking to meet with Bob before May 1.
>
> If you have any questions, let me know.
>
>
> Sincerely,
>
>
> Brian Marshall
> Strategic Accounts Manager
> Snow Management Group - New York Office
> Office / Fax (845) 297-7369 - Cellular (914) 497-6598
> www.snowmanagementgroup.com
>
>
>
>

JA00059

5/16/2005