# Julie Keep

**From:** Rudy Rieder [rudy@snowmanagementgroup.com]
**Sent:** Thursday, October 28, 2004 1:58 PM
**To:** 'CharlesMGlossop@aol.com'
**Subject:** RE: Heritage

Yes! We sent out RFPs for all 110 sites...

*Rudy Rieder*
VP - SMG Production
Phone #: 814-452-1221
Fax #: 814-454-7358

> -----Original Message-----
> **From:** CharlesMGlossop@aol.com [mailto:CharlesMGlossop@aol.com]
> **Sent:** Thursday, October 28, 2004 1:29 PM
> **To:** rudy@snowmanagementgroup.com
> **Subject:** Heritage
>
> I understand from Linda in your office that the RFP for Heritage have been mailed out, is this correct
> Regards Charles

3/24/2005

EXHIBIT O

JA00414