**Julie Keep**

---

**From:** Chet Zelgowski [chet@snowmanagementgroup.com]
**Sent:** Thursday, October 28, 2004 5:03 PM
**To:** 'Mary Russell'; 'Brian Marshall (E-mail)'; 'Rudy Rieder (E-mail)'
**Cc:** 'Jeff Vernon (E-mail)'; 'Lisa Edwards (E-mail)'; 'JA (E-mail)'
**Subject:** RE: Heritage Property Managers' List


Heritage
operty-Manager List

Contact has been made to all property managers except for Joe White who is replacing Dale Joswick in the WI area. I have included their email address in the attached spreadsheet.

-----Original Message-----
From: Mary Russell [mailto:mary@allinco.com]
Sent: Thursday, October 28, 2004 3:50 PM
To: Brian Marshall (E-mail); Chet Zelgowski (E-mail); Michael Smallwood (E-mail); Ralph (Lewis) Hrovat (E-mail); Rudy Rieder (E-mail)
Cc: Jeff Vernon (E-mail); Lisa Edwards (E-mail); JA (E-mail)
Subject: Heritage Property Managers' List


Gentlemen,

The following list of Property Managers now includes the name of the SMG Field Managers or Regional Managers associated with each site. As per John Allin's directive you are each to get in contact with the Managers whose sites you are responsible for. In the interim of hiring the new field managers in the Midwest, Chet and Rudy will be calling the Property Managers until we acclamate (inundate) the new field managers with their respective sites.

The instructions were as follows:

1. Call and introduce yourselves as the Field/Regional Manager responsible for the sites in their territory. Chet & Rudy introductions are as Production. The Field Managers have been hired, but are not yet familiar with your sites. Their contact information will be sent very soon.

2. Request their e-mail addresses so that we can put them into a "group mailing" list for all future commincations. We would like to keep them up to date and keep the communication lines open.

3. Inform the Property Managers we are in the process of finalizing and drilling down who will be servicing their sites, and awarding contracts shortly after. If they ask about the incumbents, you need to inform them that the final decisions have not been made yet and we are taking all things into account for performing to the Heritage Contract terms per the scope of work. We are under no obligation to hire the incumbents and do not promise work to anybody.

4. All communications you receive and respond to from any Heritage Property Managers need to be copied to Rudy and Lisa for the time being until a Contract Administrator has been assigned (then you will need to cc: the CA).

Mike and Ralph (Lewis) - Thanks for your quick responses with the e-mail addresses.

Mary Russell
Executive Assistant

1

EXHIBIT P

JA00366