# Lisa Edwards

**From:** Prendergast, Bob [bprendergast@heritagerealty.com]
**Sent:** Tuesday, August 03, 2004 7:53 AM
**To:** Bush, Mark; Read, William; Wellman, Tom; Zicht, Louis C.; Jeffrey Vernon (E-mail); Lisa Edwards (E-mail)
**Subject:** Snow Management

Pursuant to our conference call yesterday with snow management please have your managers start to prepare any information on the sites as to 24 hour operations or any special snow handling requirements so snow mgmt can be fully prepared. As well please have your managers compile a list of any current vendors snow management should speak to regarding possible continuing services and anyone you feel they should not entertain proposals from due to past history.

Remember the regions that we have not included in this contract will be:

Florida (for obvious reasons)
Texas
St. Louis
Kentucky
Kansas
Michigan
Souteast
Tennessee
535 Boylston Street, Boston, MA
545 Boylston Street, Boston, MA
131 Dartmouth Street, Boston, MA

Lisa,
Mark Bush will be forwarding you the list of regions and properties with addresses.

Jeff,

Again please provide references and as well please provide any financial information regarding the company for our review. We want to make sure and fell comfortable that Snow Management will be able to live up to their obligations to us to remove the snow given we have a fixed cost contract. You can forward this info to Lou Zicht.

Thanks,


Bob Prendergast
Senior Vice President, COO
Heritage Property Investment Trust, Inc.
131 Dartmouth Street
Boston, MA 02116
617-247-2200 ext.2601
617-247-7997 fax

bprendergast@heritagerealty.com

8/3/2004

EXHIBIT Q

JA00545