IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HERITAGE REALTY MANAGEMENT, INC., | ) ) | Case No. CA 04 - 333 ERIE |
| Plaintiff | ) ) | Judge Sean McLaughlin |
| v. | ) ) | |
| JOHN ALLIN d/b/a ALLIN COMPANIES, Defendant | ) ) | |

## ORDER

AND NOW, upon consideration of Defendant's Motion for Summary Judgment and the papers filed in connection therewith, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED. Judgment is hereby entered in favor of the Defendant and against the Plaintiff.

BY THE COURT,

_____