IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HERITAGE REALTY MANAGEMENT, INC., | ) ) ) | Docket No. 04-333 ERIE (Judge Sean J. McLaughlin) |
| Plaintiff | ) ) | ELECTRONICALLY FILED PLEADING |
| vs. | ) ) ) | CONSENT MOTION FOR RESPONSE DATE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| JOHN ALLIN d/b/a ALLIN COMPANIES and SNOW MANAGEMENT GROUP, | ) ) ) | Filed on behalf of: Plaintiff, Heritage Realty Management, Inc. |
| Defendant | ) ) | Counsel of record for this party: |
| | ) ) ) ) ) ) ) ) ) | Richard A. Lanzillo, Esq. Knox McLaughlin Gornall & Sennett, P.C. 120 West 10th Street Erie, PA 16501 Telephone (814) 459-2800 Facsimile (814) 453-4530 Email rlanzillo@kmgslaw.com PA53811 |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HERITAGE REALTY MANAGEMENT, INC., <br><br> Plaintiff <br><br> vs. <br><br> JOHN ALLIN d/b/a ALLIN COMPANIES and SNOW MANAGEMENT GROUP, <br><br> Defendants | CASE NO. 04-333 ERIE <br><br><br> ELECTRONICALLY FILED PLEADING |

**CONSENT MOTION TO SET RESPONSE DATE TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

AND NOW, comes the Plaintiff, Heritage Realty Management, Inc., ("Heritage"), by and through its counsel, Knox, McLaughlin, Gornall & Sennett, P.C., and files the following Consent Motion for Response Date to Defendant's Motion for Summary Judgment:

1. On February 21, 2006, pursuant to Heritage's Motion to Amend Case Management Order, this Court entered the current Case Management Order that required motions for summary judgment to be filed on or before March 6, 2006.

2. On March 6, 2006, Heritage filed its Motion for Summary Judgment and supporting papers.

3. On March 20, 2006, this Court entered an Order holding this Pretrial Order in abeyance until further notice of court. On April 12, 2006, subsequent to a settlement conference, this Court entered an Order providing the defendants 30 days to respond to Heritage's Motion for Summary Judgment.

4. On May 12, 2006, 30 days after the Court's April 12 order and more than 60 days after Heritage filed its Motion for Summary Judgment, defendants filed responses to that Motion.

5. On March 12, 2006, Defendant John Allin also filed his own Motion for Summary Judgment.

6. This Motion was filed more than 60 days after the deadline for the filing of motions for summary judgment and was filed without leave of Court.

7. Heritage intends to file a response to John Allin's Motion for Summary Judgment.

8. Heritage respectfully requests that this Court enter an Order providing it until June 14, 2006 to file that response.

9. Counsel for John Allin, Symbiot Business Group, Inc. and Symbiot Snow Management Network, LLC, have consented to this Motion.

WHEREFORE, the Plaintiff, Heritage Realty Management, Inc., respectfully requests that this Court enter an Order setting a response date to Defendant John Allin's Motion for Summary Judgment for June 14, 2006.

    Respectfully submitted,

    KNOX McLAUGHLIN GORNALL &
    SENNETT, P.C.


    BY: /s/ Richard A. Lanzillo, Esq.
        Richard A. Lanzillo
        Neal R. Devlin
        120 West Tenth Street
        Erie, PA  16501-1461
        (814) 459-2800

        Attorneys for plaintiff,
        Heritage Realty Management, Inc.

# 673824