IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HERITAGE REALTY MANAGEMENT, INC., | ) | CASE NO. 04-333 ERIE |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN ALLIN d/b/a ALLIN COMPANIES and SNOW MANAGEMENT GROUP, | ) | ELECTRONICALLY FILED PLEADING |
| | ) | |
| | ) | PROPOSED ORDER |
| | ) | |
| Defendant | ) | |
| | ) | |

**PROPOSED ORDER**

AND NOW, upon consideration of Plaintiff's Consent Motion for Response Deadline to Motion for Summary Judgment, it hereby ORDERED that said Motion is GRANTED. All Responses to Defendant John Allin's Motion for Summary Judgment shall be filed by June 14, 2006.

BY THE COURT

_____
J.

# 673925