# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Heritage Realty Management Inc.,
**Plaintiff**

vs.   No. CA 04-333 E

John Allen
**Defendant**

**HEARING ON** Mtn to Strike, Consolidate, and Summary Jgmt.

Held on Wednesday 6-21

Before Judge Sean J McLaughlin

_____   _____
Appear for Plaintiff         Appear for Defendant

Hearing begun 9:54 am    Hearing adjourned to 11:00am - 11:08am
Hearing concluded C.A.V. 11:20 pm    Stenographer Ron Bunch
                                     Clerk n/a

**WITNESSES:**

For Plaintiff               For Defendant

Denied Cross Mtns for SJ
Granted Mtn to Strike
Denied Mtn to Consolidate
All other Mtns Denied as Moot.