IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HERITAGE REALTY MANAGEMENT, INC., | ) | Case No. CA 04 - 333 ERIE |
| Plaintiff | ) | Judge Sean McLaughlin |
| v. | ) | |
| JOHN ALLIN d/b/a ALLIN COMPANIES, | ) | |
| Defendant | ) | TRIAL BY JURY OF 12 DEMANDED |

## **ORDER**

AND NOW, upon consideration of Defendant's Motion for Trial Continuance, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED. This case will not be called for trial sooner than August 28, 2006.

BY THE COURT,

_____