IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

The following cases are listed for trial beginning on **October 2, 2006**, before the Honorable Sean J. McLaughlin, in Courtroom C, 2nd Floor, U.S. Federal Building and Courthouse, Erie, Pennsylvania

When cases are called for trial between **October 2, 2006 and November 3, 2006**, counsel are to be prepared to select a jury and proceed to trial. Counsel will not be required to try cases back to back, however, the order of selection is subject to change based on expected trial length and the availability of jurors. Counsel are directed to keep the Clerk notified if there is any change in the status of each case. The order for selection is as follows:

| Civil Action No. | Case Caption | Counsel of Record |
|---|---|---|
| 04-333E | Heritage Realty Mngt. V. Allin, et al., | Lanzillo, Markham, Pastore |
| 05-246E | Addeo v. Allegheny & Eastern Railroad, et al., | Collins, Clements |
| 05-378E | Duck v. Verizon North, Inc. | Connelly, Urban, Mitchell |
| 05-362E | McMillen v. Girard School District, et al., | Fillipi, Kuhar |

IMMEDIATELY UPON RECEIPT OF THIS NOTICE, COUNSEL FOR THE GOVERNMENT ARE TO ISSUE APPROPRIATE WRITS OF HABEAS CORPUS TO THE U.S. MARSHAL SERVICE FOR ANY AND ALL OUT OF STATE DEFENDANTS OR WITNESSES

    Nicole M. Kierzek
    Courtroom Deputy to Judge Sean J. McLaughlin

cc: All counsel