IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HERITAGE REALTY MANAGEMENT, INC., | Docket No. 04-333 ERIE |
| | (Judge Sean J. McLaughlin) |
| Plaintiff | ELECTRONICALLY FILED PLEADING |
| vs. | PROPOSED ORDER IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE EVIDENCE OF PRE-CONTRACT EXPENSES |
| JOHN ALLIN d/b/a ALLIN COMPANIES and SNOW MANAGEMENT GROUP, | |
| Defendant | Filed on behalf of: Plaintiff, Heritage Realty Management, Inc. |
| | Counsel of record for this party: |
| | Richard A. Lanzillo, Esq.<br>Knox McLaughlin Gornall & Sennett, P.C.<br>120 West 10th Street<br>Erie, PA 16501<br>Telephone (814) 459-2800<br>Facsimile (814) 453-4530<br>Email rlanzillo@kmgslaw.com<br>PA53811 |

**PROPOSED ORDER IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE EVIDENCE OF PRE-CONTRACT EXPENSES**

AND NOW, upon consideration of Plaintiff's Motion in Limine to Preclude Evidence Regarding Defendant's Alleged Costs and Expenses, it is hereby **ORDERED** that said Motion is **GRANTED**. It is further **ORDERED** that Defendant is precluded from introducing any evidence related to pre-contract work, services, costs or expenses.

BY THE COURT

_____
J

# 687994