IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HERITAGE REALTY MANAGEMENT, INC., | ) Docket No. 04-333 ERIE |
| | ) (Judge Sean J. McLaughlin) |
| Plaintiff | ) ELECTRONICALLY FILED PLEADING |
| vs. | ) PROPOSED ORDER IN SUPPORT OF |
| | ) PLAINTIFF'S MOTION IN LIMINE TO |
| JOHN ALLIN d/b/a ALLIN COMPANIES and SNOW MANAGEMENT GROUP, | ) LIMIT TRIAL TO EVIDENCE OF ANY |
| | ) CONTRACTUALLY PERMITTED SET-OFF |
| | ) Filed on behalf of: Plaintiff, Heritage Realty |
| Defendant | ) Management, Inc. |
| | ) Counsel of record for this party: |
| | ) Richard A. Lanzillo, Esq. |
| | ) Knox McLaughlin Gornall |
| | ) & Sennett, P.C. |
| | ) 120 West 10th Street |
| | ) Erie, PA 16501 |
| | ) Telephone (814) 459-2800 |
| | ) Facsimile (814) 453-4530 |
| | ) Email rlanzillo@kmgslaw.com |
| | ) PA53811 |

**PROPOSED ORDER IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE TO LIMIT TRIAL TO EVIDENCE OF ANY CONTRACTUALLY PERMITTED SET-OFF**

AND NOW, upon consideration of Plaintiff's Motion in Limine to Preclude Evidence Regarding Defendant's Alleged Costs and Expenses, it is hereby **ORDERED** that said Motion is **GRANTED**. It is further **ORDERED** that Plaintiff is entitled to a return of its initial payment subject only to any contractually permitted set-offs and the evidence at trial must be limited to evidence regarding the existence, applicability and magnitude of any such set-offs. .

BY THE COURT

_____
J

# 687990