IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HERITAGE REALTY MANAGEMENT, INC., | ) | Docket No. 04-333 ERIE |
| | ) | (Judge Sean J. McLaughlin) |
| | ) | |
| Plaintiff | ) | ELECTRONICALLY FILED PLEADING |
| | ) | |
| vs. | ) | PROPOSED ORDER IN SUPPORT OF |
| | ) | PLAINTIFF'S MOTION IN LIMINE TO |
| JOHN ALLIN d/b/a ALLIN | ) | PRECLUDE EVIDENCE REGARDING |
| COMPANIES and SNOW | ) | DEFENDANT'S ALLEGED COSTS AND |
| MANAGEMENT GROUP, | ) | EXPENSES |
| | ) | |
| Defendant | ) | Filed on behalf of: Plaintiff, Heritage Realty |
| | ) | Management, Inc. |
| | ) | |
| | ) | Counsel of record for this party: |
| | ) | |
| | ) | Richard A. Lanzillo, Esq. |
| | ) | Knox McLaughlin Gornall |
| | ) | & Sennett, P.C. |
| | ) | 120 West 10th Street |
| | ) | Erie, PA 16501 |
| | ) | Telephone (814) 459-2800 |
| | ) | Facsimile (814) 453-4530 |
| | ) | Email rlanzillo@kmgslaw.com |
| | ) | PA53811 |

**PROPOSED ORDER IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE EVIDENCE REGARDING DEFENDANT'S ALLEGED COSTS AND EXPENSES**

AND NOW, upon consideration of Plaintiff's Motion in Limine to Preclude Evidence Regarding Defendant's Alleged Costs and Expenses, it is hereby **ORDERED** that said Motion is **GRANTED**. Defendant is hereby precluded from introducing any evidence related to or testimony from any individual other than himself and Margaret Allin and is further precluded

from introducing any evidence regarding his claimed expenses other than documents disclosed prior to December 11, 2005 (subject to objections at trial).

BY THE COURT

_____
J

# 687986