IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HERITAGE REALTY MANAGEMENT, INC., | ) | Case No. CA 04 - 333 ERIE |
| Plaintiff | ) | Judge Sean McLaughlin |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN ALLIN d/b/a ALLIN COMPANIES, | ) | TRIAL BY JURY OF 12 DEMANDED |
| Defendant | ) | |

## **ORDER**

AND NOW, upon consideration of Defendant's Motion in Limine to Preclude Evidence, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED. The Plaintiff shall refrain from offering any evidence or testimony relating to or concerning the Defendant's asset sale to Symbiot, the failure of Defendant to inform the Plaintiff of that sale and of the Defendant's debt obligations at the time the parties entered into their contract. The Plaintiff shall inform all of its witnesses of the contents of this Order.

BY THE COURT,

_____