IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HERITAGE REALTY MANAGEMENT, INC., | ) | Docket No. 04-333 ERIE |
| | ) | (Judge Sean J. McLaughlin) |
| Plaintiff | ) | |
| | ) | ELECTRONICALLY FILED PLEADING |
| vs. | ) | APPEARANCE |
| | ) | |
| | ) | Filed on behalf of: Plaintiff, Heritage Realty |
| JOHN ALLIN d/b/a ALLIN COMPANIES and SNOW MANAGEMENT GROUP, | ) | Management, Inc. |
| | ) | Counsel of record for this party: |
| | ) | Neal R. Devlin, Esq. |
| Defendant | ) | Knox McLaughlin Gornall |
| | ) | & Sennett, P.C. |
| | ) | 120 West 10th Street |
| | ) | Erie, PA 16501 |
| | ) | Telephone (814) 459-2800 |
| | ) | Facsimile (814) 453-4530 |
| | ) | Email rlanzillo@kmgslaw.com |
| | ) | PA89223 |

## APPEARANCE

TO:   CLERK OF COURT

Enter my appearance on behalf of plaintiff, Heritage Realty Management, Inc., in the above-captioned action.

Respectfully submitted,

KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.


BY: /s/ Neal R. Devlin, Esq.
      Neal R. Devlin, Esquire
      120 West Tenth Street
      Erie, PA  16501
      Telephone (814) 459-2800
      Facsimile (814) 453-4530
      Email rlanzillo@kmgslaw.com
      PA89223

      Attorneys for plaintiff,
      Heritage Realty Management, Inc.

# 691750