IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HERITAGE REALTY MANAGEMENT, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| Vs. | ) ) | Civil Action No. 04-333 Erie |
| JOHN ALLIN, | ) ) | |
| Defendant. | ) | |

## **O R D E R**

AND NOW, to with, this 29th day of September, 2006, the Court having been advised that the parties have reached an agreement upon a settlement in the above-captioned matter, IT IS HEREBY ORDERED that this case is marked administratively closed. The parties should file a Rule 41 Stipulation for dismissal with a one-page proposed order granting the stipulation. It appears no further action is required by the Court at this time.

    S/Sean J. McLaughlin
Sean J. McLaughlin
United States District Judge

cc: all parties of record. nk