IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HERITAGE REALTY MANAGEMENT, INC., | ) Docket No. 04-333 ERIE |
| | ) (Judge Sean J. McLaughlin) |
| Plaintiff | ) STIPULATION TO ENTRY OF JUDGMENT |
| vs. | ) Filed on behalf of: Plaintiff, Heritage Realty |
| | ) Management, Inc. |
| JOHN ALLIN d/b/a ALLIN COMPANIES and SNOW MANAGEMENT GROUP, | ) Counsel of record for this party: |
| | ) Neal R. Devlin, Esq. |
| | ) Knox McLaughlin Gornall |
| Defendant | ) & Sennett, P.C. |
| | ) 120 West 10th Street |
| | ) Erie, PA 16501 |
| | ) Telephone (814) 459-2800 |
| | ) Facsimile (814) 453-4530 |
| | ) Email rlanzillo@kmgslaw.com |
| | ) PA89223 |

## STIPULATION TO ENTRY OF JUDGMENT

AND NOW, this 26th day of October, 2006, the Parties, by and through their undersigned counsel, submit the following Stipulation for Entry of Judgment:

1. Heritage Realty Management, Inc. ("Heritage") brought this action against John Allin, individually and f/d/b/a Allin Companies and Snow Management.

2. This lawsuit proceeded through discovery and dispositive motions, and was scheduled to be tried beginning on October 2, 2006.

3. On September 29, 2006, Allin agreed to consent to the entry of judgment in the amount of $300,000 in favor of Heritage.

4. To effectuate this agreement, the parties request that the Court direct the Clerk to enter judgment against John Allin, individually, and f/d/b/a Allin Companies and Snow Management Group in the amount of $300,000.

5. The entry of this judgment is not intended to and shall not limit or affect Heritage's or Allin's rights against any other person or entity, including Symbiot Snow Management Network, LLC, Symbiot Business Group, Inc, or Symbiot Management Group, LLC.

WHEREFORE, the parties respectfully request that the Court enter judgment in the amount of $300,000 in favor of Heritage Realty Management, Inc. and against John Allin d/b/a Allin Companies and Snow Management Group.

Respectfully submitted,

KNOX McLAUGHLIN GORNALL & SENNETT, P.C.

BY: /s/ Neal R. Devlin, Esq.
  Neal R. Devlin, Esquire
  120 West 10th Street
  Erie, PA 16501
  Telephone (814) 459-2800

Attorneys for Plaintiff

Respectfully submitted,

ELDERKIN, MARTIN, KELLY & MESSINA

BY: /s/ Craig A. Markham, Esq.
  Craig A. Markham, Esquire
  150 East Eighth Street
  Erie, PA 16501
  Telephone (814) 456-4000

Attorneys for Defendant

# 697402