IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HERITAGE REALTY MANAGEMENT, INC., | ) Docket No. 04-333 ERIE |
| | ) (Judge Sean J. McLaughlin) |
| Plaintiff | ) |
| | ) PROPOSED ORDER |
| vs. | ) |
| | ) Filed on behalf of: Plaintiff, Heritage Realty |
| | ) Management, Inc. |
| JOHN ALLIN d/b/a ALLIN COMPANIES and SNOW MANAGEMENT GROUP, | ) |
| | ) Counsel of record for this party: |
| | ) Neal R. Devlin, Esq. |
| | ) Knox McLaughlin Gornall |
| Defendant | ) & Sennett, P.C. |
| | ) 120 West 10th Street |
| | ) Erie, PA 16501 |
| | ) Telephone (814) 459-2800 |
| | ) Facsimile (814) 453-4530 |
| | ) Email rlanzillo@kmgslaw.com |
| | ) PA89223 |

**ORDER**

AND NOW, the 1st day of ~~October~~ November, 2006, upon consideration of the parties' Stipulation to Entry of Judgment, the Clerk is hereby directed to enter judgment against the defendant, John Allin, individually, and f/d/b/a Allin Companies and Snow Management Group, and in favor of the plaintiff, Heritage Realty Management, Inc., in the amount of $300,000. It is further ordered that this judgment is entered by stipulation of the parties and shall have no effect on the plaintiff's or defendant's rights against any other person or entity.

BY THE COURT

_____
Honorable Sean J. McLaughlin
United States District Judge

# 697403